**United States District Court**
**District of Connecticut**

**Sig Sauer, Inc.**,
*Plaintiff*

v.

**Jeffrey S. Bagnell, Esq., LLC** and
**Jeffrey S. Bagnell**,
*Defendants*.

No. 22-cv-885

July 25, 2022

**Notice of Appearance**

Having been admitted *pro hac vice*, I appear as counsel for *amici* American Civil Liberties Union and American Civil Liberties Union of New Hampshire.

    /s/ Brian Hauss
Brian Hauss (phv # 206709)
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bhauss@aclu.org

*Counsel for* Amici *American Civil Liberties Union and American Civil Liberties Union of New Hampshire*