**United States District Court**
**District of Connecticut**

**Sig Sauer, Inc.**,
*Plaintiff*

v.

**Jeffrey S. Bagnell, Esq., LLC** and
**Jeffrey S. Bagnell**,
*Defendants*.

No. 22-cv-885

July 26, 2022

## Notice of Appearance

Having been admitted *pro hac vice*, I appear as counsel in this matter for *amici* American Civil Liberties Union Foundation and American Civil Liberties Union of New Hampshire.

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar. No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue, Concord, NH  03301
Tel.  603.227.6678
gilles@aclu-nh.org

*Counsel for the American Civil Liberties Union Foundation and the American Civil Liberties Union of New Hampshire*