UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC. | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Civil Action No.: 3:22-cv-00885-JAM |
| v. | ) |
| | ) |
| JEFFREY S. BAGNELL, ESQ., LLC, | ) |
| and JEFFREY S. BAGNELL. | ) |
| | ) |
| *Defendants.* | ) |

## DECLARATION OF SEAN TONER IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY INJUNCTION

I, Sean Toner, hereby declare that:

1.      My name is Sean Toner.  I am a Senior Design Engineer at SIG Sauer, Inc. ("SIG") in Exeter, New Hampshire.  I have served in that role for over nine years.  I have had first-hand involvement in the design and manufacture of SIG's P320 firearm, and am very familiar with its operation.

2.      SIG is a New Hampshire based firearms manufacturer that supplies high-quality firearms to law enforcement, the U.S military, and civilian customers.  SIG serves as a trusted partner of the U.S. military and a wide variety of law enforcement organizations.

*The P320*

3.      The P320 is a striker-fired handgun first produced in 2014 and which, since that time, has been sold to law enforcement, the U.S. military, and civilian customers.  In 2017, the U.S. Army adopted a version of the P320 as its primary sidearm, with a full-sized version known

1

as the M17 and a compact version known as the M18.  A common version of the P320 currently

offered for sale by SIG is illustrated below.



    4.      Pulling the trigger of a P320 sets in motion a series of interconnected mechanical

steps that disengages the multiple internal safeties and ultimately causes the striker pin to release

forward and fire a chambered round.  Specifically, pulling the trigger causes the trigger bar to

move forward, which in turn causes the captive safety lever to rotate upward, as illustrated

below.



5.      The upward rotation of the captive safety lever rotates the striker safety lock upward, providing a clear path for the striker to move forward when released, as shown below.



6.      Continued rearward motion of the trigger bar causes the sear, which holds the striker pin in its "charged" position, to rotate downward, releasing the striker pin and allowing it to travel forward. (The image below shows the opposite side of the firearm depicted above, which allows better visualization of the interplay between the sear and "foot" of the striker pin.)



7.      Releasing the striker pin allows the striker pin to travel forward into the primer of a chambered round, causing the firearm to discharge, as illustrated below.



8.      Over the years, the P320's general design and method of operation has remained consistent.

9.      In August 2017, SIG implemented a Voluntary Upgrade Program for the P320.

10.     The changes to the P320 model firearm implemented as part of the Voluntary Upgrade Program were implemented in all P320 firearms manufactured after August 2017, and SIG provided -- and continues to provide -- all owners of P320 model firearms manufactured prior to that date the opportunity to have such changes implemented in their P320 free of charge. Members of the firearms community frequently refer to the P320s manufactured before August 2017 as "pre-upgrade," and P320s manufactured after August 2017 (or pre-upgrade P320s that have been upgraded under the Voluntary Upgrade Program) as "upgraded" or "post-upgrade."

11.     Among the changes made as part of the Voluntary Upgrade Program were changes to the firearm's sear, including the addition of a secondary sear notch. The sear design in use since August 2017, as illustrated below, incorporates two notches: (i) the primary notch that

4

holds the striker foot in place in a charged condition, preventing the striker pin from moving forward without a trigger pull, and (ii) a secondary notch.



"Foot" of striker pin held in place under spring tension by primary sear notch

Sear

Secondary sear notch

12.     The changes incorporated into the design of the P320 pistol as part of the Voluntary Upgrade Program did not have any effect on the steps required to fire the weapon, or the basic cycle of operations that have been described herein.

*The Mayes and Frankenberry Firearms*

13.     On March 17, 2021, I attended a joint firearms inspection at North Star Imaging in Marlborough, MA, where certain firearms relevant to ongoing civil lawsuits against SIG SAUER were CT scanned and visually inspected.

14.     During that time, I was present for the visual and microscopic imaging inspection of the SIG SAUER P320 pistol bearing Serial Number 58C333291, which is the subject firearm in one of those civil lawsuits, Mayes v. SIG SAUER, Inc. (the "Mayes firearm").  I personally

observed Mr. Derek Watkin's inspection of this pistol.  A number of other people were present

during this inspection, including to the best of my recollection Mr. Peter Villani and Mr. Jeffrey

Bagnell.

     15.    Upon initial examination of the sear and the striker taken from the Mayes firearm,

the sear (left) and striker foot (right) were observed to be in the conditions depicted in the

photographs below, both of which were taken by Mr. Watkins on March 17, 2021.



          Sear               Striker foot

     16.    Upon physical inspection of these components on March 17, 2021, it became

clear that the material present on these components (including in the area indicated by red ovals,

above) was in fact a coating of some grease-like substance.  On the striker foot, the grease-like

substance appeared to have accumulated at the top of the face of the striker foot, at the top of or

above the engagement surface.  When that grease-like substance was cleaned off from the

components, the faces of these components were smooth and flat, and did not suffer from

deformations or excess material buildup.

     17.    Similar images of these same parts from the Mayes firearm were included by Mr.

Bagnell in a sworn affidavit submitted prior to the transfer of this case (at paragraphs 55 and 57).

Dkt. 22 Ex. 1. In paragraph 55 of the Bagnell Affidavit, Mr. Bagnell stated that the image

"shows a striker foot face with excess molding material present" and that this photograph was

provided to the video animation company "to make the Animation" at issue in this case.  Below

is the image from paragraph 55 of Mr. Bagnell's affidavit.



Bagnell Affidavit par. 55

18.    In paragraph 57 of the Bagnell Affidavit, Mr. Bagnell states that the image

"shows a sear face with excess material around its perimeter."  It is not clear from Mr. Bagnell's

affidavit whether he also provided the image in paragraph 57 to the video animation company to

make the Animation.



Bagnell Affidavit par. 57

19.    Images of these components from the Mayes firearm pre-cleaning (with grease)

and post-cleaning (after the grease was wiped off) are below, with the area containing the grease-

like substance indicated by a red oval. All photographs below were taken by Mr. Watkins on March 17, 2021.



Sear (pre-cleaning)                    Sear (post-cleaning)



Striker foot (pre-cleaning)            Striker foot (post-cleaning)

20.     To the best of my recollection, both Mr. Villani and Mr. Bagnell were present to see the grease being cleaned off, and were able to observe the resulting cleaned surfaces. I do

8

not recall whether Mr. Villani or Mr. Bagnell took photographs of these components after they were cleaned.

21.    Also on March 17, 2021, I was present for the visual and microscopic imaging inspection of the SIG SAUER P320 pistol bearing Serial Number 58B017511, which was the subject firearm in another of those civil lawsuits, *Frankenberry v. SIG SAUER, Inc.* (the "Frankenberry firearm"). I personally observed Mr. Derek Watkin's inspection of this pistol. A number of other people were present during this inspection, including to the best of my recollection Mr. Peter Villani and Mr. Jeffrey Bagnell.

22.    Upon physical examination of the striker taken from the Frankenberry firearm, there was no excess material present, and the striker foot was observed to be in the condition depicted in the photographs below, both of which were taken by Mr. Watkins on March 17, 2021.



23.    The true condition of these components should be readily visible to anyone examining the actual components.

24.    To the best of my knowledge, either Mr. Bagnell or Mr. Villani retained physical possession of the Mayes firearm and the Frankenberry firearm after this examination.

Signed under the pains and penalties of perjury this 19 day of August 2022, at Exeter,

New Hampshire.

_____
Sean Toner