## United States District Court
## for the District of Connecticut

**Sig Sauer, Inc.,**

    *Plaintiff,*

         *v.*

**Jeffrey S. Bagnell, Esq., LLC,** and
**Jeffrey S. Bagnell**,

    *Defendants.*

No. 22-cv-885

September 15, 2022

### Notice of Certificates of Good Standing

Pursuant to Local Rule 83.1(d)(4), please find attached the certificates of good standing for Attorneys Brian Hauss and Laura Moraff, who are appearing as counsel in this matter for *amici* American Civil Liberties Union and American Civil Liberties Union of New Hampshire. *See* Doc. Nos. 48, 49.

September 15, 2022

Respectfully submitted,

  */s/ Brian Hauss*
Brian Hauss (*phv* no. 206709)
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2500
bhauss@aclu.org

*Counsel for the American*
*Civil Liberties Union and*
*the American Civil Liberties*
*Union of New Hampshire*