Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer
DEPUTY CLERK: Donna Barry     RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: 0 hours 50 minutes
DATE: 3/10/23     START TIME: 2:04 p.m.     END TIME: 2:54 p.m.
LUNCH RECESS     FROM:     TO:
RECESS (if more than ½ hr)     FROM:     TO:

CIVIL NO. 3:22-cv-00885-JAM

Sig Sauer, Inc.                                      Anthony Mirenda, James Ross Smart
                                                     Plaintiff's Counsel
            vs
Jeffrey S. Bagnell, Esq., LLC et al                  Jeffrey S. Bagnell
                                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....#101 Motion to Dismiss by SIg Sauer                    ☐ granted ☐ denied ☑ advisement
☐ .....#103 Motion to Dismiss by third party defendant Cohen  ☐ granted ☐ denied ☑ advisement
☐ .....# Motion                                                ☐ granted ☐ denied ☐ advisement
☐ .....# Motion                                                ☐ granted ☐ denied ☐ advisement
☐ .....# Motion                                                ☐ granted ☐ denied ☐ advisement
☐ .....# Motion                                                ☐ granted ☐ denied ☐ advisement
☐ .....# Motion                                                ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion                                            ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____ Hearing continued until _____ at _____

Notes: