UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC. | )<br>)<br>) |
| *Plaintiff*, | )<br>) Civil Action No.: 3:22-cv-00885-JAM |
| v. | )<br>) February 8, 2023 |
| JEFFREY S. BAGNELL, ESQ., LLC,<br>and JEFFREY S. BAGNELL, | )<br>)<br>) |
| *Defendants.* | )<br>) |

**JOINT STIPULATION REGARDING**
**THE ISSUES REMAINING IN THE CASE**

Plaintiff Sig Sauer, Inc. ("SIG") and Defendants Jeffrey S. Bagnell, Esq., LLC and Jeffrey S. Bagnell (the "Bagnell Parties") hereby stipulate as follows:

WHEREAS, on September 7, 2022, SIG filed an Amended Complaint asserting claims against the Bagnell Parties for false advertising under the Lanham Act and other claims, D.E. # 62.

WHEREAS, at a September 15, 2023, status conference with the Court, the Court understood SIG to have made a motion for permanent injunctive relief on its Lanham Act claim, and scheduled a hearing on that permanent injunctive relief to begin on February 20, 2024. *See* D.E. #148.

WHEREAS, during the September 15, 2023 status conference SIG represented to the Court that they would not be seeking damages and intended to limit their remedy to permanent injunctive relief.

1

WHEREAS, SIG hereby stipulates that it is only seeking permanent injunctive relief on its Lanham Act claim and that it is withdrawing its claims for economic, compensatory, and punitive damages in this case as well as legal fees and costs.  Resolution of SIG's request for permanent injunctive relief on its Lanham Act claim will satisfy all Sig's claims for relief in this case.

THEREFORE, the parties stipulate and agree that the sole remaining claim of SIG in this case is the resolution of its request for permanent injunctive relief on its Lanham Act claim.

Respectfully submitted,
SIG Sauer, Inc.

By its attorneys,

*/s/ Anthony Mirenda*_____
Anthony D. Mirenda (*pro hac vice*)
E. Jacqueline Chávez (*pro hac vice*)
Caroline Holliday (*pro hac vice*)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617-832-1000
Facsimile:  617-832-7000
amirenda@foleyhoag.com
jchavez@foleyhoag.com
cholliday@foleyhoag.com

James R. Smart (CT Bar ct20982)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT 06890
Telephone: 203-319-4039
Fascimile: 203-259-0251
jsmart@mcmc-law.com

Jeffrey S. Bagnell, Esq., LLC
and Jeffrey S. Bagnell,

By their attorneys,

/s/ *Jeffrey S. Bagnell*
Jeffrey S. Bagnell
Federal Bar No. CT18983
55 Post Road West
Suite 200
Westport, Connecticut 06880
(203) 984-8820
jeff@bagnell-law.com

## **CERTIFICATE OF SERVICE**

I, James R. Smart, certify that on the 8th day of February, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the court's CM/ECF system.


/s/      *James R. Smart*

James R. Smart