UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC.,<br><br>    Plaintiff<br><br>v.<br><br>JEFFREY S. BAGNELL, ESQ., LLC,<br>and JEFFREY S. BAGNELL<br><br>    Defendants. | CIVIL ACTION NO. 3:22-cv-00885 (JAM) |

## **DEFENDANTS' PROSPECTIVE WITNESS LIST**

Defendants submits their prospective witness list pursuant this Court's September 15, 2023 Order (Docket No.148).

### **Witnesses**

1. Jeffrey S. Bagnell, 55 Post Road West, Second Floor, Westport, Connecticut 06880.

2. Peter Villani, 41 Maple Street, Cresskill, NJ 07626.

3. Robert Buzz Miller, Sync Development Solutions, Washington DC.

4. Sig Sauer, Inc., 72 Pease Boulevard Newington, NH 03801. 603-610-3000.

5. Deputy Sheriff Marcie D. Vadnais, West Virginia.

6. SWAT officer Vincent Sheperis, c/o Stamford Police Department, 725 Bedford St., Stamford, CT.

7. SWAT Commander Lt. Thomas D. Ahern, Arlington, Massachusetts.

8. Detective Brittany Hilton, Texas.

9. Officer Craig Jacklyn, c/o SEPTA transit police authority, 1234 Market Street, Philadelphia, Pennsylvania.

10. HSI Agent Jimmy S.C. Jinn, c/o Amtrak police department, 900 2nd Street, NE, Suite 300, Washington, DC 20001.

11. Kyle Guay, New Hampshire.

12. Any witness called by Sig Sauer, Inc.

                                        Respectfully submitted,

                                        JEFFREY S. BAGNELL, ESQ., LLC
                                        JEFFREY S. BAGNELL

Date: February 13, 2024            By:   /s/ *Jeffrey S. Bagnell*
                                           Jeffrey S. Bagnell
                                           Federal Bar No. CT18983
                                           Jeffrey S. Bagnell, Esq., LLC
                                           55 Post Road West, Suite 200
                                           Westport, Connecticut 06880
                                           (203) 984-8820
                                           jeff@bagnell-law.com

     and

                                      By:   /s/ *John W. Madigan III*
                                           John W. Madigan III
                                           Federal Bar No. CT30609
                                           30 Old Kings Highway South
                                           Suite 215
                                           Darien, Connecticut 06820
                                           (203) 984-9987
                                           Jwm3esq@gmail.com

## **CERTIFICATION**

      I hereby certify that on February 13, 2024 a copy of the foregoing was electronically filed and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail to anyone unable to accept electronic filing through the Court's CM/ECF System.

                                                       __/s/ *Jeffrey S. Bagnell*___
                                                      Jeffrey S. Bagnell