UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC., <br><br> Plaintiff <br><br> v. <br><br> JEFFREY S. BAGNELL, ESQ., LLC, and JEFFREY S. BAGNELL <br><br> Defendants. | CIVIL ACTION NO. 3:22-cv-00885 (JAM) |

## DEFENDANTS' PROPOSED EXHBIT LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Director, Operational Test and Evaluation assessment of P320 2016 testing, F17 Army Programs <br><br> ID _____ Agreement _____ |
| 2 | August 4, 2017 Sig press release regarding P320 <br><br> ID _____ Agreement _____ |
| 3 | August 8, 2017 Sig press release regarding P320 <br><br> ID _____ Agreement _____ |
| 4 | September 15, 2017 Sig recall notice re Predator rifles <br><br> ID _____ Agreement _____ |
| 5 | Sig October 10, 2018 patent application to add secondary sear notch to stop striker when impulse causes failure of primary sear engagement <br><br> ID _____ Agreement _____ |

| EXHIBIT | DESCRIPTION |
|---|---|
| 6 | 2021 High Impact Animation of original version P320<br><br>ID _____Agreement _____ |
| 7 | 2015 Taurus firearms $30 million class action settlement regarding various model striker-fired pistols<br><br>ID _____Agreement _____ |
| 8 | May 2017 Urgent Army Engineering Change Proposal<br><br>ID _____Agreement _____ |
| 9 | Affidavit of Peter Villani<br><br>ID_____ Agreement _____ |
| 10 | Supplemental Affidavit of Peter Villani<br><br>ID_____ Agreement _____ |
| 11 | Affidavit of Robert Buzz Miller<br><br>ID_____ Agreement _____ |
| 12 | Report of Robert Buzz Miller<br><br>ID _____ Agreement _____ |
| 13 | Sig 30(b)(6) deposition testimony re P320<br><br>ID _____ Agreement _____ |
| 14 | Montville, Connecticut Police Chief affidavit re discharge of P320 July 2023<br><br>ID _____ Agreement _____ |
| 15 | Videotape of July 23 Montville PD lobby discharge<br><br>ID _____ Agreement _____ |

| EXHIBIT | DESCRIPTION |
|---|---|
| 16 | *Guay v. Sig Sauer, Inc.*, 118 Fed. R. Evid. Serv., 1665, 2022 (DNH 2022)<br><br>ID _____Agreement _____ |
| 17 | *Guay v. Sig Sauer, Inc.*, 626 F.Supp.3d 536 (DNH 2022)<br><br>ID _____Agreement _____ |
| 18 | Expert report of Tim Hicks, Guay v. Sig Sauer, Inc.<br><br>ID _____Agreement _____ |
| 19 | Expert report of Derek Watkins, Ahern v. Sig Sauer, Inc.<br><br>ID _____Agreement _____ |
| 20 | February 2016 bodycam video of P320 discharge Roscommon, MI<br><br>ID _____Agreement _____ |
| 21 | Stock image X-ray of human arm<br><br>ID _____ Agreement _____ |
| 22 | Milwaukee Police Chief announcement October 31, 2022 re P320<br><br>ID _____Agreement _____ |
| 23 | February 14, 2021 deposition transcript of Officer Craig Jacklyn of SEPTA police force<br><br>ID _____Agreement _____ |
| 24 | November 29, 2018 deposition transcript of Deputy Sheriff Marcie D. Vadnais<br><br>ID _____ Agreement _____ |
| 25 | Affidavit of Jeffrey S. Bagnell<br><br>ID _____ Agreement _____ |

| EXHIBIT | DESCRIPTION |
|---|---|
| 26 | October 27, 2022 Bagnell parties' Answer<br><br>ID _____ Agreement _____ |
| 27 | Bagnell Squarespace traffic August 2021-May 2022<br><br>ID _____ Agreement _____ |
| 28 | Best-selling guns 2022-2023<br><br>ID _____ Agreement \_\_\_\_\_ |
| 29 | Manteca CA PD P320 discharge report<br>ID _____ Agreement _____ |

Any and all exhibits identified by plaintiff Sig Sauer, Inc.

Date: February 13, 2024          By:    /s/ *Jeffrey S. Bagnell*
                                                       Jeffrey S. Bagnell
                                                       Federal Bar No. CT18983
                                                       Jeffrey S. Bagnell, Esq., LLC
                                                  55 Post Road West, Suite 200
                                                  Westport, Connecticut 06880
                                                  (203) 984-8820
                                                  jeff@bagnell-law.com

and

                                        By:    /s/ *John W. Madigan III*
                                                       John W. Madigan III
                                                       Federal Bar No. CT30609
                                                       30 Old Kings Highway South
                                                       Suite 215
                                                       Darien, Connecticut 06820
                                                       (203) 984-9987
                                                       Jwm3esq@gmail.com

## **CERTIFICATION**

         I hereby certify that on February 13, 2024 a copy of the foregoing was electronically filed and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail to anyone unable to accept electronic filing through the Court's CM/ECF System.

                                                                            ___/s/ *Jeffrey S. Bagnell*___
                                                                              Jeffrey S. Bagnell