

**FOR IMMEDIATE RELEASE**

PR Contact:
Jordan Hunter
SIG SAUER, Inc.
603-610-3293
jordan.hunter@sigsauer.com

## SIG SAUER Issues Voluntary Upgrade of P320 Pistol

*P320 pistol meets requirements for industry and government safety standards; performance enhancements optimize function, safety, and reliability.*

**Newington, NH (August 8, 2017)** – The P320 meets U.S. standards for safety, including the American National Standards Institute (ANSI) / Sporting Arms Ammunition Manufacturers' Institute, Inc. (SAAMI®), National Institute of Justice (NIJ), as well as rigorous testing protocols for global military and law enforcement agencies.

The design of the SIG SAUER P320 overcomes the most significant safety concern in striker-fired pistols today: the practice of pressing the trigger for disassembly. This can be performed with a round in the chamber which has resulted in numerous incidents of property damage, physical injury, and death. The disassembly process of the P320, however, uses a take-down lever rather than pressing the trigger, eliminating the possibility of discharge during the disassembly process.

Recent events indicate that dropping the P320 beyond U.S. standards for safety may cause an unintentional discharge.

As a result of input from law enforcement, government and military customers, SIG has developed a number of enhancements in function, reliability, and overall safety including drop performance. SIG SAUER is offering these enhancements to its customers. Details of this program will be available at sigsauer.com on Monday, August 14, 2017.

The M17 variant of the P320, selected by the U.S. government as the U.S. Army's Modular Handgun System (MHS), is not affected by the Voluntary Upgrade.

"SIG SAUER is committed to our approach on innovation, optimization, and performance, ensuring we produce the finest possible products," said Ron Cohen, President and CEO of SIG SAUER. "Durability, reliability and safety, as well as end-user confidence in the SIG SAUER brand are the priorities for our team."

For more information on SIG SAUER, please visit us at sigsauer.com.

Follow SIG SAUER on social media, including Facebook at facebook.com/sigsauerinc, Instagram at https://www.instagram.com/sigsauerinc/, and YouTube at youtube.com/user/sigsauerinc.

SIG SAUER, Inc.

SIG SAUER, Inc. is The Complete Systems Provider™, leading the industry in American innovation, ingenuity, and manufacturing. SIG SAUER® brings a dedication to superior quality, ultimate reliability, and unmatched performance that has made it the brand of choice among many of the world's elite military, government and law enforcement units as well as responsible citizens. SIG SAUER offers a full array of products to meet any mission parameter, including handguns, rifles, ammunition, electro-optics, suppressors, ASP (Advanced Sport Pellet) airguns and training. The largest member of a worldwide business group of firearms manufacturers that includes SIG SAUER GmbH & Co. KG in Germany and Swiss Arms AG in Switzerland, SIG SAUER is an ISO 9001: 2008 certified company with more than 1,600 employees. For more information on SIG SAUER, any of its products, or the SIG SAUER AcademySM, please visit on to sigsauer.com.

## THE COMPLETE SYSTEMS PROVIDER™

FIREARMS · AMMUNITION · ELECTRO-OPTICS · SUPPRESSORS · AIRGUNS · TRAINING

SIG-JINN 000637