

Products

## SIG SAUER Safety Warning and Recall Notice

Published Date: 09/15/2017

A Limited Number of SIG SAUER Rifles

Newington, NH (September 15th, 2017) – SIG SAUER, Inc. has determined that a limited number of rifles in the SIG716 DMR®, SIG516® Carbon Fiber and SIGM400® Predator models were built with a two-stage SIG SAUER trigger that may have an improperly heat-treated hammer. Over time this could result in a trigger malfunction creating a significant safety hazard. SIG SAUER is issuing a mandatory recall to replace the hammer and trigger assembly in these specific rifles. This recall does not affect any military or law enforcement rifles or any SIG MCX®/SIG MPX® products.

SIG SAUER will correct any of the affected firearms at no cost to the customer.

To determine if a specific firearm is affected by the recall, go to https://www.sigsauer.com/support/safety-center/rifle-safety-warning/ and utilize the serial number identifier and visual inspection instructions.

If you are a customer who is affected by the recall, stop using the firearm immediately and follow the instructions on the website or call SIG SAUER Customer Service by dialing 603-610-3000, option #1. Have the rifle's serial number available.

SHOPPING INFO

MY ACCOUNT

PRIVACY POLICY

RETURNS POLICY

SHIPPING POLICY

TERMS OF SALE

TERMS OF USE

STAY CONNECTED



https://www.sigsauer.com/press-releases/sig-sauer-safety-warning-recall-notice/