**EXHIBIT 6**
**PLACEHOLDER**

**HIGH IMPACT P320 MECHANISM OF FAILURE ANIMATION**