| ENGINEERING CHANGE PROPOSAL (ECP) | 1. DATE PREPARED (DD-MMM-YYYY) 10-MAY-2017 | 2. PROCURING ACTIVITY NO. (PAN): L17S5052 | OMB No. 0704-0188 |
|---|---|---|---|
| | | 3. ECP NUMBER: MHS-E-0005 | |

The public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Executive Services Directorate, Information Management Division, 4800 Mark Center Drive, Alexandria, VA 22350-3100 (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THIS ADDRESS. RETURN COMPLETED FORM TO THE GOVERNMENT ISSUING CONTRACTING OFFICER FOR THE CONTRACT/PROCURING ACTIVITY NUMBER LISTED IN ITEM 2 OF THIS FORM.

**4. TITLE OF CHANGE:** XM17/XM18 LIGHTWEIGHT COMPONENTS

**5. CLASS OF ECP:** ☐ Major ☒ Minor ☐ Administrative
**6. PRIORITY:** ☐ E - Emergency ☒ U - Urgent ☐ R - Routine
**7. ECP TYPE:** ☒ P - Preliminary ☐ F - Formal

**8. JUSTIFICATION CODE:** ☐ B - Interface ☐ C - Compatibility ☐ D - Correction of Deficiency ☐ L - Logistics Support ☒ O - Operational or Product Improvement ☐ P - Production Stoppage ☐ R - Cost Reduction ☐ S - Safety ☐ V - Value Engineering

**9. DESCRIPTION OF CHANGE:**
REPLACE EXISTING SEAR, STRIKER PIN AND TRIGGER WITH LIGHTWEIGHT VERSIONS OF SAME COMPONENTS

**10. NEED FOR CHANGE:**
PRODUCT IMPROVEMENT TO ENHANCE PERFORMANCE

**11. MODEL/TYPE DESIGNATION:** (e.g., M16) XM17/XM18 MHS
**12. SYSTEM/CONFIGURATION ITEM NOMENCLATURE:** (e.g., Rifle) PISTOL
**13. AFFECTED ITEM NOMENCLATURE:** (e.g., Bracket) FIRE CONTROL

**14.a. OTHER EXTERNAL SYSTEM AFFECTED?** ☐ Yes ☒ No
**b. IF BLOCK 14.a. IS YES, LIST OTHER SYSTEMS OR CONFIGURATION ITEMS AFFECTED:**

**15. ALL LOWER OR HIGHER ITEMS AFFECTED** | **a. NOMENCLATURE:** | **b. PART NO.:** | **c. NSN:**

**16. DOCUMENTS AFFECTED** (Continue on back if necessary)

| a. CAGE | b. DOCUMENT NO. | c. NOMENCLATURE | d. CURRENT REVISION | e. NOR NO. | f. REVISED DOCUMENT ATTACHED |
|---|---|---|---|---|---|
| 6ZWB1 | 1301837M17 | RECEIVERSUBASSY, M17 | 00 | 1 | |
| 6ZWB1 | 1301871M18 | RECEIVERSUBASSY, M18 | 00 | 1 | |
| 6ZWB1 | 1301858M17 | RECEIVERSUBASSY, GENERAL OFFICER | 00 | 1 | |
| 6ZWB1 | 1300927M17 | SEAR GROUP SUBASSY | 00 | 1 | |
| 6ZWB1 | 1302040M17 | TRIGGER, LW | 00 | 1 | |
| 6ZWB1 | 1301821M17 | SEAR, LW | 00 | 1 | |
| 6ZWB1 | 1300926M17 | STRIKER SUBASSY | 00 | 1 | |
| 6ZWB1 | 1301189M17 | PIN, STRIKER LW | 00 | 1 | |

**17. BASELINE AFFECTED:** ☐ Functional ☐ Allocated ☒ Product
**18. IN PRODUCTION:** ☐ Yes ☒ No
**19. EFFECTIVITY** (Lot No., Serial No., Date): 5/19/2017
**20. EFFECT ON DELIVERY SCHEDULE:** NONE

**21.a. RECOMMEND RETROFIT TO EXISTING ASSETS?** ☐ Yes ☒ No
**b. IF BLOCK 21.a. IS YES, DESCRIBE RETROFIT REQUIREMENTS:**
**c. COST IMPACT FROM ECP?** ☐ Yes ☒ No
**d. IF 21.c. IS YES, DESCRIBE:**

**22. CONTRACT** | **a. CONTRACTOR:** W15QKN-17-D-0016 | **b. CONTRACT NO./LINE ITEM:** N/A

**23. CONTRACTING OFFICER** | **a. NAME:** VINCENT F TURCO | **b. TELEPHONE:** 973-724-2016 | **c. E-MAIL:** VINCENT.F.TURCO.CIV@MAIL.MIL

**24. ORIGINATOR** | **a. NAME** (submitter): SEAN TONER | **b. ADDRESS** (Street, City, State, Zip Code): 72 PEASE BOULEVARD, NEWINGTON, NH 03801
**e. ECP ORIGINATOR CAGE CODE:** 6ZWB1 | **c. TELEPHONE:** 603.610.3353
**d. E-MAIL:** SEAN.TONER@SIGSAUER.COM
**f. SUBMITTING ACTIVITY:** | **g. AUTHORIZED SIGNATURE:** | **h. NAME AND TITLE** (Authorizing Official):

**25. BELOW TO BE COMPLETED BY THE APPROVING ACTIVITY**

**a. RECOMMENDATIONS:** ☒ Approval ☐ Disapproval ☐ Approval with Modification
**b. NAME and TITLE:** Kevin Caflin, ARDEC Eng - Weapons/MHS
**c. DATE SIGNED** (DD-MMM-YYYY): 12-MAY-2017
**d. SIGNATURE:** CAFLIN.KEVIN.WAYNE.1031625765 Digitally signed by CAFLIN.KEVIN.WAYNE.1031625765 DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=CAFLIN.KEVIN.WAYNE.1031625765 Date: 2017.05.12 18:25:31 -04'00'

**26.a. DISPOSITION** (Configuration Change Authority): ☒ Approval ☐ Disapproval ☐ Approval with Modification
**b. NAME and TITLE:** Tom Vass, PM IW Product Lead - MHS
**c. DATE SIGNED** (DD-MMM-YYYY): 13 May 2017
**d. SIGNATURE:** VASS.THOMAS.1228885750 Digitally signed by VASS.THOMAS.1228885750 Date: 2017.05.13 19:00:12 -04'00'

**27. TO BE COMPLETED BY THE ACTIVITY ACCOMPLISHING REVISION UPON NEW REVISION RELEASE**
**a. NAME and TITLE:** | **b. DATE NEW REVISION(S) RELEASED:** | **c. SIGNATURE:**

DD FORM 1692, MAR 2013    PREVIOUS EDITION IS OBSOLETE    Microsoft Office WORD 2007
DISTRIBUTION STATEMENT F: FURTHER DISSEMINATION ONLY AS DIRECTED BY PM SW-IW, SFAE-SDR-SW-IW, PICATINNY ARSENAL, NJ

Encl 4