UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

SIG SAUER, INC                )
                              )
                              )
                              )
            Plaintiff         )     Civil Action No. 1:22-cv-78
                              )
        V.                    )
                              )
                              )
JEFFERY S. BAGNELL, ESQ., LLC, and )
JEFFERY S. BAGNELL             )
                              )
                              )
            Defendants.        )
_____)

**Affidavit of Peter Villani**

I, Peter Villani, hereby depose and state the following:

1) My relevant work history, educational background, firearms background, and prior testimony is summarized in the Appendix to this Affidavit. I have extensive training and experience in the use and functionality of firearms, including the Sig Sauer P320. I have over two decades of experience as a police officer, including serving as a Senior Firearms Instructor, Armorer for the United States Department of Veterans Affairs Police in East Orange, New Jersey. My educational background includes training in metal fabrication, foundry work, materials and design, and mechanical drawing.

2) I have been retained to provide this affidavit and my opinions herein in support of Jeffrey S. Bagnell, Esq., LLC and Jeffrey S. Bagnell's Opposition to Sig Sauer's Motion for Preliminary Injunction. I am rendering my time in this matter without charge.

3) My opinions expressed in this affidavit are the product of my own examination and analysis of multiple Sig Sauer P-320 pistols, and are based on my skills, knowledge, experience, education, and training. My opinions are based on the information available to me at this time, and I reserve the right to update, refine, or revise my opinions, and/or develop additional opinions, based on any new information that may become available to me.

4) I am a certified Sig Sauer P-320 armorer, certified by Sig Sauer itself. Based on my training as a certified Sig Sauer P-320 armorer and my work investigating the cause of an un-commanded discharge that injured a U.S. Department of Veterans Affairs Police Officer and my subsequent work as an expert in litigation involving the Sig Sauer P-320, I am familiar with the internal operation of this firearm. Based on that training and experience, I have knowledge of defective parts installed by Sig Sauer in both the "pre-upgrade" and "post-upgrade" versions of the P-320.

5) I examined the animation at issue in this case and found that it is a fair and reasonable representation of the cause of un-commanded discharges (i.e., unintentional firing of the weapon without a trigger pull) of the P-320, which results from Sig Sauer's failure to properly finish certain critical components of the gun's internal safety mechanisms prior to their installation after Sig Sauer receives them from its metal fabrication sub-contractors. An un-commanded discharge could not occur unless the P320's two critical safety mechanisms (the striker/sear connection and the safety lock tab/striker safety stop) fail.

**Personal Examination of the Sig Sauer P-320**

6) During the course of my involvement with the Sig Sauer P-320 firearm, both leading an internal investigation of an un-commanded discharge on a U.S. Department of Veterans Affairs Police Officer and then as an expert in litigation, I have personally examined and photographed multiple P-320 pistols involved in uncommanded discharge claims along with exemplar P-320 pistols which were both non-upgraded and upgraded versions and have determined that both non-upgraded and upgraded P-320s can suffer from the same manufacturing defects that cause the safety mechanisms in each to fail, leading to un-commanded discharges. Copies of two reports that I have done in cases involving un-commanded discharges of P-320s are attached as **Exhibits 1** and **2**.

7) There are two critical safety mechanisms in both non-upgraded and upgraded P-320s:

   a) *Striker/Sear Connection*. The "striker" is a metal component in the firing mechanism that is kept under constant spring tension and strikes the round when released. The "sear" is a small metal component that holds the striker in place via another small metal piece call the "striker foot." The striker/sear connection is critical. The sear is the small piece of metal that holds the striker (which is under constant spring tension) from sliding forward into the round. Under normal operation, when the trigger is pulled, it sets off a series of mechanical movements that cause the sear to drop, which releases the striker and sends it into the ammunition cartridge causing the gun to fire.

   b) *Safety Lock Tab/Striker Safety Stop*. The "safety lock tab" is a metal component of the striker assembly that is supposed to serve as a secondary safety mechanism in the event the striker/sear connection fails without a trigger pull. Under normal

operation, when the trigger is pulled, it pushes the safety lock tab upwards and out of the way of the striker, allowing the striker to pass freely to strike the round. In the event of an un-commanded discharge, however, as the striker moves forward toward the round, the safety lock tab is supposed to catch the "striker safety stop" on the striker (which Robert "Buzz" Miller refers to as the "striker safety notch") and stop the striker from traveling forward into the round.

8) I have identified significant mechanical failures in these two safety mechanisms that have occurred in both non-upgraded and upgraded P-320s:

   a) *Striker/Sear Connection Failure*. The striker and the sear are manufactured using a metal injection molding (MIM) process, which results in excess molding material being left over on these parts from the MIM process. I have observed the excess molding material on the striker foot and the sear face—the two surfaces that come in contact to hold the striker in place to stop the striker from moving forward and causing the gun to fire. Sig Sauer refers to these as "positive contact surfaces." It is apparent that Sig Sauer is not properly finishing these parts after they are received from the sub-contractor that manufactures them, which results in the excess material being left on these critically important surfaces. I refer to this condition as "rollover." I have also observed inset surfaces on these components. The rollover condition and inset surfaces means that less surface area is coming in contact on the striker foot and sear face, which creates less friction and makes it easier for the striker foot to disengage from the sear without a trigger pull. Further, when exposed to sudden or gradual vibration, the uneven surface on the striker foot causes it to "walk off" the sear face. This can happen gradually with minor vibrations or suddenly with strong intertial force. When it happens gradually, the friction between the uneven surface areas causes the striker foot to gradually push the sear lower and lower until the two parts disengage, and the striker is released.

   b) *Safety Lock Tab/Striker Safety Stop Failure*. The safety lock tab is now manufactured using a metal stamping process, which can leave deformation along the surface of the safety lock tab that is supposed to engage with the striker safety stop to stop the striker from moving forward in the event of an un-commanded discharge. The original safety lock tab was also an MIM part that suffered from the excess material and rollover condition described above. At some point prior to the upgrade program, SIG switched to manufacturing the safety lock tab using a steel stamping process. The striker safety stop is manufactured using the MIM process and can suffer from the same excess molding material problem (rollover condition) that occurs on the striker foot and sear face. The result of these manufacturing defects is that when the striker foot walks off the sear and releases the striker without a trigger pull, the safety lock tab is unable to properly engage and stop the striker from moving forward into the round, causing the gun to fire without a trigger pull.

The photographs below show signs of deformation along the "positive contact surface" of the safety lock tab. As explained above, these deformations interfere with the safety lock tab's and striker safety stop's intended function (which is supposed to prevent the P-320 from discharging uncommanded) causing it to fail.

*See* comparison photos Bagnell 0103, 0108, 0114, 0123, 0129, Perez 0032, Boston 0022, 0041, 0061, 0087 below). I took these photographs at my residence after the inspection of several P-320 pistols at the Marlborough, Massachusetts facility for North Star Imaging on March 17th, and 18th, 2021, referenced in Paragraph 13 below.



Frankenberry 0103
58C101498
Post upgrade

Frankenberry 0108
58A099357
Post upgrade



Frankenberry 0114
58B017511
Pre upgrade

Guay
0123
58A067355
Pre upgrade



Mayes
0129
58C333291
Post upgrade

Perez
0032
58B148597
Pre upgrade



Northrop
0022
58C198421
Post upgrade

Herman
0041
58B119490
Pre upgrade



Ellis
0061
58C459878
Post upgrade

Caldwell
0087
58J109611
Post upgrade

9) None of the produced safety locks that I have personally examined and photographed were consistent with Sig Sauer's intended design drawings, which depict the safety lock tab as a square part. As can be seen in the photographs above, the part is rounded, not square.

## REBUTTAL OF ROBERT "BUZZ" MILLER'S AFFIDAVIT

10) After reviewing Robert "Buzz" Miller's affidavit and his background in firearms with CZ and Taurus firearms, I believe that he has very little, if any, working knowledge or personal experience with the P-320 based on his lack of familiarity with the Sig Sauer P-320. Indeed, at one point in his affidavit Mr. Miller states: "My understanding is based on my review of publicly available information"—not on personal observation. Miller Affidavit pg 4, para 10 line 4.

11) Miller does not state that he has ever been a certified Armorer in the P-320 series for Sig Sauer and has only worked for CZ and Taurus firearms, not Sig.

12) Miller states the obvious about the animation: that the Sig Sauer P-320 represented in the animation is a "pre-upgrade" version and not a "post-upgrade" version. (The "upgrade" occurred when Sig Sauer was made aware that the pre-upgrade gun suffered from a defect or defects causing un-commanded discharges.) Miller is correct that the animation depicts only a pre-upgrade gun, but the manufacturing defects that I outlined above occur in both the pre-upgrade and post-upgrade guns. Miller goes on to state that certain parts in the "post-upgrade" P-320 do not appear in the animation (e.g., the secondary sear

notch, mechanical disconnector,[1] captured safety lever, and trigger bar spring, Miller p.7, 24-25). Of course they do not; the animation does not depict a "post-upgrade" gun.

13) I understand that the animation was created from CT scans of a non-upgraded P-320 as well as photographs of components of other P-320s, including both non-upgraded and upgraded weapons. I understand that at least some of the photographs used to create the animation came from Sig Sauer's own expert, Derick Watkins' computer during an inspection of several P-320 pistols at the Marlborough, Massachusetts facility for North Star Imaging on March 17th, and 18th, 2021. I was present when Mr. Watkins took those photographs at that time. We observed the rollover condition defects on Watkins' computer as he was reviewing the internal parts of the photographed guns on his electronic microscope. When Watkins observed the excess molding material on the striker foot, he was visibly shocked. He exhaled loudly and put his head down. He then immediately left the room with counsel for Sig Sauer and Sean Toner, the pistol's designer, to confer in the hallway.

14) Additionally, after carefully examining the pictures of what Miller claims are "actual" internal components of the P-320 in his report, I observed important and disturbing visual discrepancies with some of those photographs. One picture, (Miller Page 13) (see below left), shows the front portion of a striker foot with white vertical discoloration on the right side, which appears to have been added in an attempt to cover up an obvious defect from excess molding material along the right vertical edge of the striker foot, which most striker feet exhibit (see Perez 0028). This white addition to the photograph appears to flatten out the original contour of the defect seeming to render it non-existent in his report.



Miller pg 13                                                     Perez 0028

15) Similarly, a photograph of the safety lock tab shows obvious manipulation of the actual contour of that component. (*See* Miller pg 21 photo below.) Miller's report includes the caption: "Photograph of an actual P320 striker safety exhibiting defined angles tightly fitted

---

[1] The mechanical disconnector only engages when the slide is pulled backwards (i.e., "out of battery"), but the animation does not depict an uncommanded discharge when the slide is out of battery.

against the striker housing." Miller is implying that his photograph shows a safety lock tab "fitted against the striker housing." But there is *no striker housing* in Miller's photograph, rendering it misleading and deceptive. Miller's photo below clearly shows a safety lock, but the background is not of a striker body as the surface area is much too large. What this surface actually is, is unknown. A photo of an actual striker body appears below right (**see photo) Boston 0051 striker**). The actual flat horizontal surface of a striker body is only approximately 1.58mm deep and the average thickness of the safety lock itself is only .75mm thick. Comparing the thickness of the safety lock and the known depth of the striker body (1.58mm), the object that the safety lock tab is connected to in Miller's photo is not the striker body as Miller claims.




Miller pg 21                                                             Boston 0051

16) Even more disturbing, Miller appears to have manipulated this photograph by adding dark lines along the top and side portions of the safety lock tab, to make it look like the profile is squared off per Sig Sauer's design. But, in fact, the safety lock tab is rounded and does not match Sig Sauer's design drawing. The actual leading edge of the safety lock tab follows the arc of the curve towards the center of the tab then continues left under the black horizontal line as shown below**. (See Bagnell 0118 below left compared to Miller pg 21 right)** One can match the actual curvature of the safety lock tab (Bagnell0118) to the contour that Miller is attempting to disguise in the altered image. Miller appears to be attempting to conceal the fact that the safety lock tab depicted is defective and is *not* shown as "tightly fitted against the striker."



Bagnell 0118                                                             Miller pg 21



**Perez 0034**

17) Above (Perez 0034) is a photograph of the top portion of a safety lock tab showing the curved edges, not "defined angles" as misleadingly depicted by Miller.

18) Additionally, below are three separate examples of CT scans showing the safety lock tab not tightly fitting against the striker body as claimed by Miller. The red lines show the actual gaps between the safety lock tab and the striker body.



**Jinn-Sig 320-VGL3-E (front view)**



**Frankenberry (rear view)**



**Kneski 0005 (front view)**

19) The above photographs also demonstrate the excessive space between the striker and its housing that allows the striker pin to move and rotate about its vertical axis (known as "yaw"). That phenomenon can be seen in a video that will be submitted to the Court as **Exhibit 3** to my affidavit. I created that video using a pre-upgrade P320 sub-compact with serial number 58A099357 (9mm).

20) Miller claims at p.16 that the rotation caused by the excessive space in the striker housing would "result[] in no decrease in engagement" between the striker foot and the sear face because as one side of the striker foot rotates up, the other side would rotate downward, with no net loss of engagement. But Miller fails to account for two things: (1) the loss of engagement caused by the rollover condition; and (2) that as the striker foot rotates, its uneven surface interacts with the sear face's uneven surface to slowly push the sear downward, which over time can result in a loss of engagement between the striker foot and the sear face, causing the striker to move forward toward the round.

21) Miller also takes issue with the depiction of the "vertical play between the slide and frame" on the P-320, which the animation explains "further compromises the striker sear connection by raising the striker foot when the slide moves vertically," which causes the striker foot to walk off the sear. Miller claims that it is physically impossible for this to happen. Miller pp.17-19.

22) The following videos, which will be submitted to the Court as **Exhibits 4**, **5[2] & 6**, demonstrate that Miller's claim is false. I made these videos with the same P-320 used in Exhibit 3 to show the vertical movement of the slide. The striker assembly sits in the slide. The slide attaches to the gun's receiver via slide rails. The sear, on the other hand, sits in the receiver inside the gun's frame. In other words, the striker assembly in the

---

[2] In Exhibit 5 I installed a shortened secondary slide cap to show the sear and striker engagement.

slide is one part of the gun, which sits on top of the receiver that contains the sear in a separate part of the gun. When there is vertical play between the slide and the frame, the striker foot is pulled up and away from the sear face, which contributes to the striker foot walking off the sear.

23) Miller takes issue with the fact that the striker safety lock spring and retaining geometry on the striker housing are not depicted. But those elements of the striker assembly are not part of the mechanism of failure depicted in the animation, so their absence is irrelevant.

24) Miller contends that animation does not show the "actual geometry" of what he calls the "striker safety notch" and what I call the "striker safety stop" (Miller pp.21-23). But the geometry of the striker safety stop is not the problem nor is it what the animation is depicting. The problem is that a rollover condition can exist on the safety lock tab and the striker safety stop. The animation accurately depicts how those conditions can cause those safety components to malfunction.

### Examination of Sean Toner Affidavit

25) I have read Sean Toner's Affidavit and have determined that his statements only describe the intended operation of the Sig Sauer P-320 as designed and provide no review or rebuttal of the animation in question or any analysis of any actual P-320 weapons.

26) Paragraph 9 of Toner's Affidavit only provides a date of the "voluntary upgrade" program, but he fails to state why the upgrade program was initiated in the first place, which was due to safety concerns after un-commanded discharge and injuries caused by the P-320 were reported

Signed under the pains and penalties of perjury this 13TH day of April, 2022, at Cresskill, New Jersey.

*Peter Villani*

Peter Villani

**APPENDIX**

**MY RELEVANT WORK HISTORY IS AS FOLLOWS:**
_____

## Work History

| | |
|---|---|
| 2001 - Present | **United States Department of Veterans Affairs Police** **East Orange, NJ** Operations Officer (Major) Senior Firearms Instructor/Armorer Primary Evidence Custodian |
| 1995 - 1999 | **World Class Shooters/Paterson Rod & Gun** **Hawthorne, NJ/Paterson, NJ** Range Manager/Firearms Sales/Instructor |
| 1988 - 1995 | **Passaic County Sheriff's Department** **Paterson, NJ** Sheriff's Officer |
| 1986 - 1988 | **North Haledon Police Department** **North Haledon, NJ** Class 2 Special Police Officer |
| 1985 - 1988 | **Willowbrook Mall Security Department** **Wayne, NJ** Security Supervisor (Sergeant) |

**MY EDUCATIONAL BACKGROUND IS AS FOLLOWS:**
_____

| | | |
|---|---|---|
| Manchester Regional High School 70 Church Street Haledon, NJ | Industrial Arts Program (Metal fabrication, foundry work, materials and design, woodworking, mechanical drawing.) | 1978 |
| Lethal Force Institute | Stress Fire Handgun | 1986 |

| | | |
|---|---|---|
| Lethal Force Institute | Advanced Combat Shotgun | 1986 |
| NJ Department of Law & Public Safety Passaic County Police Academy | Class 2 Special Officer | 1987 |
| NJ Department of Law & Public Safety Morris County Police Academy | Basic Course for Police Officers | 1989 |
| NRA | Police Expert | 1989 |
| Dept. Of Veterans Affairs Law Enforcement Training Center 2200 Fort Root Rd. North Little Rock Arkansas | Basic Police Officer | 2001 |
| Dept. Of Veterans Affairs Law Enforcement Training | Firearms Instructor | 2002 |
| Beretta | Armorer Training | 2002 |
| VA Employee Education System | Prevention and Management of Disruptive Behavior: Train the Trainer | 2003 |
| IES Interactive Training | Certified Instructor/Operator | 2003 |
| Kustom Signals, Inc. | Doppler Traffic Radar Instructor | 2003 |
| Dept. Of Veterans Affairs | Special Contribution Award (Firearms) | 2005 |
| NRA | Certified Pistol Instructor/Range Safety Officer | 2005 |
| Dept. Of Veterans Affairs | Supervisory Training Program | 2008 |
| Simunition Certification Picatinny Arsenal, Wharton NJ | Simunition Scenario Instructor/ Safety Certification Course | 2009 |
| Dept. Of Veterans Affairs | Advanced Patrol Officer Training | 2011 |
| Dept. Of Veterans Affairs | Supervisory Police Officer Training | 2011 |
| Dept. Of Veterans Affairs | Evidence Custodian | 2013 |
| Dept. Of Homeland Security | IED Search Procedures | 2014 |

| | | |
|---|---|---|
| Ridgefield Park Police Dept. | Conducting Complete Traffic Stops | 2014 |
| Dept. Of Veterans Affairs | Advanced Patrol Officer | 2016 |
| Dept. Of Veterans Affairs | Firearms Instructor | 2016 |
| Dept. Of Veterans Affairs | Instructor Development | 2016 |
| Dept. Of Veterans Affairs | Police Long Gun | 2016 |
| Windham Weaponry | AR15/M16 Armorer | 2016 |
| Public Agency Training Council | Leadership Skills for Challenging Times | 2017 |
| Dept. Of Veterans Affairs | LETC Chief's Symposium | 2017 |
| Dept. of Veterans Affairs | Evidence Custodian II | 2018 |
| Dept. Of Veterans Affairs | Firearms Instructor - Recert | 2019 |
| Dept. Of Veterans Affairs | Police Long Gun - Recert | 2019 |
| Windham Weaponry | AR15/M16 Armorer - Recert | 2020 |
| Sig Sauer | Sig Sauer P-320 Armorer training | 2020 |

**MY FIREARMS BACKGROUND IS AS FOLLOWS:**

| | |
|---|---|
| 1979-PRESENT | International Practical Shooting Confederation (IPSC) shooter: Participated in pistol, rifle and shotgun matches |
| 1986-2005 | NRA Certified Pistol Safety Instructor:<br>- Conducted pistol safety courses for beginners<br>- Qualified civilian pistol permit carriers<br>- Qualified retired Police Officers |
| 1986 | Attended Lethal Force Institute, Concord NH Stress Fire Handgun Course |
| 1986 | Attended Lethal Force Institute, Concord NH Advanced Combat Shotgun Course |
| 1986 | Attended Passaic County Police Academy Class Two Special Police Officer Basic Firearms Course |
| 1989 | Attended Morris County Police Academy Full Time Police Officer Basic Firearm Course |
| 1995-1999 | Employed as a Range Manager/Firearms salesman for World Class Shooters/Paterson Rod and Gun Hawthorne, NJ and Paterson, NJ |

- Responsible for employee hiring, scheduling, maintenance of range, civilian pistol instruction and qualification of retired law enforcement officers and civilian carry permit holders.
- Responsible for firearm sales and all related paperwork involving registration records with the NJ State Police
- Responsible for all firearms cleaning of customer firearms
- Responsible for examination, disassembly and repair of customer firearms.
- Evaluated personal gun collections for consignment sales
- Worked with local prosecutors/attorneys in resale of privately owned firearms during domestic violence cases
- Handled transfer of firearms between customers and out of State transactions.
- Responsible for keeping updated on all firearms laws and regulations
- Awarded Blue Ribbon Award for Shot Business Publication as a target of an undercover shopper

1996-2005   NRA Certified Range Safety Officer

2002         Department Firearms Instructor/Armorer certification in Beretta 92. Managed maintenance and repair of the entire Department weapon inventory.

2012         Simunition Firearms Instructor. I taught Department personnel in tactical awareness and proper use of issued sidearms.

2013         Sig Sauer 229-239 Instructor/Armorers Course/Beretta 92 Armorers Recertification course.

2016         AR15/M16 Long gun Instructor course/Armorers Course. Managed maintenance and repair of the entire Departments rifle Inventory and training of Officers in the proper use of the AR15 rifle system.

2019         AR 15/16 Armorers recertification Course

2019         Firearms Instructor recertification Course

2019         Armorers recertification Course Beretta 92, Sig Sauer 239/229

2020			Sig Sauer P-320 armorers course certification


## Testimony

- June 18, 2021 Deposition given in *Frankenberry vs Sig Sauer*

- March 1, 2022  Deposition given in *Jinn/Mayes/Guay vs Sig Sauer*