UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC. ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No.: 1:22-cv-78 |
| ) | |
| v. ) | |
| ) | |
| JEFFREY S. BAGNELL, ESQ., LLC, and ) | |
| JEFFREY S. BAGNELL ) | |
| ) | |
| *Defendants*. ) | |

## EXPERT AFFIDAVIT OF ROBERT "BUZZ" MILLER

I, Robert "Buzz" Miller, hereby depose and state as follows:

## MY BACKGROUND AND QUALIFICATIONS

1.      My name is Robert ("Buzz") Miller. I am the founder and CEO of Sync Development Solutions, a consulting firm that provides firearms manufacturers with a full spectrum of product development services. Sync's services include full system design, prototyping, product evaluation, industrialization, and production support for firearms.

2.      In 2004, I received my B.S. in Mechanical Engineering, with honors, from the University of South Carolina. In 2009, I received a Master's Degree in Business Administration from the Darla Moore School of Business at the University of South Carolina.

3.      I have worked in the firearms industry for more than 15 years. In 2006, I became a pistol design engineer with FN America. Headquartered in McLean, Virginia, with manufacturing operations in South Carolina, FN America develops and manufactures high-quality firearms for

military, law enforcement, and commercial customers.  During my tenure with FN America, my responsibilities spanned the entire firearm product lifecycle, including conceptual design, prototyping, testing and evaluation, industrialization, production support, and product phase-out. While at FN America, I participated in various quality assurance and production support initiatives for all of FN's US-made pistol products. Through these efforts, I became the primary interface between technical development and all vendor-related activities, including polymer injection molding, metal injection molding, sheet metal stamping, CNC machining, and spring manufacturing. During industrialization efforts, I served as the lead technical instructor responsible for product training for all facets of the FN America organization, including production, sales, marketing, and customer service.

4.      From 2015 to 2017, I was employed by Taurus Firearms as part of the company's product development team. My product management portfolio included pistols, revolvers, lever-action rifles, semi-automatic rifles, and shotguns, covering the Taurus, Heritage, and Rossi brands. I established a five-year new-product development roadmap, advanced product test methods and requirements for both the U.S. and Brazil new product development teams, managed strategic sourcing for all new product development efforts, and provided connectivity and coordination between new product development, manufacturing, procurement, marketing, and sales teams both domestically and globally.

5.      In 2017, I established Sync Development Solutions.

6.      Sync Development Solutions and I have been retained by Foley Hoag on behalf of SIG Sauer, Inc. ("SIG") to evaluate the technical accuracy and truthfulness of a video animation purportedly describing the Sig Sauer P320 model firearm. I am being compensated for my time

at my hourly rate, which is $350 per hour. My compensation is not contingent on the substance of my opinions or the outcome of this matter.

7.    My opinions expressed below are the product of my own examination and analysis, and are based on my skills, knowledge, experience, education, and training. My opinions are based on the information available to me at this time, and I reserve the right to update, refine or revise my opinions, and/or develop additional opinions, based on any new information that may become available to me.

## MY ANALYSIS AND CONCLUSIONS

8.    I reviewed the Animation on YouTube located at the following address: https://www.youtube.com/watch?v=2KykjaykRlc&t=247s. The Animation is 5 minutes and 19 seconds in length, and appears to bear a copyright date of 2021. For ease of reference, I will refer to a location in the Animation by its elapsed time stamp, so that, for example "0:11" refers to the Animation at 11 seconds elapsed time, and "1:15" refers to the Animation at 1 minute and 15 seconds elapsed time.

9.    As described more fully below, I examined the images depicted in the Animation and compared them to the following:

   a.  A SIG P320, Serial Number 58J273199, with a frame date stamp of November 2021.
   b.  A SIG P320, Serial Number 58B199590, with a frame date stamp of January 2017.
   c.  A "Cutaway" SIG P320, Serial Number 58J234922.
   d.  Additional P320 components
        i.   Three post-upgrade strikers, striker housings, striker blocks and striker block actuators
        ii.  One pre-upgrade striker assembly (heavy)
        iii. One pre-upgrade striker assembly (lightened v.1)
   e.  CT Scan Data for a SIG P320, serial number 58B199590.
   f.  CT Scan Data for a SIG P320, serial number 58J273199.

3

10.    I understand that SIG has manufactured the P320 since 2014. I further understand that, in August 2017, SIG implemented a Voluntary Upgrade Program for the P320, implementing certain design changes to particular components of the P320.  I understand that the changes implemented as part of the Voluntary Upgrade Program were implemented in all P320 firearms manufactured after August 2017, and that SIG provides owners of P320 model firearms manufactured prior to that date the opportunity to have such changes implemented in their firearms free of charge.  My understanding is based on my review of publicly available information located at https://www.sigsauer.com/p320-voluntary-upgrade-program.  I will refer to the P320s manufactured before August 2017 as "pre-upgrade," and P320s manufactured after August 2017 (or pre-upgrade P320s that have been upgraded under the Voluntary Upgrade Program) as "upgraded" or "post-upgrade."  As part of my analysis I examined and compared the Animation to an actual post-upgrade P320 from 2021, and to an actual pre-upgrade P320 from early 2017.

11.    In describing my analysis and conclusions below, I will refer to the following terms, which I define below:

a.    The "sear" – The sear is the component of the P320 that holds the striker in its charged state until the trigger is pulled.

b.    The "sear face" – the sear face is the portion of the sear that interfaces with the striker foot.

c.    The "secondary sear notch" – the secondary sear notch refers to the portion of the P320's sear that is located between the sear face and the pivot, and is similar geometry to the sear face.

4

d. The "striker" – The striker is the part of the firing mechanism that delivers an impact force (strikes) into the ammunition cartridge when the firearm's trigger is pulled, detonating the primer compound, which then ignites the propellant and discharges the projectile.

e. The "striker foot" – the striker foot refers to the portion of the striker which extends from the bottom to interface with the sear.

f. The "striker housing" – the striker housing is part of the slide assembly that contains and locates ("houses") the striker, striker return spring, striker safety lock, and striker safety lock spring.

g. The "striker safety notch" – the striker safety notch is a shelf on the right rear of the striker that interacts with other components to prevent forward travel of the striker in the event of unintentional sear release.

h. The "striker safety lock" – the striker safety lock is a safety component of the firing mechanism that prevents forward travel of the striker in the event of unintentional sear release by engaging the striker safety notch.

i. The "frame" – the frame is the polymer shroud that the receiver assembles into and is the user interface or the grip.

j. The "slide" – In the example of the Sig P320, the Slide is the upper part that reciprocates ("slides") during the operating cycle. The slide houses and carries components of the firing mechanism such as the striker and striker housing. The slide also houses the barrel and provides the backing to the firing chamber.

5

k.  The "receiver" - the receiver is a metal chassis that integrates other components by
    providing housing for internal action components such as the trigger mechanism and the
    firing mechanism.  Additionally, the receiver has interfaces for attaching ("receiving")
    components such as the slide and the barrel.

l.  The "rails" – the rails are four inverted L-shaped features that extend from the top of the
    receiver and act as the connecting interface to the slide.  The slide has two grooves (rail
    channels) that run front-to-back and accept the rails, allowing the slide to reciprocate
    forward and back.

m.  The "mechanical disconnector" – the mechanical disconnector is a safety component of
    the firing mechanism that disengages the trigger bar from the fire control when the slide
    is not in its forwardmost position.

n.  "Chamfer" - In metalworking, a chamfer refers to a flat transitional surface between two
    surfaces of an object.  Often, it is created at a 45˚ angle between two adjoining right-
    angled surfaces.

o.  "Radius" - In metalworking, a radius refers to a rounded transitional surface between two
    surfaces of an object.

p.  "Metal Injection Molding " – metal injection molding (MIM) is a manufacturing process
    that allows for small, complex, metal components to be shaped by injecting feedstock (a
    combination of finely powdered metal and binder material) into a mold.

**The Animation Omits or Inaccurately Depicts the P320's Internal Components**

12. Based on my analysis of the Animation and comparison to an actual pre-upgrade P320 and to an actual post-upgrade P320, I conclude that the Animation inaccurately depicts the SIG P320 in many important ways. These inaccuracies are in the form of omissions or distortions to the actual P320 components. Individually and taken together, these inaccuracies result in an Animation which falsely depicts both the current post-upgrade SIG P320 and the pre-upgrade P320 as well.

**The Sear**

13. The Animation does not accurately depict the sear used in the post-upgrade P320. The current P320 utilizes a sear with two notches, a primary notch that holds the striker foot in place in a charged condition, preventing the striker from moving forward without a trigger pull, and a secondary notch. Beginning by about eleven seconds into the Animation, and continuing throughout, the Animation depicts only a distorted version of the pre-upgrade single-notch sear. Below, on the left is a photograph of the sear from a current P320, which plainly possesses two notches. On the right, marked by the red box, is the sear depicted in the Animation, which plainly has only a single notch (and displays a distorted face as discussed below).

7

Actual P320                                              Animation





*Photograph of a current P320 sear including both a (i) primary notch and a (ii) secondary notch.*

*Sear as depicted in the Animation, depicting a distorted face and omitting a secondary sear notch.*

14.     The Animation also inaccurately depicts the sear's surface (applicable to both pre- and post- upgrade sears). Specifically, the Animation depicts the sear as having exaggeratedly rounded edges, which the Animation describes as a "rollover condition" and a concave "inset center." At 0:11, the Animation depicts a deformed sear surface. This deformed appearance continues throughout the Animation, at 1:15, for example. At 2:25-2:27, the Animation focuses on the sear-striker interface. At this point, the Animation pans from left to right, depicting the sear with what appears as a heavily rounded surface, and the Animation adds the label "defective discharge, no trigger pull." This creates an Animation image that appears to show a mechanism for the striker foot to slip past the sear because of these supposedly rounded surfaces, potentially resulting in an uncommanded discharge. These distortions are false.

15.     Examination of an actual pre-upgrade P320 sear shows no "rollover condition" or "inset surface." In order to evaluate the Animation's accuracy, I measured the amount of inset present on an actual P320 sear face. First, I oriented the sear face to be as flat as possible using a vee-

8

block. Next, I used a drop indicator with a .0001 inch resolution to probe across the sear face. Using this method, I found the surface of the sear face to be fully formed and flat, with variation across the sear face measuring within .0005 of an inch. This variation was not localized to the center of the face, where the Animation claimed that an "inset" was present. In addition, examination of an actual post-upgrade P320 sear face shows it to have fully-formed, uniform, flat surfaces as well. Based on my experience the geometry shown in the Animation is not the product of typical wear or manufacturing defects, and instead would have to be the product of digital manipulation. Consequently, all of those Animation images of the sear are false, and the Animation's representation that the striker foot could slip past the sear because of these rounded surfaces is also false.

16.     Below are two images, taken from the Animation, which appear to show a rounded, deformed sear surface (indicated by the red arrows).





*Image of the sear taken from the Animation, appearing to show a rounded, deformed sear surface.*

*Image of the sear taken from the Animation, appearing to show a rounded, deformed sear surface.*

17.     The below images are photographs of an actual pre-upgrade P320 sear, clearly showing that the sear surface (indicated by the red arrows) is flat and not deformed.

 

18.     The below images are photographs of an actual post-upgrade P320 sear, also clearly showing that this sear surface (indicated by the red arrows) is flat and not deformed.

 

19.     By way of another example, below are two images taken from the Animation, which appear to show a rounded, deformed sear surface and bearing the label "rollover condition" and "inset surface."



20.     The below images are photographs of actual pre-upgrade and post-upgrade P320 sears. Both photographs clearly show that the pre- and post-upgrade sear surface (indicated by the red arrows) is flat and not deformed.  The depictions of the sear surface in the Animation are false.





*Photograph of an actual P320 pre-upgrade sear.*        *Photograph of an actual P320 post-upgrade sear.*

11

**The Striker**

21.     The Animation inaccurately depicts the P320's striker foot.  Throughout the Animation, it depicts the P320's striker foot as exhibiting a "rollover condition" and "inset surface" on its engagement face.  This creates an Animation image that appears to show a mechanism for the striker foot to slip past the sear because of these rounded surfaces combined with the purported rollover condition and inset surface depicted on the sear in the Animation.

22.     Examination of an actual pre-upgrade P320 striker foot shows no "rollover condition" or "inset surface."  In reality, examination of actual pre-upgrade and post-upgrade P320 striker feet shows that these components have fully-formed, uniform, flat surfaces.  Based on my experience the geometry shown in the Animation is not the product of typical wear or manufacturing defects, and instead would have to be the product of digital manipulation.  Consequently, the Animation images of the striker foot are false, and the Animation's representation that the striker foot could slip past the sear because of these rounded surfaces is also false.

23.     The image on the left below is taken from the Animation, bearing the label "inset surface" and "rollover condition."  The image on the right below is a photograph of an actual P320 striker foot, showing that the actual surface is flat with well-defined edges, not distorted as shown in the Animation.

12

Animation                                    Actual P320




*Comparison of the P320 striker foot depicted in the Animation to a photograph of an actual P320 striker foot (the red arrow highlights the actual length of the striker foot as being much longer than the one depicted in the Animation).*

24.     The Animation also inaccurately depicts the geometry of the P320 striker foot. The Animation truncates the length of the striker foot and flattens the downward angle of the striker foot towards the sear, creating an Animation image that appears to have less engagement between the two components than actually exists. No known wear characteristics or manufacturing defects would produce the striker foot geometry shown by the Animation.

25.     Examination of an actual P320 striker foot (both pre-upgrade and post-upgrade) shows that the actual striker foot is measurably longer than the one depicted in the Animation, and the striker foot's face extends in a downward angle towards the bottom of the P320 sear.  Those characteristics increase engagement between the two components. Consequently, the Animation's depiction of the striker foot is false, and the Animation's representation that the striker foot could slip past the sear because of the geometry depicted is also false.

 

*Striker foot proportions depicted in the Animation, which truncates the striker foot's length and omits its downward angle towards the sear.*

*CT image of an actual striker foot, which exhibits a measurably longer length than that depicted in the Animation and which extends downward towards the sear.*

**Clearances Between the Striker and its Housing**

26.     The Animation inaccurately depicts the clearance between the striker and its housing. The Animation depicts what it calls "excessive space" between the P320 striker foot and the striker housing channel on each side of the striker foot, which the Animation asserts, "allows the striker pin to rotate" decreasing the striker's engagement with the sear.

27.     Examination of actual P320 striker and housing (both pre- and post-upgrade) reveals that the space on each side between the striker foot and striker housing channel is not "excessive" as depicted in the Animation, but instead is tightly fitted.

28.     In the pre-upgrade P320 that I examined, I measured the actual clearance between the striker foot and its housing channel on both sides to be .005 inches in total. In the post-upgrade P320 that I examined, I measured the actual clearance between the striker foot and its housing channel on both sides to be .004 inches in total. I also measured the clearance around the body

14

of the striker by measuring the outside diameter of the cylindrical striker body and comparing

that to the inside diameter of the cylindrical hole in the striker housing in which it sits.  In both

the pre-upgrade and post-upgrade P320s that I examined the housing inside diameter measured

.229 inches and the striker body outside diameter measured .226 inches, so the actual clearance

between the striker body and its housing in the real P320s was .003 inches.

29.    In order to calculate the dimensions being depicted in the Animation, I first imported an

image from the Animation into CAD software.  I then overlaid a sketch of the striker housing

and striker on to the CAD image to determine the proportions of the striker and striker housing

geometry represented in the Animation.  I then compared the striker housing outside diameter

measured from the Animation to an actual striker housing outside diameter to determine a

dimensional scale factor.  I then applied that scale factor to the other dimensions from the

Animation to calculate the various dimensions depicted in the Animation.  I then compared those

dimensions to the corresponding measurements I obtained from actual P320 components.  I

observed that, while some of the Animation dimensions were similar to the dimensions of the

actual P320 components, the Animation contained significant discrepancies for the striker

housing internal dimension and the striker leg dimensions.  Those discrepancies indicate that the

Animation image was manipulated to increase the size of the purported "clearance" depicted in

the Animation.

30.    Specifically, the Animation depicts the clearance between the striker foot and its housing

channel as being .016 inches.  The actual clearances in the real P320s that I measured were .005

(pre-) and .004 (post-) inches, which means that the Animation falsely depicts the purported

clearance between the striker foot and its channel as being at least triple the size of the actual clearance.

31.     In addition, the Animation depicts the clearance around the cylindrical body of the striker to be .033 inches.  The actual clearance in the real P320 that I measured was .003 inches, which means that the Animation falsely depicts the purported clearance around the cylindrical body of the striker to be eleven times larger than the size of the actual clearance.

32.     In addition, the Animation's implication that the rotation depicted in the Animation would decrease the striker's engagement with the sear is false, even if the clearance were as wide as is depicted there.  This is because the striker face is rectangular-shaped, so the depicted rotation would decrease engagement on one side of the rectangle as that corner rotated upward, but would simultaneously increase engagement on the opposite side as that corner rotated downward, resulting in no decrease in engagement.



*Striker and housing as depicted in the Animation showing exaggerated "space" between them.*



*CAD program image depicting how the striker foot rotation shown in the Animation would not decrease engagement with the sear because the bottom right of the striker foot would in fact extend further downward than its non-rotated position.*

16

33.    The Animation also makes the assertion that "vertical play between the slide and frame further compromises the striker sear connection by raising the striker foot when the slide moves vertically." That depiction and assertion are false.

34.    I examined the portion of the Animation that appeared to depict the "vertical movement" which begins at 4:44.  Below is an image taken from the Animation at 4:56, when the slide assembly was at the upwardmost movement in the Animated depiction.



35.    I then zoomed into the portion depicting the slide-rail interface, which can be seen in the image below circled in red.  In an actual P320, the rails (solid parts) sit in channels in the slide (also a solid part).  I lightened the dark colors used in the Animation that obfuscated the slide-rail interface so that it would be easier to see.



36.     This examination revealed that, in order to achieve the vertical movement purportedly depicted in the Animation, the Animation actually has the slide merge into the rail by approximately half the length of the rail.  What that means is that in order to appear to show the supposed "walk off" condition, the Animation has two solid parts occupying the same space, which is a physical impossibility in reality, only made possible in the digital Animation by manipulating the image.  In the image below, I highlight in red the surfaces of the rail and outline the slide rail channel in yellow.  The red shaded portion highlights the physical interference (i.e., the merged area) between the slide and the rail depicted in the Animation.



37.     In addition, the Animation depicts the striker foot purportedly moving upward and "walking off" the sear vertically.  This depiction is false.  The assertion that the striker vertically walks up, off of the sear, is physically impossible.  In reality, the striker is held at rest biased at its upwardmost position relative to the sear, with the striker being biased upward within the striker housing, the striker housing being biased upward within the slide, and the slide being biased upward against the firearm's frame rails.  This upward-biased positioning makes it physically impossible for the striker to move upwards in relation to the sear, a movement which is only made possible in the Animation by a misrepresentation of the positioning of these parts.  Much like the slide merging into the rail in the Animation discussed above, these components would have to merge into each other and occupy the same space – a physical impossibility.

19



*CT scan of the (i) striker, (ii) housing and (iii) slide and rails, showing actual striker positioning at rest.*

**Striker Safety Components**

38.     The Animation inaccurately depicts the striker safety lock. Specifically, the Animation depicts a "loose fit" between the safety lock and the channel in which it rides, and what the Animation asserts is a "rollover condition" on the safety lock's surface.  The Animation then asserts that these conditions would allow the striker to bypass its safety.

39.     Examination of an actual P320 striker safety lock shows that the actual safety lock features a defined angle that is tightly-fitted against the striker.  The actual striker safety lock does not show any of the "rollover" deformation depicted in the Animation on the relevant edge. The actual geometry of the striker safety lock features a nearly sharp functioning edge, which is an intentional artifact of the sheet metal stamping process used to produce the striker safety locks on the P320s that I examined.    No known wear characteristics or manufacturing defect could

20

produce the safety lock geometry shown by the Animation. The image below on the left is taken from the Animation. The image below on the right is of an actual P320.




*The Animation's depiction of the safety lock, which purports to exhibit a loose fit and rollover condition.*

*Photograph of an actual P320 striker safety exhibiting defined angles tightly fitted against the striker housing.*

40.     In addition, the Animation omits the striker safety lock spring as well as the retaining geometry found on the striker housing.



*Photograph of an actual P320 striker housing, showing retaining geometry and he striker safety lock spring omitted by the Animation.*

41.     The Animation also inaccurately depicts the striker safety notch.

21

42.     Examination of an actual P320 striker safety notch demonstrates that it is nearly twice as tall as that depicted in the Animation. Additionally, the actual P320 striker safety notch features an undercut corner to ensure that no radius facilitates disengagement of the striker safety lock and striker safety notch, and a back-angle to bias the safety in the engaged position during impact. The Animation replaces these actual features with what appear in the Animation to be a vertical wall and a radius at the bottom of the catch face, both of which would appear to cause the system to be more prone to slippage.

43.     As part of my analysis, I made a comparison between the Animation and an actual photograph of the P320's safety notch geometry.  To do so, I first cropped the image of the striker safety notch depicted in the Animation (shown below on the left) and drew a line across the top surface of the striker safety notch geometry (red line depicted below).  I duplicated this line and used it to scale a photo of the actual striker safety notch geometry (shown below on the right) to ensure consistent proportions.  I aligned the images horizontally via the bottom of the notch (blue line depicted below).  I drew a final line extending from the top of the depicted safety notch across the actual geometry (yellow line shown below).  The side-by-side comparison along with the corresponding alignment lines show the Animation depicts the striker safety notch geometry to be approximately half the height of actual parts.  Additionally, the Animation omits the undercut geometry crucial to the proper function of the striker safety notch.



*Comparison of the striker notch depicted in the Animation to a scale photograph of an actual P320 striker notch.*

44.     Additionally, the notch geometry in the Animation was modified to omit the back angle of the notch and the undercut at the bottom of the notch.  These modifications are false and do not represent the actual geometry.



*Comparison of an actual P320 safety notch with that depicted in the Animation.*

23

**Mechanical Disconnector**

45.     The Animation omits the mechanical disconnector present on the post-upgrade P320. On an actual post-upgrade P320, as the slide travels rearward, the mechanical disconnector is forced downward, thereby pushing the trigger bar downward.  Once pushed down, the trigger bar can no longer activate the sear because if the slide is not fully closed, the disconnector will break the link between the trigger bar and the sear. This feature is a redundant safety to prevent the pistol from firing when the slide is out of battery. The Animation's omission of this feature is false.



*CT scan of an actual P320 depicting the slide disconnect.*



*Side view of the P320 firing mechanism depicted in the Animition, which omits the slide disconnect.*

**Other Omissions and Inaccuracies**

46.     The Animation does not accurately depict the P320's striker housing. The Animation omits the spring locator boss, chamfers, and striker safety lock spring that are present on the actual P320s that I examined. The Animation also omits safety features located on the striker housing that serve to locate and retain the safety lock as well as manufacturing and identification marks.

24

47.     The Animation also inaccurately depicts P320's trigger, trigger bar and various other components. The Animation depicts a P320 with a two-piece trigger.  Examination of an actual P320 shows that the P320 trigger is a single piece. Similarly, the Animation omits the post-upgrade P320's captured safety lever and trigger bar spring. The Animation also omits the pre-upgrade safety lever spring present on the P320 until the 2017 upgrade, and omits various features on the trigger bar. These inaccuracies further demonstrate that the Animation does not depict an actual P320.


        Signed under the pains and penalties of perjury this 28th day of February, 2022.


                                        /s/ Robert "Buzz" Miller
                                        Robert "Buzz" Miller