UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC. | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Civil Action No.:  3:22-cv-00885-JAM |
| v. | ) |
| | ) |
| JEFFREY S. BAGNELL, ESQ., LLC, and | ) |
| JEFFREY S. BAGNELL | ) |
| | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## EXPERT REPORT OF ROBERT "BUZZ" MILLER

Sync Development Solutions and I have been retained by Foley Hoag on behalf of SIG Sauer, Inc. ("SIG") to evaluate the technical accuracy and truthfulness of a video animation purportedly describing the Sig Sauer P320 model firearm.

## BACKGROUND AND QUALIFICATIONS

1.      My name is Robert ("Buzz") Miller. My CV is attached hereto as **Exhibit A**. I am the founder and CEO of Sync Development Solutions, a consulting firm that provides firearms manufacturers with a full spectrum of product development services. Sync's services include full system design, prototyping, product evaluation, industrialization, and production support for firearms.

2.      In 2004, I received my B.S. in Mechanical Engineering, with honors, from the University of South Carolina. In 2009, I received a Master's Degree in Business Administration from the Darla Moore School of Business at the University of South Carolina.

1

3.      I have worked in the firearms industry for more than 15 years. In 2006, I became a pistol design engineer with FN America. Headquartered in McLean, Virginia, with manufacturing operations in South Carolina, FN America develops and manufactures high-quality firearms for military, law enforcement, and commercial customers.  During my tenure with FN America, my responsibilities spanned the entire firearm product lifecycle, including conceptual design, prototyping, testing and evaluation, industrialization, production support, and product phase-out. While at FN America, I participated in various quality assurance and production support initiatives for all of FN's US-made pistol products. Through these efforts, I became the primary interface between technical development and all vendor-related activities, including polymer injection molding, metal injection molding, sheet metal stamping, CNC machining, and spring manufacturing. During industrialization efforts, I served as the lead technical instructor responsible for product training for all facets of the FN America organization, including production, sales, marketing, and customer service.

4.      From 2015 to 2017, I was employed by Taurus Firearms as part of the company's product development team. My product management portfolio included pistols, revolvers, lever-action rifles, semi-automatic rifles, and shotguns, covering the Taurus, Heritage, and Rossi brands. I established a five-year new-product development roadmap, advanced product test methods and requirements for both the U.S. and Brazil new product development teams, managed strategic sourcing for all new product development efforts, and provided connectivity and coordination between new product development, manufacturing, procurement, marketing, and sales teams both domestically and globally.

5.      In 2017, I established Sync Development Solutions.

2

## COMPENSATION

6.      I am being compensated for my time at my hourly rate, which is $350 per hour.  My

compensation is not contingent on the substance of my opinions or the outcome of this matter.

## MATERIALS REVIEWED

7.      My opinions expressed below are the product of my own examination and analysis, and

are based on my skills, knowledge, experience, education, and training.  My opinions are based

on the information available to me at this time, and I reserve the right to update, refine or revise

my opinions, and/or develop additional opinions, based on any new information that may

become available to me.

8.      I reviewed the Animation previously hosted on YouTube at the following address:

https://www.youtube.com/watch?v=2KykjaykRlc&t=247s and referenced in Paragraph 17 of

Plaintiff's Amended Complaint (Dkt. 62).  The Animation is 5 minutes and 19 seconds in length

and bears a copyright date of 2021.  For ease of reference, I will refer to a location in the

Animation by its elapsed time stamp, so that, for example "0:11" refers to the Animation at 11

seconds elapsed time, and "1:15" refers to the Animation at 1 minute and 15 seconds elapsed

time.

9.      As described more fully below, I examined the images depicted in the Animation and

compared them to the following:

a.  A SIG P320, Serial Number 58J273199, with a grip module date stamp of November
    2021.
b.  A SIG P320, Serial Number 58B199590, with a grip module date stamp of January 2017.
c.  A "Cutaway" SIG P320, Serial Number 58J234922.
d.  Additional P320 components

3

      i. Three post-upgrade strikers, striker housings, striker blocks and striker block actuators

      ii. One pre-upgrade striker assembly (heavy)

      iii. One pre-upgrade striker assembly (lightened)

  e. CT Scan Data for a SIG P320, serial number 58B199590

  f. CT Scan Data for a SIG P320, serial number 58J273199

10.     I also reviewed the transcript of the 30(B)(6) deposition of Nick Maguire as corporate representative for High Impact LLC (the "High Impact Depo."), and all accompanying deposition exhibits.

11.     I reviewed the transcript of the deposition of Jeffrey S. Bagnell in his personal capacity and as corporate representative in the 30(B)(6) deposition of Jeffrey S. Bagnell, Esq., LLC (the "Bagnell Deposition") and all accompanying deposition exhibits.

12.     I additionally reviewed the Supplemental Affidavit of Peter Villani, submitted with Defendants' Opposition and Surreply to Plaintiff's Motion for Preliminary Injunction in the United States District Court for the District of New Hampshire (Dkt. 25).

13.     I also reviewed CT scan data provided by Jeff Bagnell to High Impact LLC, the third-party firm that created the Animation, and later produced to the Plaintiff by High Impact in response to the plaintiff's third-party subpoena dated December 19, 2022, labeled "Schneider X Slices," High Impact Exhibit 2, "Schneider Y Slices," High Impact Exhibit 3, and Schneider Z Slices," High Impact Exhibit 4 (together, the "Schneider CT Scan" or "Schneider CT Scan Data").

14.     Finally, I reviewed the following iterations of the Animation produced to the Plaintiff by High Impact:

a. V01[1], which is six seconds long and depicts a normal firing cycle of the P320;

b. V02, which consists of four still images;

c. V03, which consists of a "scan to mesh" image that overlays draft animated components of a P320 over actual CT scan data of a P320, introduced as High Impact Exhibit 9;

d. V04, which consists of a full draft of the Animation;

e. V05, which consists of a revised full draft of the Animation, introduced as High Impact Exhibit 6;

f. V06, which consists of another revised full draft of the Animation, introduced as High Impact Exhibit 7; and

g. Approved, the final version of the Animation sent by High Impact to its client, Jeff Bagnell, introduced as High Impact Exhibit 8.

## SIG BACKGROUND AND TERMS

15.    I understand that SIG has manufactured the P320 since 2014. I further understand that, in August 2017, SIG implemented a Voluntary Upgrade Program for the P320, implementing certain design changes to components of the P320.  I understand that the changes implemented as part of the Voluntary Upgrade Program were implemented in all P320 firearms manufactured after August 2017, and that SIG provides owners of P320 model firearms manufactured prior to that date the opportunity to have such changes implemented in their firearms free of charge.  My understanding of the Voluntary Upgrade Program is based on my review of publicly available information located at https://www.sigsauer.com/p320-voluntary-upgrade-program.  I will refer to the P320s manufactured before August 2017 as "pre-upgrade," and P320s manufactured after August 2017 (or pre-upgrade P320s that have been upgraded under the Voluntary Upgrade Program) as "upgraded" or "post-upgrade."  As part of my analysis, I examined and compared

---

[1] These folder names were designated by High Impact and correspond to subfolders within their "Proofs and Final Exhibits" folder. As explained by company representative Nick Maguire in the company deposition of High Impact, what is contained in these folders are different versions of deliverables that were sent to their client, Jeff Bagnell. High Impact Depo., 19:2-20:3.

the Animation to an actual post-upgrade P320 from 2021, and to an actual pre-upgrade P320 from early 2017.

16.     In describing my analysis and conclusions below, I will refer to the following terms, which I define below:

a.  The "sear" – The sear is the component of the P320 that holds the striker in its charged state until the trigger is pulled.  Once the correct amount of pressure has been applied to the trigger, the sear rotates downward to release the striker.

b.  The "sear face" – the sear face is the portion of the sear that interfaces with the striker foot.

c.  The "secondary sear notch" – the secondary sear notch refers to the portion of the P320's sear that is located between the sear face and the pivot, and is similar geometry to the sear face.

d.  The "anti-rotation leg" – the anti-rotation leg refers to the portion of the P320's sear that extends downward below the sear face and interfaces with the trigger bar to limit sear rotation until the trigger has been pulled.

e.  The "striker" – The striker is the part of the firing mechanism that delivers an impact force (strikes) into the ammunition cartridge when the firearm's trigger is pulled, detonating the primer compound, which then ignites the propellant and discharges the projectile.

f.   The "striker foot" – the striker foot refers to the portion of the striker that extends from the bottom to interface with the sear.

g.   The "striker safety notch" – the striker safety notch is a shelf on the right rear of the striker that interacts with the striker safety lock to prevent forward travel of the striker in the event of unintentional sear release.

h.   The "striker housing" – the striker housing is part of the slide assembly that contains and locates ("houses") the striker, striker return spring, striker safety lock, and striker safety lock spring.

i.   The "striker safety lock" – the striker safety lock is a safety component of the firing mechanism that prevents forward travel of the striker in the event of unintentional sear release by engaging the striker safety notch.

j.   The "grip module" – the grip module is the polymer shroud that the receiver assembles into and is the user interface or the grip.

k.   The "slide" – the slide is the upper part of the firearm that reciprocates (slides) during the operating cycle.  The slide houses and carries components of the firing mechanism such as the striker and striker housing.  The slide also houses the barrel and provides the backing to the firing chamber.

l.   The "receiver" – the receiver is a metal chassis that integrates other components by providing housing for internal action components such as the trigger mechanism and the

firing mechanism.  Additionally, the receiver has interfaces for attaching (receiving) components such as the slide and the barrel.

m. The "rails" – the rails are four inverted L-shaped features that extend from the top of the receiver and act as the connecting interface to the slide.  The slide has two grooves (rail channels) that run front-to-back and accept the rails, allowing the slide to reciprocate forward and back.

n. The "mechanical disconnector" – the mechanical disconnector is a safety component of the firing mechanism that disengages the trigger bar from the fire control when the slide is not in its forwardmost position.

o. "Chamfer" – in metalworking, a chamfer refers to a flat transitional surface between two surfaces of an object.  Often, it is created at a 45˚ angle between two adjoining right-angled surfaces.

p. "Radius" – in metalworking, a radius refers to a rounded transitional surface between two surfaces of an object.

q. "Metal Injection Molding" – metal injection molding (MIM) is a manufacturing process that allows for small, complex, metal components to be shaped by injecting feedstock (a combination of finely powdered metal and binder material) into a mold.  This manufacturing process is widely used in the automotive, consumer, and medical industries.

## THE ANIMATION OMITS OR INACCURATELY DEPICTS THE P320'S INTERNAL COMPONENTS

17.    Based on my analysis of the Animation and comparison to an actual pre-upgrade P320, an actual post-upgrade P320, and the Schneider CT Scan Data, I conclude that the Animation inaccurately depicts the SIG P320 in many important ways.  These inaccuracies are in the form of omissions or distortions to the actual P320 components.  Individually and taken together, these inaccuracies result in an Animation which falsely depicts both the current post-upgrade SIG P320 and the pre-upgrade P320 as well.

### The Sear

18.    The Animation does not accurately depict the sear used in the P320. The post-upgrade P320 sear incorporates several modifications over the pre-upgrade P320 sear (Figure 1).  These modifications include the addition of a secondary sear notch, the addition of a sear anti-rotation leg, and a modified sear face.  Beginning about eleven seconds into the Animation, and continuing throughout, the Animation depicts a distorted version of the pre-upgrade sear.  Below is a series of sear photographs showing the post-upgrade P320 sear, the pre-upgrade P320 sear, and the Animation's depiction of the P320 sear.  The Animation's depiction of the sear (marked by the red box in the photo below) resembles a distorted version (discussed below) of the pre-upgrade P320 sear (Figure 2).

 

*Figure 1: (Left) Photograph of post-upgrade P320 sear, showing (i) modified sear face geometry, (ii) secondary sear notch, and (iii) anti-rotation leg.  (Right) Photograph of a pre-upgrade P320 sear.*



*Figure 2: Image taken from the Animation at 1:13 depicting a distorted version of the pre-upgrade P320 sear.*

19.     The Animation inaccurately depicts a distorted version of the sear face (applicable to both pre- and post- upgrade sears). Specifically, the Animation depicts the sear face as having exaggeratedly rounded edges, which the Animation describes as a "rollover condition," as well as having a concave "inset surface."  At 0:11, the Animation depicts a deformed sear face.  This deformed appearance continues throughout the Animation, at 1:15, for example.  At 2:25-2:27, the Animation focuses on the sear-striker interface.  At this point, the Animation pans from left to right, depicting the sear with what appears as a heavily rounded surface, and the Animation adds the label "defective discharge, no trigger pull."   This creates an Animation image that

appears to show a mechanism for the striker foot to slip past the sear because of these supposedly rounded surfaces, potentially resulting in an uncommanded discharge.  These distortions are false.

20.    Examination of an actual pre-upgrade P320 sear shows no "rollover condition" or "inset surface." To evaluate the Animation's accuracy, I measured the amount of inset present on an actual P320 sear face.  First, I oriented the sear face to be as flat as possible using a vee-block. Next, I used a drop indicator with a .0001 inch resolution to probe across the sear face. Using this method, I found the surface of the sear face to be fully formed and flat, with variation across the sear face measuring within .0005 of an inch.  This variation was not localized to the center of the face, where the Animation claimed that an "inset" was present.  In addition, examination of an actual post-upgrade P320 sear face shows it to have fully formed, uniform, flat surfaces as well. Based on my experience, the geometry shown in the Animation is not the product of typical wear nor is the geometry a manifestation of typical manufacturing defects.  Instead, it is my conclusion the depicted geometry would have to be the product of digital manipulation. Consequently, all Animation images of the sear are false, and the Animation's representation that the striker foot could slip past the sear because of these distorted features is also false.

21.    Below are two images, taken from the Animation, which appear to show a rounded, deformed sear surface (indicated by the red arrows)(Figures 3 & 4).

 

*Figure 3: Images taken from the Animation, showing the sear and depicting a rounded, deformed sear face. Notice these distortions are localized to the sear face only and do not affect any other surface or edge of the depicted sear.*

 

*Figure 4: Images taken from the Animation, showing a close-up of the sear and depicting a rounded, deformed sear face.*

22.    Below is a series of photographs of an actual pre-upgrade P320 sear and a post-upgrade P320 sear.  These photographs were taken using a microscope to better show details of the sear faces.  These photographs clearly show that the sear surfaces of both iterations (indicated by the red arrows) are flat, uniform, and do not exhibit any deformation as claimed by the Animation. Additionally, these photographs show the radii applied to all edges of the sear are uniform and typical in size for this application.



*Figure 5:  Photographs of a pre-upgrade P320 sear face.  (Left) Isometric view and (Right) profile view showing a flat, uniform surface and edges which exhibit radii typical to this application.*



*Figure 6:  Photographs of a post-upgrade P320 sear face.  (Left) Profile view and (Right) isometric view showing a flat, uniform surface and edges which exhibit radii typical to this application.*

13

23.    Additionally, I studied the sear face of the Schneider CT Scan provided by High Impact to determine if the geometry of the sear was accurately represented in the Animation. Throughout this report I include images derived from the Schneider CT Scan data. These images are screenshots from the Schneider CT Scan data provided by High Impact in discovery. The High Impact discovery included a complete CT scan file along with a software which allows the user to see a 3-D model created from the Schneider CT Scan slices. Through this software I was able to rotate through the model and navigate through the various slices of the Schneider CT Scan data. The screenshots provided show a particular point through the slicing of the gun on the X, Y, or Z axis.

24.    The sear as it appears in the Schneider CT Scan is not consistent with the sear as it appears in the Animation. The Schneider CT Scan does not show the "inset surface" or the "rollover condition" that the Animation purports to depict. Instead, the Schneider CT scan shows a flat, undistorted sear face. (Figure 7).  This flat, undistorted sear face is consistent with the sear faces in all of the P320s that I examined.  In contrast, the Animation depicts a distorted, sear face.  (Figure 8).

14



*Figure 7:  Section views of the Schneider P320 CT scan data showing a uniform sear face (red arrows).*

 

*Figure 8: Images taken from the Animation, showing a close-up of the sear and depicting a rounded, deformed sear face.*

**The Striker**

25.    The Animation does not accurately depict the striker foot used in the P320.  The sear engagement face on the striker foot is depicted as exhibiting a "rollover condition" and "inset surface." This creates an Animation image that appears to show a mechanism for the striker foot to slip past the sear because of these purportedly rounded surfaces combined with the purported rollover condition and inset surface depicted on the sear in the Animation.

26.    Examination of the Schneider CT Scan data also shows that the striker foot as depicted in the Animation was modified from what is present in the CT scan. The striker foot shown in the Animation is shortened from the striker foot depicted in the Schneider CT Scan data. Consequently, the Animation images of the striker foot are false as to the Schneider CT Scan, and the Animation's representation that the striker foot could slip past the sear because of these distorted features is also false.

27.    The image on the left below is taken from the Animation, bearing the label "inset surface" and "rollover condition."  The image on the right is a photograph of an actual P320 striker foot, showing that the sear engagement surface is fully formed, uniform, flat, and does not exhibit any deformation as depicted in the Animation.



*Figure 9:  Comparison of the P320 striker foot depicted in the Animation (Left) to a photograph of an actual P320 striker foot (Right).  The Animation depicts the engagement face as having an inset surface and rollover condition along the edges.  The actual P320 striker foot engagement face is a uniform, flat surface.*

28.    In my initial review of the Animation, before I reviewed the Schneider CT Scan, I observed that the Animation truncated the length at which the striker foot protrudes forward toward the sear.  I have not observed this truncated striker foot in any of the pre-upgrade or post-upgrade striker feet that I examined.  In analyzing the Schneider CT Scan Data, though the striker foot of the Schneider gun is truncated as compared to the pre-upgrade and post-upgrade P320's I analyzed, the Scheneider CT Scan still shows a longer striker foot than what is depicted in the Animation. (Figure 10).



*Figure 10: (Left) The Animation depicts a truncated striker foot and a reduced striker-to-sear interface when compared to the Schneider Ct Scan geometry (Right).*

29.    The Animation, which is allegedly based off the Schneider CT Scan, clearly shows a truncated striker foot when compared to the Schneider CT Scan Data.  The Animation also

17

clearly shows a reduced engagement when compared to the Schneider CT Scan Data. Consequently, the Animation's depiction of the striker foot is not accurate when compared to the Schneider CT Scan Data, and the Animation's representation that the striker foot could slip past the sear because of the geometry depicted is also false.

**Clearances Between the Striker and its Housing**

30.    The Animation does not accurately depict the clearance between the striker and the striker housing. The Animation depicts what it calls "excessive space" between the striker foot and the striker housing channel on each side of the striker foot, which the Animation asserts "allows the striker pin to rotate" decreasing the striker's engagement with the sear.

31.    Examination of actual pre-upgrade and post-upgrade P320 strikers and striker housings showed the total space between the striker foot and striker housing channel to be .005 inches and .004 inches respectively. Based on my experience, this clearance is consistent with typical industry practices and therefore not considered to be "excessive" as depicted in the Animation.

32.    Examination of actual pre-upgrade and post-upgrade P320 strikers and striker housings also showed the total space between the outside diameter of the cylindrical striker body and the inside diameter of the cylindrical hole in the striker housing to be .003 inches in both pre- and post-upgrade samples that were evaluated. Based on my experience, this clearance is consistent with typical industry practices and therefore not considered to be "excessive" as depicted in the Animation.

33.    This "excessive space" depicted in the Animation is also inconsistent with the Schneider CT Scan Data. The Schneider CT Scan confirms that the striker-to-striker housing fitment is tight.

34.    The methodology I used to evaluate the purported "excessive space" depicted in the Animation is as follows:  First, I imported an image from the Animation into CAD software.  I then traced the imported image to create a sketch of the striker housing and striker to determine the proportions of the striker and striker housing geometry represented in the Animation.  I then compared the striker housing outside diameter measured from the traced sketch to an actual striker housing outside diameter to determine a dimensional scale factor.  I then applied that scale factor to the other dimensions from the Animation to calculate the various dimensions depicted in the Animation.  I then compared those dimensions to the corresponding measurements I obtained from actual P320 components.  I observed that, while some of the Animation dimensions were similar to the dimensions of the actual P320 components, the Animation contained significant discrepancies for the striker housing's internal dimensions and the striker leg dimensions.  Those discrepancies indicate that the Animation image was manipulated to increase the size of the purported "clearance" space depicted in the Animation.

35.    Specifically, the Animation depicts the clearance between the striker foot and its housing channel as being .016 inches.  The actual clearances in the real P320s that I measured were .005 (pre-) and .004 (post-) inches, which means that the Animation falsely depicts the purported clearance between the striker foot and the corresponding striker housing channel as being approximately triple the size of the actual clearance.

36.     In addition, the Animation depicts the clearance around the cylindrical body of the striker to be .033 inches.  The actual clearance in the real P320 that I measured was .003 inches, which means that the Animation falsely depicts the purported clearance around the cylindrical body of the striker as being approximately eleven times larger than the size of the actual clearance.

 

*Figure 11:  Section from Schneider P320 CT Scan depicting tight fitment between striker and striker housing.  Red arrows are where the animation claims there to be "excessive space" in the striker and striker housing fitment (Left). Images from the Animation falsely depicting an "excessive space" between the striker and the striker housing.*



*Figure 12:  Image of a CT scan section conducted on a pre-upgrade P320 showing the actual clearance between (i) the striker leg and the striker housing channel, and (ii) the striker body and the striker housing.  Notice the significantly tighter fitment compared to the Animation's depicted clearances shown in Figure 9.*

37.    The Animation's implication that the rotation depicted in the Animation would decrease the striker's engagement with the sear is false, even if the clearance were as wide as is depicted there.  Rotation of the striker does not decrease the vertical engagement at the interface of the striker and the sear face. This is because the striker face is rectangular-shaped, so the depicted rotation would decrease engagement on one side of the rectangle as that corner rotated upward, but would simultaneously increase engagement on the opposite side as that corner rotated downward, resulting in no decrease in engagement. Consequently, the Animation's depiction of the striker's fitment within the striker housing is false, and the Animation's representation that this "excessive space" allows the striker to rotate which results in decreased sear engagement is also false. Note, (ii) side-to-side rotational movement does not correlate with significant vertical

movement. Also note that the rotation depicted in Figure 11 is only made possible by the Animation's exageration of the space between the striker within the striker housing.



*Figure 13:  Illustration created by tracing an image from the Animation showing that even with the exaggerated gap between the striker foot and the striker housing channel, rotaion of the striker does not decrease the vertical engagement at the interface of the striker and the sear face (i). Note, (ii) side-to-side rotational movement does not correlate with significant vertical movement. Also note that the rotation depicted in Figure 11 is only made possible by the Animation's exaggeration of the space between the striker within the striker housing*

**<u>Clearances Between the Slide and the Receiver</u>**

38.     The Animation makes the assertion that "vertical play between the slide and frame further compromises the striker sear connection by raising the striker foot when the slide moves vertically."  This assertion is false.

39.     To evaluate this assertion, I examined the portion of the Animation that appeared to depict the "vertical movement," which begins at 4:44.  Below is an image taken from the

Animation at 4:56, when the slide assembly was at the upward most movement in the Animated depiction.



*Figure 14: Image from the Animation at 4:56, depicting vertical slide movement captured at the slide's upward most movement.*

40.    I then zoomed into the portion depicting the slide and receiver rail interface, which can be seen in the image below circled in red.  In an actual P320, the rails (solid parts) sit in channels in the slide (also a solid part).  I adjusted the image colors by increasing the brightness and simultaneously decreasing the contrast to facilitate examination of the slide and receiver rail interface.



*Figure 15: Enlarged view showing the area of interest where the slide and receiver rails interface circled in red. The image colors were modified to better show the internal components through the transparent slide.*



*Figure 16: Image of a CT scan section conducted on a pre-upgrade P320 showing a cross-section view of the slide and receiver rail interfaces circled in red. Notice the slide channel forms a "C" shape on either side, and the receiver rails form an inverted "L" shape that sits within the slide channel.*

41.     This examination revealed that, to achieve the vertical movement purportedly depicted in the Animation, the Animation actually has the slide merge into the rail by approximately half the width of the rail.  What that means is that to show the supposed "walk off" condition, the Animation has two solid parts occupying the same space, which is physically impossible in reality, and only made possible in the Animation by digitally manipulating the image.  In the image below (Figure 17) the red outline traces the receiver rail while the yellow outline traces the slide channel.  The red shaded portion highlights the physical interference (i.e., the merged area) between the slide and the rail depicted in the Animation.



*Figure 17:  A close-up image of the Animation at 4:44 showing the rail outlined in red and the slide channel outlined in yellow. The shaded red area is the amount of physical interference (two solid parts occupying the same space) between the slide and the rail in this depiction.*

42.     In addition, the Animation depicts the striker foot purportedly moving upward and "walking off" the sear vertically.  This depiction is false.  The assertion that the striker vertically walks up, off the sear, is physically impossible.  In reality, the striker is held at rest biased at its

25

upward most position relative to the sear, with the striker being biased upward within the striker housing, the striker housing being biased upward within the slide, and the slide being biased upward against the firearm's receiver. This upward-biased positioning makes it physically impossible for the striker to move upwards in relation to the sear, a movement which is only made possible in the Animation by a misrepresentation of the positioning of these parts. Much like the slide merging into the rail in the Animation discussed above, these components would have to merge into each other and occupy the same space – a physical impossibility. Below is a labeled CT scan image of a P320 demonstrating how bias between the parts listed above prevent the striker foot from "walking off" the sear vertically. Consequently, the Animation's depiction of vertical slide movement is false, and the Animation's representation that the striker foot could slip past the sear because of this movement is also false.



*Figure 18: Image of a CT scan section conducted on a pre-upgrade P320 showing a cross-section view clearly showing how upward vertical movement of the striker is restricted. The striker (A) is restricted from moving upward by the striker housing (B) at location (I). The striker housing (B) is restricted from moving upward by the slide (C) at location (II). The slide (C) is restricted from moving upward by the receiver rails (D) at location (III). Notice the minimal (to no) clearance at each of these locations, which shows that the assembly biases the striker to its upward most position.*

### Striker Safety Components

43.    The Animation inaccurately depicts the striker safety lock. Specifically, the Animation depicts a "loose fit" between the safety lock and the channel in which it rides, and what the Animation asserts is a "rollover condition" on the safety lock's surface.  The Animation then asserts that these conditions would allow the striker to bypass the striker safety lock.

44.    Examination of an actual P320 striker safety lock shows that the actual safety lock features a defined angle that is tightly-fitted against the striker.  The actual striker safety lock does not show any of the "rollover" deformation depicted in the Animation on the relevant, working edge. The actual geometry of the striker safety lock is typical of the sheet metal stamping process used to produce the striker safety lock, and the selection of sheet metal stamping for producing this component is appropriate.  Further, the characteristics of the striker safety lock show that the function of the component was considered when designing the tooling used to manufacture the component.  During the process of sheet metal stamping, a strip of material is sheared into two sections.  That shearing action creates two zones along the thickness of the shear:  a radiused zone and a breakoff zone.  Typically, the breakoff zone exhibits a sharper, more defined edge than the radius zone.  In the context of the striker safety lock, the tooling has been designed such that the sharper breakoff zone is applied to the critical functioning edge.  The image on the right below, taken from the Mayes firearm, clearly shows the radius zone and the breakoff zone.  These images show the breakoff zone to be a well-defined edge, which contradicts the claim of "rollover on the safety lock contribute to the failure" in the Animation.  For reference, the bottom edge where the breakoff zone occurs is the functional edge that interfaces with striker safety notch.  This functional edge is nearly sharp.

27

The top edge where the radius zone occurs is non-functional.  Any attempt to attribute "rollover" to the radius zone is misleading and does not consider the actual function of the component.



*Figure 19: Photograph of an actual P320 striker safety lock showing the functional edge that interfaces with the striker safety notch to be nearly sharp.*

45.     In addition, the Animation omits the striker safety lock spring as well as the retaining geometry found on the striker housing.



*Figure 20:  Photograph of an actual P320 striker assembly, showing the striker safety lock spring and retaining geometry on the striker housing to retain the striker safety lock and a boss to locate the striker safety lock spring.*

46.     The Animation also inaccurately depicts the striker safety notch. Examination of an actual P320 striker safety notch demonstrates that it is nearly twice as tall as that depicted in the

28

Animation. Additionally, the actual P320 striker safety notch features an undercut corner to ensure that no radius facilitates disengagement of the striker safety lock with the striker safety notch, and a back-angle to bias the safety in the engaged position during impact. The Animation replaces these actual features with what appear in the Animation to be a vertical wall and a radius at the bottom of the catch face, neither of which is accurate and both of which would appear to a viewer to cause the system to be more prone to slippage.

47.     As part of my analysis, I made a comparison between the Animation and an actual photograph of the P320's safety notch geometry.  To do so, I first cropped the image of the striker safety notch depicted in the Animation (shown below on the left) and drew a line across the top surface of the striker safety notch geometry (red line depicted below).  I duplicated this line and used it to scale a photo of the actual striker safety notch geometry (shown below on the right) to ensure consistent proportions.  I aligned the images horizontally via the bottom of the notch (blue line depicted below).  I drew a final line extending from the top of the depicted safety notch across the actual geometry (yellow line shown below).  The side-by-side comparison along with the corresponding alignment lines show the Animation depicts the striker

safety notch geometry to be approximately half the height of actual parts.



*Figure 21: (Left) Image from the Animation depicting a close-up view of the striker safety notch. (Right) Photograph of an actual P320 safety notch.*

48.    Additionally, the notch geometry in the Animation was modified to omit the back angle of the notch and the undercut at the bottom of the notch. These modifications are false and do not represent the actual geometry. Consequently, the Animation's depiction of the striker safety lock and the striker safety notch is false, and the Animation's representation that the striker could slip past the striker safety lock because of the geometry depicted is also false.

**Mechanical Disconnector**

49.    The Animation omits the mechanical disconnector present on the post-upgrade P320. On an actual post-upgrade P320, as the slide travels rearward, the mechanical disconnector is forced downward, thereby pushing the trigger bar downward. Once pushed down, the trigger bar can no

longer actuate the sear because if the slide is not fully closed, the disconnector will break the link between the trigger bar and the sear. This feature is a redundant safety to prevent the pistol from firing when the slide is out of battery. The Animation's omission of this feature is false.

**Other Omissions and Inaccuracies**

50.    The Animation does not accurately depict the P320's striker housing. The Animation omits the MIM gate, spring locator boss, chamfer, and striker safety lock spring that are present on the actual P320s that I examined. The Animation also omits safety features located on the striker housing that serve to locate and retain the safety lock as well as manufacturing and identification marks.

51.    The Animation also inaccurately depicts P320's trigger, trigger bar and various other components. The Animation depicts a P320 with a two-piece trigger.  Examination of  pre-upgrade and post-upgrade P320s shows that the P320 trigger is a single piece. Similarly, the Animation omits the post-upgrade P320's captured safety lever, omits the safety lock spring and trigger bar spring, omits the pre-upgrade safety lever spring present on the P320 until the 2017 upgrade, and omits various features on the trigger bar. These inaccuracies further demonstrate that the Animation does not depict an actual P320.

**Review of High Impact Proofs of Animation**

52.    I reviewed a series of images and videos that I understand, based on my review of the High Impact deposition, were produced by High Impact which appear to represent a series of versions or development steps that ultimately resulted in the final cut of the Animation.  This content was organized by High Impact in a folder titled "Proofs and Final Exhibits" which

contained a series of sub-folders further containing images and videos depicting various snippets of the P320 mechanism and the Animation. High Impact Exhibit 103.  The sub-folder structure included "V01," "V02," "V03," "V04," "V05," "V06," and "Approved."  I understand from my review of the High Impact deposition that this sub-folder structure indicates the versions and iterations of the animation. The content contained in these sub-folders depicts an evolution of the striker and sear, which morphs from what initially was a somewhat accurate depiction of the P320 in the Schneider CT Scan into what became a false distortion of the components as appearing in the Animation.

53. In the folder titled "V01," animation "Internal_Parts_Normal" depicts a "Lightened" striker body with a standard foot, which is inconsistent with the animation being derived from the Schneider CT Scan data.  The striker variant depicted in the Schneider CT Scan data has a "Heavy" striker body (Figure 23).  It is also worth noting that this proof depicts a uniform, flat, and non-distorted sear-to-striker interface.



*Figure 22:  This is a photograph depicting the structural differences between a "Heavy" striker body and a "Lightened" striker body.*



*Figure 23: Schneider CT Scan section image showing the Heavy striker body geometry.*



*Figure 24: Image taken at 0:00 of the video clip titled "Internal_Parts_Normal" from folder V01 depicting the P320 firing mechanism.  The striker geometry is consistent with a "lightened" striker (I).  Notice the clean, straight lines between the sear and striker interface, and the striker foot extending to meet the sear face (II).*

54. In the folder titled "V02," a series of images depict a "lightened" striker body and a "truncated" foot (Figure 25, below). In both of these respects, this iteration of the Animation deviates from the Schneider CT Scan. Though the Schneider CT Scan depicts a somewhat truncated striker foot, this version of the Animation shows a further reduced striker foot. Additionally, the lightened body is inconsistent with the Schneider CT Scan.



*Figure 25: Image from "A1S1_02_preview_2617" from folder V02 depicting the P320 firing operation and showing a "truncated" striker foot further reduced from what is shown in the Schneider CT Scan (I), and a "lightened" striker body (II).*

55. The images found in the "V03" folder were created following an email exchange with Bagnell in response to his review of High Impact work. In Exhibit 18 to the High Impact Deposition, Bagnell emails High Impact to express concern over the depiction of the striker foot, stating it does not show the "enormous amount of MIM rollover on the face of the striker foot and sear." In response, High Impact created the images introduced as Exhibit 9 to the High Impact

deposition, which showed how the images in the Animation matched the Schneider CT Scan for this component.



*Figure 26: Image taken from page 2 of Exhibit 9. As described by High Impact, the gray model represents the model created by High Impact for the Animation, while the green wireframe imposed on the model aligns with the Schneider CT Scan data. High Impact Depo, 58:7-60:22.*

56. In the folder titled "V04," animation "A1_WM" continues to depict a "lightened" striker body and the "truncated" striker foot (Figure 27).  Additionally, the sear-to-striker interface continues to be depicted as flat and undistorted (Figure 28).  V04 also introduces the concept of the "striker walking off the sear" beginning around 2:17.



*Figure 27: Image taken at 1:07 of "A1_WM" from V04 depicting a "lightened" striker body.*



*Figure 28:  Image taken at 2:00 of "A1_WM" from folder V04 depicting a flat sear face.*

57. Beginning around 2:34 the view rotates from the profile to the rear, depicting exaggerated striker-to-striker housing clearances and an exaggerated/deformed striker leg width, which the animation declares as being "excessive space." (Figure 29). This "excessive space" did not appear in the Schneider CT Scan (see Figure 29), and there were no earlier versions of the Animation depicting this.



*Figure 29: (Left) Image taken at 2:38 of "A1_WM" from folder V04 depicting an artificially narrow striker leg width and exaggerated striker to striker housing clearances. (Right) Section from Schneider P320 CT scan depicting tight fitment between striker and striker housing.*

58. Beginning around 2:46 the view rotates to show the striker safety notch and the safety lock. (Figure 30). The geometry depicted is not consistent with the geometry found in the Schneider CT Scan data. When compared to the Schneider CT Scan Data, the Animation wrongly depicts the safety notch by removing the cut out at the bottom corner and by reducing the height of the safety notch step. The Animation also wrongly depicts the safety lock by showing a rounded top portion where the Schneider CT Scan Data shows a defined trapezoid shape. (Figure 30). These deficiencies were first visible in V04 of the animation.





*Figure 30: (Top) Image taken at 2:46 of "A1_WM" from folder V04 depicting a deformed striker safety notch (I) and a deformed safety lock (II). (Bottom) Image of Schneider CT Scan Data depicting the striker safety notch geometry (I) and the striker safety (II) fitment against the striker.*

59. In the Deposition of High Impact, Maguire describes communications between the High Impact

team and Bagnell and his experts which led to some of the changes in the animation seen in the

next version, V05. Exhibit 15 in the High Impact Depo shows a photograph of a striker foot

which was provided to High Impact by Bagnell's expert, Peter Villani, the second page of which

is depicted below as Figure 31. High Impact Depo, 67:13-68:5. On a video meeting, Villani told

High Impact that the image in Exhibit 15 was a representation of a component featured in the

Animation, and the image then served as the basis for High Impact to make changes to the

representation of that component in the Animation. High Impact Depo, 69:25-70:10. Maguire

stated having no recollection of being provided an explanation by Bagnell or his expert as to

what caused the deformed surface of the sear face depicted in the first image of Exhibit 15. High

Impact Depo, 69:21-24. The image in Exhibit 15 shows a post-upgrade P-320 striker, which is

inconsistent with the pre-upgrade striker depicted in the Animation. It is my understanding from

my review of Peter Villani's Supplemental Affidavit that the image in Figure 31 shows a "striker

foot pre-cleaning" which had a layer of a grease-like substance causing the surface to appear

deformed. Figure 32 shows the same component "post-cleaning" with now an even, flat surface.

This shows that the image that served as the basis for edits to the Animation was not an accurate

portrayal of a P-320 striker foot.



*Figure 31: Image from page 2 of Exhibit 15 to the High Impact Deposition. Circle shows a deformed surface of the striker foot.*



*Figure 32: Image of what Villani describes as the "striker foot post-cleaning." Red circle shows that post-cleaning, the deformed area is now even and flat.*

60. In the folder titled "V05," animation "SIG_A1_v05," introduced as High Impact Exhibit 6, shows significant modifications from V04, including a deformed sear face and a departure from the sear rotating to release the striker.  Other modifications include geometrical manipulation of the striker leg and striker safety notch.

61. Beginning around 2:28, the animation depicts "Defective Discharge – No Trigger Pull" and focuses on the interface between the sear and the striker.  This version is the first instance where the animation depicts the appearance of the interfacing surface of the sear to show a visibly deformed surface, departing from all previous iterations that depicted a uniform surface (Figure 33).



*Figure 33: Image taken at 2:26 of SIG_A1_v05 from folder V05 depicting a deformed sear face.*

62. Beginning around 3:18 the animation shows the sear remaining in a fixed position while the striker moves upward sufficiently to disengage the sear.  This is a departure from the V04 depiction of the disengagement action where the sear rotated down.  The depiction of the striker moving upward is a false depiction of how the Sig P320 functions.

63. Beginning around 2:34 the view rotates from the profile to the rear, depicting exaggerated striker-to-striker housing clearances and an artificially narrow striker leg width, which the

42

animation declares as being "excessive space."  The proportional width of the striker leg has

been modified to be wider than the V04 depiction (Figure 29).  However, the V05 depiction still

shows "excessive space" between the striker leg and the housing that does not exist in the

Schneider CT Scan (see Figure 34).

 

*Figure 34: (Left) Image taken at 3:40 of SIG_A1_v05 from folder V05 depicting "excessive space between the striker foot and striker housing."  The width of the striker leg has been modified from the width depicted in V04.  This width and resulting space is still inconsistent with the Schneider CT Scan data (Right).*

64. Beginning around 3:48 the view rotates to show the striker safety notch and the safety lock.  The

depicted safety notch geometry is not consistent with the geometry found in the Schneider CT

Scan data (see Figure 30 & 35)

43



*Figure 35: Image taken at 3:49 of SIG_A1_v05 from folder V05 depicting a slight modification to the striker safety notch, adding a radii to the edges of the geometry surrounding the striker safety notch.*

65. Beginning around 4:56, we can see an issue with the slide channel merging into the rail for the first time when the Animation depicts vertical movement. (Figures 36 & 37). As explained above, this merging is not physically possible.



*Figure 36: Image taken at 4:53 of SIG_A1_v05 from folder V05. The red lines delineate the upper and lower limits of the rail channel. The yellow rectangle shows the frame rail. The frame rail rides in the slide channel and controls the vertical position of the slide related to the frame. This portion of the Animation correctly places the frame rail in line with the slide channel.*



*Figure 37: Image taken at 4:56 of SIG_A1_v05 from folder V05. The red lines delineate the upper and lower limits of the rail channel. The yellow rectangle shows the frame rail. The misalignment of the rail channel and frame rail shows how the Animation merges the frame rail into the slide to falsely depict vertical movement of the slide assembly.*

66. I also conducted a review of the animations in folders "V06," introduced as High Impact Exhibit 7, and "Approved," introduced as High Impact Exhibit 8. These animation versions appeared geometrically very similar to the V05 version of the animation in all relevant aspects.

Robert "Buzz" Miller

# **EXHIBIT A**

# SYNC DEVELOPMENT SOLUTIONS, LLC



**Prepared by:**
Buzz Miller
Owner | Problem Solver

**Contact:**
803.920.9399
Buzz.Miller@syncdevelopmentsolutions.com

**Curriculum Vitae for Buzz Miller & Sync Development Solutions**

**Prepared For:**



Foley Hoag, LLP
Seaport West
155 Seaport BLVD
Boston, MA 02210-2600
617.832.1000

# SYNC DEVELOPMENT SOLUTIONS, LLC

## Buzz Miller

After graduating with honors from the University of South Carolina with a B.S. in Mechanical Engineering in 2004, I began my career as a design engineer for Husqvarna Outdoor Products. As part of their Aesthetic Design Team developing high-volume consumer riding lawn mowers, I built a solid foundation designing injection molded and blow molded components, pad printing and in-mold decorating, product development processes, six sigma problem solving techniques, cost reduction efforts, and competitive analysis.

I entered the firearm industry in 2006 by jumping at an opportunity to become a pistol design engineer for FN America. Through my tenure with FN, my responsibilities spanned the entire product lifecycle process, including conceptual design, prototype, testing and evaluation, industrialization, production support, and product phase-out. I various efforts focused on quality assurance, product industrialization, and production support for all U.S. made pistol products. Through these efforts, I became the primary interface between technical development and all vendor-related activities, covering polymer injection molding, metal injection molding, sheet metal stamping, CNC machining, and spring manufacturing. During industrialization efforts, I was the lead technical instructor responsible for product training all facets of the organization, including production, sales, marketing, and customer service. This led to working with our sales team as the lead technical advisor to law enforcement agency demonstrations, armorer's training, and product support. Additionally, I was responsible for all milestone product testing and reporting.

During my tenure with FN, I earned a Master of Business Administration degree from the Darla Moore School of Business at the University of South Carolina. With an MBA in hand, I transitioned into a product management role to develop better coordination between engineering, sales, marketing, and customer service efforts. I helped evolve what the role of product management was and how it was leveraged at FN, as well as developed the groundwork for a more robust product development process.

In 2015, I accepted an opportunity with Taurus to help build out their U.S. based product development team and expand their U.S. manufacturing capabilities through strategic supply chain partnerships. My product management portfolio included pistols, revolvers, lever-action rifles, semi-automatic rifles, and shotguns, covering Taurus,

# SYNC DEVELOPMENT SOLUTIONS, LLC

Heritage, and Rossi brands. I established a 5-year new product development (NPD) roadmap, advanced product test methods and requirements for both U.S. and Brazil NPD teams, managed strategic sourcing for all NPD efforts, and provided connectivity and coordination between NPD, manufacturing, procurement, marketing, and sales teams domestically and globally.

In 2017, I established Sync Development Solutions to provide firearm and accessory manufacturers with a full spectrum of product development services to bolster their internal capabilities. Our services range from strategic business case development to full-system design, prototyping, evaluation, industrialization, and production support. We help our clients discover, innovate, and develop solutions aimed to enhance the lives and experiences of their customers.

Throughout my 15 years of experience learning, studying, developing, and problem-solving pistol products, I have also trained in six-sigma methodologies, lean manufacturing principles, geometric dimensioning and tolerancing, and project management principles. I maintain an active NRA Range Safety Officer certification. I am a hands-on problem solver with over 1,000,000 rounds down range for work-related testing and evaluation.

Foley Hoag approached me regarding a concern their client, Sig Sauer, has with a video posted to YouTube depicting their product, the Sig P320. After initially reviewing the video, I met with Foley Hoag to voice my concerns with the video and how it portrays the Sig P320. Foley Hoag agreed to retain Sync Development Solutions to provide expert witness services in connection with potential litigation concerning this video and to facilitate preparation of work product and the rendering of legal advice.