**EXHIBIT 13
PLACEHOLDER**

**CONFIDENTIAL SIG SAUER 30B6 TESTIMONY**