UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS R. AHERN,

 Plaintiff,

v.

SIG SAUER, INC., AND CITY OF CAMBRIDGE,

 Defendants.

C.A. No. 21-11007-DJC

## AFFIDAVIT OF WILFRED J. BLANCHETTE, III.

I, Wilfred J. Blanchette, III, hereby depose and state as follows:

1. I am over 18 years of age and understand the obligations of an oath.

2. My current position is Chief of the Montville, Connecticut Police Department.

3. My department received the federal subpoena attached as Exhibit 1 on or about September 23, 2023.

4. Proof of service on our department is attached to this affidavit as Exhibit 2.

5. The subpoena requested the following data from our department:

at:
All documents, including all audio and/or video recordings, of the discharge of a Sig Sauer P320 in the lobby of the Montville police department on or about July 24, 2023.

6. Attached as Exhibit 3 is flash drive containing a true and accurate copy of the lobby camera that captured a discharge of a Sig Sauer P320 on or about July 24, 2023, as requested by the Subpoena.

7. I am familiar with the surveillance camera in the lobby of the department.

8. It has had no service problems and was functioning normally that day.

9. The video taken by that lobby surveillance camera accurately records the lobby of our

department and the individuals who were in the process of booking a suspect that day.

10.   The department has conducted a thorough search of its electronic and paper records and has located no written communications with Sig Sauer, Inc. regarding the July 24, 2023 incident.

Further the Affiant Sayeth Not.

Signed under the pains and penalties of perjury this 26TH day of December 2023:

_____
Wilfred J. Blanchette, III

Sworn to before me this 26 day of December 2023:

_____ #29
Notary Public

My commission expires:

KENNETH STUART
NOTARY PUBLIC
My Commission Expires 08/21/2028

2