**EXHIBIT 15**
**PLACEHOLDER**

**VIDEO MONTVILLE CT DISCHARGE JULY 24, 2023**