

**Professional Analysis and Consulting**, Inc.

4951 Indiana Avenue, Suite 600
Lisle, IL  60532

Project No.  1860

# Kyle Guay

# v.

# SIG SAUER, Inc.

Report Prepared for:

Jeffrey S. Bagnell, Esq.
Bagnell Law, LLC
55 Post Road West
Westport, Connecticut 06880

Report Prepared by:

Timothy M. Hicks, P.E.

Date of Report:  May 27, 2021

# Introduction

On January 28, 2020, Mr. Kyle Guay was carrying his SIG SAUER P320 .357 in a SIG-manufactured, outside-the-waistband P250 model holster.  Upon returning home, he proceeded to remove the holster from his waistband with the firearm still concealed in the holster.  As soon as he took hold of the holster and manipulated it, the P320 fired and struck him in his right thigh without him ever touching the trigger.  The hollow point bullet that was discharged severely injured Mr. Guay.

Professional Analysis and Consulting, Inc. was retained to perform an independent investigation into this incident and to provide a report of our findings.

# Professional Qualifications

Professional Analysis and Consulting, Inc. (Professional Analysis) is a technical consulting firm specializing in product performance and root cause failure analysis and prevention.  The Curriculum Vitae (C.V.) of the author is appended as Attachment A.

**Timothy M. Hicks, P.E.** is a Principal Engineer and has a diverse background in mechanical design and system evaluations, including accident reconstruction.  He spent close to 20 years in various roles in the automotive industry, responsible for the design, manufacturing, testing, and validation of vehicle systems.  He also has experience in leadership roles for commercial vehicle suppliers and manufacturers, including leading advanced engineering teams.  This experience includes conformance to governmental regulations, equipment safety, maintenance and service requirements, and field performance investigations.  As part of his consulting experience, he has performed numerous investigations and certification tests on firearms and firearm safety devices, pursuant to California and Massachusetts state regulations, and for incidents involving firearms.  For the investigation described in this report, his investigation methods are in accordance with the generally accepted standards and practices of his field, including utilizing the scientific method.

Mr. Hicks is a Professional Engineer licensed by examination in the State of Illinois, and by comity in other states.  He is an active member of the Society of Automotive Engineers (SAE) and has been elected as Chair of the Chicago Section in 2018.  The Chicago Section numbers over 1,000 members.  He is also a member of the American Society of Mechanical Engineers (ASME), and the National Society of Professional Engineers (NSPE).  He also holds Certificate of Eligibility from the California DOJ Bureau of Firearms and Massachusetts Firearms Records Bureau Executive Office of Public Safety for analyzing and performing firearm certification testing.

# Materials Reviewed and Inspections Conducted

Attachment B, along with the footnotes and references herein, outline the materials reviewed by Professional Analysis with respect to this matter.  This list includes materials compiled through Professional Analysis' own research.

On March 18, 2021, Professional Analysis participated in an inspection of the subject SIG SAUER P320 firearm, in addition to several other firearms, at North Star Imaging in Marlborough, Massachusetts. General photographs were taken of the firearm as received before the CT scans were performed. Full 3D CT scans were generated with the firearm in a near vertical position, with the muzzle pointed down, to be similar to the position it would be in while being carried in a holster. 2D x-rays were also generated after the CT scans.

The firearm was tested for functionality per the SIG SAUER protocol after the CT scans. This included items such as magazine catch, slide catch, magazine release, trigger function, disconnect function, and firing pin function. After these functional tests, the trigger pull force was obtained. All testing was performed by the SIG SAUER expert under controlled laboratory conditions. Functionality tests with vibration, conditions while the firearm is holstered, and drop testing were not evaluated.

Finally, the firearm was disassembled for further analysis. This allowed for detailed photographs to be taken of the various components discussed elsewhere in this report, which include the firing control unit, trigger mechanism, and striker assembly.

## Background

Mr. Kyle Guay, a resident of New Hampshire, purchased a SIG SAUER P320 on December 17, 2016. On the night of January 28, 2020, he was carrying his P320 in a SIG-manufactured, outside-the-waistband (OWB) P250 model holster while walking his dogs. Upon returning home, he proceeded to remove the holster from his waistband with the firearm still concealed in the SIG-manufactured holster.

As soon as he took hold of the holster and manipulated it so that the barrel would be facing slightly backwards when he removed it, the P320 fired and hit him in his right thigh without him ever touching the trigger. The hollow point bullet it discharged left a gaping wound in his thigh, caused severe nerve damage, and left pieces of the blown apart holster across the floor.

Hillsboro police responded and noted, among other things, historical problems with the trigger assembly of the P320, and its belief that the gun went off "inside the holster," as stated by plaintiff Mr. Guay. The Hillsboro police further noted that "there is no reason or evidence to suggest that [Guay] negligently, [or] purposely discharged the firearm into his own leg."

The P320 was SIG SAUER's first striker fired pistol design, introduced in 2014, and was based on the P250 frame, barrel, and magazine. In 2017, SIG SAUER was awarded a large military contract to supply two different versions of the P320 (M17 as a full size and M18 as a compact version), but the military required a redesign to include a manual safety. No manual safety is available to the public on available versions of this firearm. Other similar uncommanded (no trigger pull) discharge incidents have been reported from across North America, including several different law enforcement agencies, some of which have prohibited the further use of the P320 model by their officers.

The subject P320 firearm is a .357 caliber compact pistol, with serial number 58A067355. This was a black anodized barrel at 3.9" length and had polymer grips. In 2017, SIG SAUER initiated a voluntary upgrade program to change the trigger mechanism, along with changes to the safety lever and sear. Firearms

produced after the date of the voluntary upgrade would have the design changes included. The subject firearm in question for this incident had not had the SIG SAUER voluntary upgrade performed on it and was in as-produced condition.



Figure 1 - Subject SIG SAUER P320

# Findings and Analysis

Mr. Guay's pistol exhibited several design and manufacturing defects or variables that led to the uncommanded (unintended) discharge of the firearm. The following items were identified:

1. The sear and striker pin components are both produced using a Molded in Metal (MIM) process and do not have any secondary machining performed on the critical surfaces, including the interface between the two components. MIM produced components are susceptible to manufacturing areas of uncontrolled variability. For surfaces where tight tolerances are required, MIM parts will typically have secondary processing, or machining, to eliminate the variation.



Figure 2 - Striker assembly with striker foot circled



Figure 3 - Top view of sear (circled)

2. The sear and striker foot portion of the striker pin both exhibited inconsistencies on the surfaces that are in contact with each other, minimizing the actual contact surface area that is needed to keep the parts engaged until the trigger is pulled.  In addition to the as-cast surface (rough and unmachined) both parts also exhibited a raised area around the periphery of the interface surface.  This has been referred to by others as rollover and appears to be a combination of flashing, radiused corners, and shrinkage of the inner surface area.



Figure 4 - Close ups of sear step (left), and striker foot (right)

In comparison, the photo below is from a S&W M&P M2.0 pistol, showing the machined (or some other secondary processing after molding) surface of the striker foot.



Figure 5 - S&W M&P M2.0 Subcompact striker foot

3. In addition to the lack of secondary processing, there is also a vertical misalignment of the two parts, as shown in the CT scan. The striker foot is unable to fully engage with the sear, reducing the area available for the engagement of the two parts. It also appears that there is an angle difference between the two mating surfaces, reducing the contact area even more. Figure 6 from the CT scan also shows the sear unable to rotate upwards any further since it comes into contact with a pin. With the minor amount of overlap between the two components, only a minor amount of trigger movement would allow the striker to move forward and discharge a round.

File No. 1860 May 27, 2021 Page **5**





Figure 6 - CT scan slice of striker foot to sear misalignment (top) and zoomed in measurement (bottom)

4. As shown in the CT scan below, there is also a lateral offset between the sear and the striker foot, with a visible edge to the sear step.

File No. 1860      May 27, 2021      Page **6**



Figure 7 - CT scan view of offset striker foot to sear (circled)

5. In looking at the rear-view slice of the striker pin relative to the housing channel, there is a large lateral gap on both sides of the striker foot. This allows for axial rotation of the striker pin and foot each time the firearm is discharged and the slide activates. This rotation will also cause the safety lock tab that makes contact with the parallel horizontal plain of the striker to be out of alignment. Any misalignment could cause minimal contact between the safety lock tab and the rear vertical portion of the striker, thereby reducing the contact area between the two surfaces. This misalignment could potentially allow the striker pin to continue its forward movement when the striker foot is no longer retained by the sear.

 

Figure 8 - CT scan view from the rear of striker gaps to housing (left) and safety lock tab to striker pin (right)

6. The CT images from Figure 8 above also illustrate the slide assembly gaps to the grip module (circled in blue). These gaps allow the striker foot (as part of the slide assembly) to move vertically relative to the sear with any vertical pressure, such as that experienced while the firearm is inserted in a holster. None of the functional tests performed during the March 2021 inspection, nor any test data produced by SIG SAUER, documents the result of this movement, or as SIG

       SAUER defines it, external abusive event. The firearm being carried in a SIG SAUER produced and recommended holster would not be considered an abusive event.

7. Several other items identified in Mr. Peter Villani's reports (dated January 2021 and April 2021) would contribute to variation and inconsistent operation of each firearm. These include, but are not limited to: sear loading imbalance, sear springs making contact with the sear housing and wearing, safety lock spring end drag on the striker housing causing wear, minimal safety lock spring force, trigger mechanism dragging on housing of FCU, and trigger spring making contact with the magazine.

The jeans and holster being worn by Mr. Guay at the time of the incident were also inspected. Entry and exit holes with gunshot residue were evident, and several pieces were missing from the SIG SAUER P250 holster. The firearm appears to have been fully inserted in the holster at the time of the discharge. Holster damage was evident from the bullet discharge and corresponding attempt of the slide to cycle.

The subject .357 ammunition discharged was also inspected, including the hollow point bullet and empty casing. No issues were identified with the ammunition.

The subject P320 magazine was also inspected, including the nine remaining rounds of .357 hollow point ammunition. Eight rounds were removed from the magazine along with one round that was loose. No issues were identified with the magazine.

The subject holster being worn by Mr. Guay at the time of the incident was also inspected. The trigger and magazine release button are exposed when secured by the SIG SAUER P250 OWB holster, which is the recommended holster by SIG SAUER. The opening in the holster is inboard towards the body of the person wearing it and would expose the trigger to clothing and other debris. The magazine release button being exposed could also lead to safety issues if the magazine was ejected without the wearer's knowledge.



Figure 9 - Subject firearm and holster with exposed trigger and magazine release

Firearm certification testing is required in California and Massachusetts for any firearm manufacturers intending to sell their products in those states.  After passing the firing portion of this certification testing, a loaded firearm also has to be dropped from a height of one-meter, in various orientations, with no discharge of the firearm allowed.  The SAAMI drop height requirement is four feet and the firearm is dropped onto a high durometer rubber mat.[1]  The SIG SAUER P320 is listed on Massachusetts approved firearms roster, but no other test data has been reviewed from SIG SAUER on the performance of the P320 to these state regulations, and firearm manufacturer guidelines.  While the SAAMI guidelines are voluntary, most manufacturers will test their products to these performance standards to determine the safety and reliability when subject to outside factors, like vibration and being dropped.  As stated in the SAAMI standard, "Test parameters simulate conditions where abusive mishandling could possibly result in accidental discharge".

# Exhibits

If called upon to testify at trial or hearing, my testimony will reference various exhibits, including the subject and exemplar artifacts, photographs, videos, and other documents produced during this investigation.  In addition to this report, an animation/simulation has been prepared of the P320 that accurately depicts all internal mechanisms of its fire control unit (FCU).  These images were obtained by computer tomography and/or high-resolution photographs of the parts in question on March 2021 at North Star Imaging in Marlborough, Massachusetts.   I  was  present  at  North  Star,  along  with

---

[1] ANSVSAAMI Z299.S-1996 - American National Standard Voluntary Industry Performance Standards Criteria for Evaluation of New Firearms Designs Under Conditions of Abusive Mishandling for the Use of Commercial Manufacturers

representatives of SIG SAUER, Inc., when these images were taken and participated in the inspection and imaging of the firearm in question. I also supervised the creation of the animation/simulation, and sample screenshots are included throughout this report. A more detailed listing of exhibits will be produced in accord with orders of the Court.








## Summary and Conclusions

The opinions and conclusions detailed in this report are held to a reasonable degree of scientific and engineering certainty. They are based on engineering education, experience, and training, as well as the work conducted to date and the information available at this time. This report will be supplemented as required, based on new information.

Based on the investigation and the work conducted to date, the SIG SAUER P320 at issue and being carried in a SIG SAUER holster by Mr. Guay at the time of the uncommanded discharge incident was defective and unsafe for use. Only a minor amount of trigger movement is required to cause an accidental discharge given the defective conditions described in more detail in this report, which includes:

1) Surface quality (no secondary processing) of interfacing sear step and striker foot,
2) Axial variation of striker pin after each slide movement causing misalignment of safety lock tab to striker pin, and the striker foot lateral position to the sear step face,
3) Ability of the slide (and therefore the striker assembly) to move vertically relative to the sear reducing the interfacing surface contact area even further,
4) The sear is unable to fully rotate forward to allow flat engagement of the striker foot,
5) Exposed trigger when inserted and concealed in the SIG SAUER P250 holster.

**Report Prepared by:**

Timothy M. Hicks, P.E.
Principal Engineer
IL PE License No. 062-064524
Expires November 30, 2021

**Reviewed and assisted by:**

Roch J. Shipley, Ph.D., P.E., FASM
Principal Engineer
IL P.E. License 062-048091
Expires November 30, 2021

**Attachment A**



# Timothy M. Hicks, P.E.
**Principal Engineer**
tmhicks@proaaci.com
331-229-3317

2012-Present   **Professional Analysis and Consulting, Inc. –** Lisle, Illinois

Performs engineering investigations and failure analysis from a mechanical engineering perspective.  Projects have involved design analysis, product liability, intellectual property, manufacturing, accident investigation and reconstruction, fire cause and origin, and component testing.  Manages and directs large, complex projects involving multiple parties and disciplines.  Vehicle experience includes commercial vehicles, automobiles, RVs, motorcycles, buses, trains, agricultural, and construction equipment.  Non-vehicle related projects have involved medical, athletic, and wheelchair accessibility equipment, forklifts, elevators, wind energy systems, lawn equipment, bicycles, plumbing, consumer products, and other mechanical systems.  Additionally, he has investigated product packaging failures, aerosol dispenser failures involving impact, projectile and temperature/pressure studies, mechanical design, and systems modeling.

2010-2012   **Packer Engineering, Inc**. – Naperville, Illinois

Senior Director of Engineering responsible for consultation in the areas of failure analysis, accident investigation and reconstruction, product testing, and design review.  Managed projects in a broad range of vehicles including automobiles, SUV's, commercial trucks, RV's, buses and coaches.

2007-2010   **Motor Coach Industries International**, Schaumburg, Illinois

Director of Program Management responsible for establishing a new corporate based group of engineers to develop and introduce new product initiatives for all product and processing areas for luxury coaches.  Implemented plans to identify cost reduction projects, developed industry leading proposals for new coach development projects, provided recommendations for improving product and program development processes, and identified and pursued alternate suppliers for major systems and modules for coach production.

2004-2007   **Hendrickson International**, Woodridge, Illinois

    2005-2007   Senior Engineering Manager responsible for directing three engineering groups that included front suspension, concept development, and elastomers for the commercial truck, school bus, and RV markets.  Developed and launched industry-leading high capacity independent front suspension for motor home and fire truck markets, established process and initiatives for generating constant flow of projects in the concept development group to sustain advanced engineering activities.

| | |
|---|---|
| 2004-2005 | Senior Engineering Manager responsible for Current Products and Specialty Vehicles product development and process improvement, utilizing CAD, FEA, and ADAMS simulation.  Projects included cost reduction, continuous improvement, and warranty analysis for commercial and vocational trucks, school buses, and military vehicles. |
| 1998-2004 | **Oxford Automotive Inc**., Troy, Michigan |
| 2003-2004 | Director, Product Engineering that managed product development engineers and CAD/FEA departments for automotive OEMs.  Products included metal fabricated, welded, machined and stamped components and systems. |
| 2003 | Director, Continuous Improvement that developed corporate strategy for cost reduction initiatives utilizing lean principles and Value Analysis/Engineering techniques |
| 1999-2003 | Program Manager who successfully managed suspension module program for a major OEM, taking the project from concept through launch.  This included design development, tooling, capital equipment development, quality planning, and manufacturing set-up. |
| 1998-1999 | Engineering Manager recruited to develop strategy for suspension module business growth, design development, analysis, prototyping, and validation of suspension module program for a major OEM. |
| 1986-1998 | **General Motors Corp.**, Lansing and Warren, Michigan, and Lordstown, Ohio |

Progressed through various product engineering roles with increasing responsibilities.  Areas of responsibility included product planning, validation and testing, design development, ride and handling, and new product leadership.  Products included front and rear suspensions, steering, brakes, engine mounts, drive axles, bearings, ABS/ETS, fuel systems, wheels and tires, jacks and exhaust.

1983-1986    **Progressive Blasting Systems**, Grand Rapids, Michigan

Machine design experience developing CAD skills, and hands on understanding of many manufacturing processes, including welding, machining, assembly, paint, and product quality.

## ACADEMIC

| | |
|---|---|
| M.S. | Rensselaer Polytechnic Institute - Engineering Sciences<br>Management of Technology (1997) |
| B.S. | Michigan Technological University - Mechanical Engineering<br>Solid Mechanics – Design (1983) |

**CONTINUING EDUCATION**

- Reliability Forecasting, GM (1988)
- Vehicle Dynamics, Kettering (1990)
- Limit Handling, GM (1994)
- Commercial Tire Dynamics, Michelin (2009)
- Traffic Accident Reconstruction Methods, SAE (2010)
- Vehicle Crash Data Retrieval Technician Level 1 & 2, Northwestern University Center for Public Safety (2013)
- Vehicle Crash Data Retrieval Data Analyst, Northwestern University Center for Public Safety (2013)
- Vehicle Dynamics Basics for Off-Highway Trucks, SAE (2014)
- Reconstruction and Analysis of Motorcycle Crashes, SAE (2015)
- Operator Safety Training Program – Forklift Class IV and V, OSHA (2020)
- Crash Investigation and Reconstruction Aerial Photogrammetrist, Northwestern University Center for Public Safety (2017)
- Applying Automotive EDR Data to Traffic Crash Reconstruction, SAE International, (2021)

**COMPUTER SKILLS**

- CAD/FEA/CAE Tools
- ADAMS Simulation
- MS Office Suite

**PROFESSIONAL REGISTRATION AND AFFILIATIONS**

- Professional Engineer, State of Illinois (License No.: 062-064524)
- Professional Engineer, State of Michigan (License No.: 6201059697)
- Professional Engineer, State of South Carolina (License No.: 30197)
- Professional Engineer, State of Texas (License No.: 131428)
- Professional Engineer, State of Wisconsin (License No.: 47825-6)
- American Society of Mechanical Engineers (ASME)
- Society of Automotive Engineers (SAE)
    - Chairman, Chicago Section (Current)
    - Crash Data Collection and Archiving Standards Committee (Current)
- National Society of Professional Engineers (NSPE)
- National Safety Council (NSC) Transportation Division (2016)

**PATENTS**

1. Hicks, Timothy M. and Jennings, Daniel E., "Rear Suspension Mounting Feature and Method," 6,401,319 (2000)

2. Hicks, Timothy M. and Jennings, Daniel E., "Trailing Twist Axle and Method of Manufacture," 6,533,300 (2000)

**PRESENTATIONS**

1. Hicks, Timothy and Shipley, Roch, "Testing – Techniques and Examples – Structural Integrity", American Society for Quality Presentation, Reliability Division, October 2019

2. Hicks, Timothy, Shipley, Roch, Koehler, Michael, "Testing: Techniques and Examples, Making Evidence-Based Decisions", American Society for Quality Presentation, Reliability Division, February 2019

**Attachment B**



# Guay v. SIG SAUER, Inc.
Project No.: 1860

|    | Classification | Description |
|----|----------------|-------------|
| 1. | Animation | Animation / Simulation, High Impact |
| 2. | Background Compiled | ANSI/SAAMI Z299.5-1996 (Reaffirmation of ANSI/SAAMI Z299.5-1990) American National Standard Voluntary Industry Performance Standards Criteria for Evaluation of New Firearms Designs Under Conditions of Abusive Mishandling for the Use of Commercial Manufacturers |
| 3. | Background from Client | Various news articles and video reports |
| 4. | Background from Client | P320 Upgrade Guide (YouTube) |
| 5. | Data | Xray images, CT scans, and data |
| 6. | Expert | Report of Peter Villani, January 2021 |
| 7. | Expert | Report of Peter Villani, April 2021 |
| 8. | Legal | Plaintiff's Expert Disclosure |
| 9. | Photographs | Photographs |