**EXHIBIT 20**
**PLACEHOLDER**

**VIDEO FEBRUARY 4, 2016 ROSCOMMON MI P320 DISCHARGE**