

X-ray of a broken arm. *Credit:* iStock