MILWAUKEE  |  FEBRUARY 13, 2024  |  7:56AM ET          29° Milwaukee, WI    EDIT

WATCH LIVE



| LATEST NEWS | WEATHER | POLITICS | SHOWS | LOTTERY | SPORTS | + MORE |

Search



Milwaukee Police Chief Jeffrey Norman (Spectrum News 1/Ryan Burk)

NEWS

# Milwaukee Police to replace all officer weapons following 'unexpected' discharges

BY **RYAN BURK** | MILWAUKEE
PUBLISHED 6:00 PM ET OCT. 31, 2022

MILWAUKEE — The Milwaukee Police Department said it will replace every Milwaukee police officer's service weapon, starting early 2023.

Police Chief Jeffrey Norman said the current weapon, the Sig Sauer P320, has a history of unintentionally discharging while in use with MPD. Three Milwaukee police officers have been injured since 2020.

Most recently, on Sept. 10, Milwaukee police said a 41-year-old police officer was injured when another officer's gun went off while it was holstered. He was taken to the hospital and treated for his injuries. In July 2020, Officer Adam Maritato was unintentionally shot in the leg by another officer's holstered gun.

The pistol is allegedly prone to going off without the trigger being pulled, a defect that has led to dozens of injuries around the country over the past several years. The gun-maker has previously denied its pistol is