Page 1

1            UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF KENTUCKY
2
3                        -  -  -
4    STEPHEN MAYES,              :
                                 :
5          Plaintiff,            :
                                 :
6                                : CIVIL ACTION NO.
           vs.                   : 1:19-cv-00146-GNS
7                                :
                                 :
8    SIG SAUER, INC.,            :
                                 :
9          Defendant.            :
10
11                       -  -  -
12             WEDNESDAY, APRIL 14, 2021
13                       -  -  -
14
15             TRANSCRIPT OF ORAL DEPOSITION OF
     CRAIG JACKLYN (via videoconference), taken by and
16   before NANNETTE S. O'BRIKIS, Court Reporter and
     Notary Public, held at 1234 Market Street, 6th
17   Floor, Philadelphia, Pennsylvania, on the above
     date, commencing at 10:17 a.m.
18
19
20
21
                         -  -  -
22
23
24

Page 2

1    APPEARANCES:

2

     BAGNELL LAW

3    BY:  JEFFREY S. BAGNELL, ESQUIRE
     55 Post Road West

4    Westport, CT  06880
     (203) 984-8820

5    Jbagnell@bagnell-law.com
     Counsel for Plaintiff

6

7

     SALTZ, MONGELUZZI, BARRETT & BENDESKY

8    BY:  DANIEL CEISLER, ESQUIRE
     One Liberty Place

9    1650 Market Street, 52nd Floor
     Philadelphia, PA  19103

10   (215) 496-8282
     Dceisler@smbb.com

11   Co-counsel for Plaintiff

12

13   LITTLETON, PARK, JOYCE, UGHETTA & KELLY
     BY:  ROBERT J. KELLY, ESQUIRE

14   141 West Front Street
     Suite 120

15   Red Bank, NJ  07701
     (732) 530-9100

16   Robert.kelly@littletonpark.com
     Counsel for Defendant

17

18

     STRADLEY, RONON, STEVENS & YOUNG, LLP

19   BY:  ADAM D.  BROWN, ESQUIRE
     2005 Market Street

20   Suite 2600
     Philadelphia, PA   19103-7098

21   (215) 564-8000
     Abrown@stradley.com

22   Counsel for SEPTA

23

24

Page 3

1   ALSO PRESENT:

2   Robert Wynn, Videographer

    Stephen Mayes

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 4

1                        INDEX
2

   Testimony of:  CRAIG JACKLYN

3
4                                        PAGE
5   By Mr. Bagnell                     8, 88
6   By Mr. Kelly                      55, 94
7
8
9                      EXHIBITS
10

   NUMBER           DESCRIPTION              PAGE
11

   Jacklyn-1        Subpoena                  99
12

   Jacklyn-2        81-page Document          99
13
14
15
16
17
18
19
20
21
22
23
24

Page 5

1                  DEPOSITION SUPPORT INDEX

2

   INSTRUCTION NOT TO ANSWER:

3

   Page      Line

4

5          (none)

6

7

   REQUEST FOR PRODUCTION OF DOCUMENTS:

8

   Page      Line

9

10   98         8

11

12

   STIPULATIONS:

13

   Page      Line

14

15          (none)

16

17

18 QUESTION MARKED:

19 Page      Line

20

          (none)

21

22

23

24

1           THE VIDEOGRAPHER:  Good morning.

2      We are going on the record at 10:03 a.m. on

3      April 14th, 2021.

4           Please note that the microphones

5      are sensitive and may pick up whispering,

6      private conversations and cellular

7      interference.  Please turn off all cell

8      phones or place them away from the

9      microphones as they can interfere with the

10     deposition audio.

11          Audio and video recording will

12     continue to take place unless all parties

13     agree to go off the record.

14          This is media unit one of the

15     video-recorded deposition of Officer Craig

16     Jacklyn taken by counsel for plaintiff in

17     the matter of Stephen Mayes versus SIG

18     Sauer, Incorporated, which is filed in the

19     United States District Court for the

20     Western District of Kentucky, Civil Action

21     number 1:19-cv-00146-GNS.

22          This deposition is being held at

23     remote locations as it is a

24     videoconference.

```
 1              My name is Robert Wynn from the
 2         firm Veritext Legal Solutions.  I'm the
 3         videographer.  The court reporter is
 4         Nannette O'Brikis from the firm Veritext
 5         Legal Solutions.
 6              I am not authorized to administer
 7         an oath.  I am not related to any party in
 8         this action, nor am I financially
 9         interested in the outcome.
10              Counsel and all present in the room
11         and everyone attending remotely will now
12         state their appearances and affiliations
13         for the record.
14              If there are any objections to the
15         proceeding, please state them at the time
16         of your appearance, beginning with the
17         noticing attorney.
18              MR. BAGNELL:  Jeff Bagnell for
19         plaintiff Stephen Mayes.
20              MR. KELLY:  Robert Kelly,
21         Littleton, Park, Joyce, Ughetta and Kelly
22         on behalf of defendant SIG Sauer.
23              MR. MAYES:  Stephen Mayes,
24         plaintiff in the case, Franklin, Kentucky.
```

CRAIG JACKLYN

Page 8

1          THE VIDEOGRAPHER:  Will the court

2     reporter please swear in the witness?

3          MR. BROWN:  I'm sorry.  I didn't

4     identify myself.  Adam Brown, Stradley,

5     Ronan, Stevens and Young on behalf of

6     Southeastern Pennsylvania Transportation

7     Authority.

8          THE VIDEOGRAPHER:  Thank you.  Will

9     the court reporter now please swear in the

10     witness?

11               -   -   -

12          CRAIG JACKLYN, having been duly

13     sworn, was examined and testified as

14     follows...

15               -   -   -

16          THE VIDEOGRAPHER:  Thank you.  We

17     can proceed.

18               -   -   -

19               EXAMINATION

20               -   -   -

21 BY MR. BAGNELL:

22     Q.     Officer, good morning.  Can you

23 hear me okay on your mic?

24     A.     Yes, I can.

CRAIG JACKLYN

Page 9

```
 1          Q.       It's okay?
 2          A.       Yes.
 3          Q.       All right.  I'm going to ask you
 4   some questions today, Officer.  First of all, it's
 5   a privilege to have you here.  I think I noticed
 6   or issued your subpoena about 14 months ago, so
 7   it's probably the longest -- longest delay I've
 8   ever had doing a deposition, so it's nice to see
 9   you.
10               I'm going to ask some questions
11   today.  As the videographer said, it's a
12   take-turns type thing.
13               I'll do my best to let you answer
14   my question, not speak over you.  Mr. Kelly might
15   have an objection.  Mr. Brown may have an
16   objection.  We'll all try to work to say them, you
17   know, separately and not get into any crosstalk
18   because it just makes it very hard for the
19   reporter and the videographer.
20               I guess I'll ask have you been --
21   have you had your deposition taken before?
22          A.       Not remotely.
23          Q.       In person though you have?
24          A.       Yes.
```

Page 10

1          Q.          So you're generally familiar with
2     the process?
3          A.          Yes.
4          Q.          Okay, Officer, before I start
5     asking you some questions, I just want to state
6     for the record that your deposition is the
7     culmination of a pretty long process, a subpoena
8     issued last February.
9                      Then also there was a motion to
10    enforce the subpoenas that Mr. Brown and I
11    resolved without court adjudication sometime last
12    year.
13                     And so, Adam, I just want to state
14    for the record that our agreement was that Officer
15    Jacklyn would be produced for deposition.  He's
16    here, an affidavit from Officer McDowell, I have
17    that.  It will not be an exhibit today.
18                     And also the last thing was that we
19    would get a certified copy of the investigation
20    file, which is one of the exhibits today.  Is that
21    correct?
22               MR. BROWN:  That is accurate.  Yes.
23               MR. BAGNELL:  Okay.  Mr. Wynn, can
24          you bring up the subpoenas exhibit?

Page 11

1          THE VIDEOGRAPHER:  Yes, I can.

2          MR. BAGNELL:  Okay.  Do I have the

3     ability to move these?

4  BY MR. BAGNELL:

5          Q.     Okay, Officer.  Can you see that

6  document there?

7          A.     Yes, I can.

8          Q.     All right.  And it's a subpoena to

9  testify at a deposition in a civil action, which

10  you're doing today.  Do you recall getting that

11  document delivered to you or served on you?

12          A.     Yes.

13          Q.     Who served that on you?  Do you

14  recall?

15          A.     No, I don't.

16          Q.     Okay.  What did you do after you

17  got this?

18          A.     I notified my command.

19          Q.     Is there any way I can go to the

20  bottom of this document?  Okay.  And do you see

21  it's dated February 24th, 2020 at the bottom?

22          A.     Yes.

23          Q.     Okay.  So, Officer Jacklyn,

24  obviously I want to ask you some questions about

CRAIG JACKLYN

Page 12

```
1    what happened in that incident in Suburban Station
2    back in August of 2019.
3                    Before I do that, I'd like to ask
4    you some general questions about your background,
5    both in law enforcement, military also I believe,
6    and then your firearms experience, your training
7    in firearms.
8                    I'll start with your, I believe,
9    your military background.  Can you describe that?
10        A.      Yes.  I have an extensive military
11   background spanning 17 years.  I spent six years,
12   my first six years, in the Army as a military
13   police officer and then got out for a short period
14   of time and rejoined the military, the U.S.
15   Marine Corps, as an infantryman.
16                    During my time in the Marine Corps,
17   I had extensive training with weapons superseding
18   the normal infantry background.
19                    I was a special operator with FAST
20   company as a trainer in Norfolk, Virginia and I
21   was also with the infantry battalions.
22        Q.      When you say you were a special
23   operator, Officer, can you explain that or
24   elaborate on that a little bit?
```

CRAIG JACKLYN

Page 13

1           A.       Yes.  I actually trained

2    individuals for the fleet antiterrorist security

3    teams.  Basically they safeguard nuclear weapons

4    and they have to have all types of marksmanship

5    experience and training in order to do that.

6           Q.       And you gave them that training?

7           A.       Yes.  I was part of the cadre that

8    trained them during those times.

9           Q.       Is this the Army?  Is this a branch

10   of the Army?

11          A.       Marine Corps.

12          Q.       Marine Corps.  So you are a Marine,

13   Officer, former Marine?

14          A.       Yes.  I'm a former Marine.

15          Q.       What kind of -- in connection with

16   the special operator training that you did, what

17   kind of weapons were being handled and used and

18   fired?

19          A.       We use -- we train in a variety of

20   weapons superseding what the normal equipment the

21   Marine Corps had.  You had the MC T 82 (phonetic),

22   which we handled.

23                   We handled the Beretta.  We handled

24   MP5s.  We handled shotguns.  I also was

CRAIG JACKLYN

Page 14

```
1    experienced with AK-47s, so I got to touch a lot
2    of different weapons --
3            Q.      Okay.
4            A.      -- while I was with special
5    operations.
6            Q.      Was that your last position in the
7    military?
8            A.      No.  That wasn't my last position.
9    I left that position and went back to the Fleet
10   Marine Force at Camp Lejeune.
11           Q.      What did you do there?
12           A.      I was in the infantry battalion
13   there.
14           Q.      Did you go overseas for combat or
15   service of any kind?
16           A.      Yeah.  Before that -- yeah.  Before
17   I went to special operations, I served with 2nd
18   battalion 3rd Marines out of Hawaii where we
19   participated in Desert Storm.
20           Q.      Okay.  All right.  What kind of
21   sidearms are you -- were you experienced with
22   during that service that you've just described?
23           A.      The Beretta 92F.  That's the one
24   that was pretty much the handgun at the time that
```

CRAIG JACKLYN

Page 15

1    I -- that was used by the military while I was in.

2             Q.        That was a hammer-fired pistol?

3             A.        Yes.  It was -- yeah.  It's

4    actually -- doesn't have the internal trigger like

5    you have with the Glocks and the --

6             Q.        Did you use any striker-fired

7    pistols in the military?

8             A.        Excuse me?

9             Q.        Did you use any striker-fired

10   pistols or sidearms in the military when you were

11   in?

12            A.        No.

13            Q.        No?

14            A.        No.

15            Q.        Okay.

16            A.        I didn't come into contact with

17   that until after I got out of the military.

18            Q.        How long in total was your military

19   service?

20            A.        About 17 years.

21            Q.        And when was the last year?  When

22   did you get out?

23            A.        I got out in '95.

24            Q.        Okay.  After you got out in 1995,

CRAIG JACKLYN

```
 1   is it accurate that you moved over to law

 2   enforcement?

 3           A.      Yes.  I had -- I had one year down.

 4   I actually went through the process and got into

 5   the -- went into the academy February, February of

 6   1997.

 7           Q.      Which academy?  Was that for the

 8   police academy or some other kind?

 9           A.      Philadelphia Police Academy.

10           Q.      Philadelphia Police Academy.  And

11   you graduated from that?

12           A.      Yes, sir.

13           Q.      Where did you -- where did you go

14   after graduating there?

15           A.      After that, I went to SEPTA Police

16   Department as a patrol officer.

17           Q.      SEPTA did you say?  SEPTA?

18           A.      Yes.

19                   MR. BAGNELL:  Mr. Wynn, there's a

20           little bit of a cut-out.  I don't know if

21           anything can be done about it, but I'm

22           noticing a little bit.  I'll do what I can.

23                   MR. KELLY:  While we're at it, I

24           could use a little more volume coming from
```

CRAIG JACKLYN

Page 17

```
 1          Officer Jacklyn.
 2     BY MR. BAGNELL:
 3          Q.      Officer, is there a volume on the
 4     device in front of you that you can punch up a
 5     little bit maybe?
 6                    THE VIDEOGRAPHER:  Let's go off the
 7          record for a moment and address this.
 8          We're going off the record at 10:14 a.m.
 9                    -   -   -
10                    (Discussion held off the record.)
11                    -   -   -
12                    THE VIDEOGRAPHER:  We're back on
13          the record at 10:17.
14     BY MR. BAGNELL:
15          Q.      Okay, Officer, thank you for
16     cooperating on those adjustments.  I want to go
17     back and just make sure I'm clear about a couple
18     things you testified about.
19                    I think you said you had 17 years
20     total experience in the military?
21          A.      Yes.
22          Q.      You started off in the Army?
23          A.      Yes.
24          Q.      Then you became a Marine?
```

CRAIG JACKLYN

Page 18

1          A.      Yes.

2          Q.      A branch of the Navy?

3          A.      Yes.

4          Q.      All right.  And this is very

5    interesting to me.  You said you trained people as

6    a Marine in the safeguarding of nuclear weapons.

7    Is that correct?

8          A.      Yes.

9          Q.      How did you qualify to instruct

10   people in that kind of sensitive position?

11         A.      I had to go through the course.

12         Q.      And what was that like?  Can you

13   describe it?

14         A.      It's the same course that the FAST

15   operators go through for -- and also security

16   forces that the Marine Corps offers when they send

17   people to different embassies or anyplace where

18   they have outposts and stuff like that.

19         Q.      Were these nuclear weapons in

20   possession of the Navy or the Air Force?

21         A.      Navy.

22         Q.      The Navy.  On ships or submarines?

23         A.      They have enclaves at Norfolk,

24   Yorktown, Virginia.  They have -- they move

CRAIG JACKLYN

Page 19

1    weapons to -- aboard naval ships where they move

2    them out of their enclave to get to the ships.  So

3    we train operators to be able to safeguard those

4    weapons when they get to where they're going.

5           Q.     How many operators are assigned to

6    a nuclear weapon in the kind of situation you're

7    talking about?

8           A.     Well, I wouldn't -- I don't know

9    the operational aspect of it.  I know we had at

10   the time I was in, there was -- there were two

11   FAST teams, one on the east coast and one on the

12   west coast.

13          Q.     And I think you testified you

14   trained them on pistols and rifles?  Did I hear

15   that correctly?

16          A.     Yeah.  We had pistols.  The

17   standard rifles for the Marine Corps at the time,

18   the standard pistol at the time, shotguns and also

19   MP5, which is an automatic weapon.  That's

20   basically it.

21          Q.     Were you training them at ranges,

22   shooting ranges?

23          A.     Yes.  There's a range in

24   Chesapeake, Virginia, Naval Security Group

1  Activity at the time I was in.  A small base in

2  Chesapeake, a very inconspicuous spot.

3      Q.      Okay.  What was your rank when you

4  were discharged, Officer?

5      A.      I was -- I reached the rank of

6  staff sergeant.

7      Q.      Staff sergeant.  Did you earn

8  commendations or medals regarding marksmanship or

9  firearm training?

10     A.      When I was in the Marine Corps, I

11 didn't compete, if that's what you're asking me.

12     Q.      Okay.  You mean competing in terms

13 of target shooting or something like that?

14     A.      I didn't compete.  I mean, I was an

15 expert.  I was an expert shooter as a pistol --

16 with the pistol and with the rifle.

17     Q.      What are the ranks of marksmanship

18 in the Navy or the Army, if you could describe it?

19     A.      There's three badges.  You have

20 expert, sharpshooter and marksman.

21     Q.      You had expert?

22     A.      I was an expert at both.

23     Q.      Army and Navy?

24     A.      In the Navy -- in the Marine Corps,

CRAIG JACKLYN

Page 21

```
1    yes.  In the Army, I think that was -- I might
2    have been -- when I started out, I might have been
3    a sharpshooter and eventually got expert badge.
4            Q.      Okay.  Were you ever disciplined at
5    any time in your military career, Officer, for any
6    kind of misuse of a pistol or a rifle?
7            A.      No.
8            Q.      All right.  So moving forward -- I
9    can hear you much better now.  Moving forward now,
10   you're discharged from the military I think you
11   said 1996?
12           A.      Yes.
13           Q.      You go to --
14           A.      1995.
15           Q.      1995.  You attend the Philadelphia
16   Police Academy, graduate and then you become an
17   officer with SEPTA.  Is that the timeline?
18           A.      Yes.  Patrol officer.
19           Q.      Can you briefly describe the kind
20   of firearms training you got at the academy on
21   pistols in particular?
22           A.      We had handgun training.  At the
23   time that I joined the police department, we used
24   a Smith and Wesson and we had went to the pistol
```

CRAIG JACKLYN

                                                    Page 22

1   range and qualified.

2          Q.      What was the model of the Smith and

3   Wesson?

4          A.      I don't remember.  I don't recall

5   right now what series it was.

6          Q.      An MP9?

7          A.      No.

8          Q.      No?

9          A.      No.  That's not a -- that's not the

10  pistol we used.

11         Q.      Okay.

12         A.      I forgot the series.

13         Q.      That's fine.  All right.  So you

14  applied for a patrol officer position with SEPTA.

15  Is that accurate?

16         A.      Well, when you come out of the

17  academy, normally you spend some time, you know,

18  learning your craft and you'll be -- as a patrol

19  officer, which is the basic part of the

20  department.

21         Q.      Okay.  When you came out of there,

22  what kind of pistol or gun were you carrying?

23         A.      I was carrying the SIG -- not the

24  SIG.  The Smith and Wesson, which is -- which at

CRAIG JACKLYN

Page 23

```
 1    that time was SEPTA police's standard pistol.
 2         Q.      This is 1995, 1996 time frame?
 3         A.      This was in 1997.
 4         Q.      1997.  Okay.  Before the incident
 5    that we'll talk about pretty soon, Officer, in
 6    2019, did you have any occasion to draw or fire
 7    any weapon while working for SEPTA before --
 8    before the incident in August of 2019?
 9         A.      Yes.
10         Q.      Can you describe what happened?
11         A.      Well, one incident I recall
12    vividly.  I was working plainclothes detail and
13    witnessed a car being broken into.  I was on a
14    robbery detail.
15              It just so happened that while I
16    was on that robbery detail, observed a male
17    circling the block several times, go into an
18    alley, break into a van and attempt to steal or
19    rip out the stereo system.
20              When I approached him, I was
21    plainclothes, had my badge out.  I approached him
22    and pointed a gun.
23         Q.      Your gun was pointed at him at that
24    point?
```

CRAIG JACKLYN

1          A.      Yes.

2          Q.      All right.  So you successfully

3    deployed it out of a holster I assume?

4          A.      Yes.

5          Q.      Was this the Smith and Wesson make

6    that you were dealing with?

7          A.      Yes.

8          Q.      Other than that occasion, any

9    occasions to draw or use your weapon in that time

10   period?

11         A.      No.

12         Q.      What's your current position right

13   now, Officer, with SEPTA?

14         A.      Right now, I'm with SEPTA special

15   operations, counterterrorism also known as Viper

16   unit.  I've been with them since -- with this unit

17   since 2015.

18         Q.      Any special training to obtain that

19   position?

20         A.      Well, we -- generally looked at as

21   far as your work history, dependability, the

22   ability to work with very little supervision.

23                 In addition to that, once you get

24   to the unit, you know, they send you to -- there's

CRAIG JACKLYN

Page 25

1   training that they send you to, to train with the

2   U.S. Marshals with the Viper unit from the

3   airport.

4                   That has to do with protecting

5   citizens, mass transit in flight.  Sky marshals,

6   they used to be called sky marshals.

7        Q.        In your years of service for SEPTA,

8   Officer, have you been given any commendations or

9   awards?

10       A.        I received commendations, you know,

11  for good jobs.  The most significant one was in

12  2014 I was recognized as officer of the year.

13       Q.        In 2014?

14       A.        Yes.

15       Q.        As you're sitting here right now,

16  Officer, how many years of experience do you have

17  handling and firing firearms?  And by firearms, I

18  include pistols and rifles.

19       A.        I was raised around them.  My

20  father was a Special Forces operator during the

21  Vietnam era.  He taught myself and my brother how

22  to use guns before I even joined the military, so

23  if I include that, it's been a lifetime.

24       Q.        Understood.  Okay, Officer, you're

CRAIG JACKLYN

1    in uniform so I want to respect your time as much

2    as I can.

3                  I want to move to the incident that

4    we're all here to talk about and this occurred

5    August 26, 2019.  Is that correct?  Do you recall

6    this incident?

7          A.       Yes.  I recall it.

8          Q.       It was at the Suburban Station,

9    1500 JFK concourse?

10         A.       Yes.

11         Q.       Can you describe what you were

12   doing, you know, let's say, let's say, you know,

13   half an hour before the incident happened?  Can

14   you describe what you and your partner were doing?

15                  I understand you were on a SEPTA

16   golf cart.  Just a general explanation of what

17   your role and duties were at that time.

18         A.       As a Viper team member, part of the

19   mandate is to patrol during peak hours, look for

20   anomalies as part of the counterterrorism mission.

21                  So we were tasked with patrolling

22   the regional rail station and basically that's --

23   we were riding around.  We're looking for

24   anomalies or anything out of place, but we'll also

CRAIG JACKLYN

Page 27

```
 1    answer calls and helping doing basic patrol work.

 2    So that's pretty much what my partner and I were

 3    doing at the time in the station.

 4            Q.      And your partner's name?

 5            A.      Richard McDowell.

 6            Q.      How long had you two been partners

 7    in SEPTA?

 8            A.      Since I joined the unit.

 9            Q.      So quite some time?

10            A.      Since 2015.

11            Q.      Okay.  All right.  So you're in a

12    golf cart.  Is that -- what do you call the -- I

13    call it a golf cart.  What's the terminology for

14    SEPTA?

15            A.      Police cart.

16            Q.      Police cart.  Now, what kind of

17    pistols are you carrying at the time?

18            A.      At the time, we were carrying the

19    P320, the SIG Sauer.

20            Q.      When had those been issued to you?

21            A.      We had two issuances of that

22    pistol.  The first one we had, I don't remember

23    exactly what year it was that we got that.

24                    We had switched out from that SIG
```

CRAIG JACKLYN

Page 28

1   Pro and then we went to the P320.  At some point,
2   there was a question about the safety of the
3   weapon or there may be some type of problem with
4   it and we were told that we were getting an
5   upgraded version, which we got.
6       Q.     So you had a SIG Pro model first?
7       A.     Right.  That was my first
8   introduction into the SIG Sauer brand.
9       Q.     Was that a hammer-fired gun do you
10  know?
11      A.     I'm not sure.  I believe it was.
12      Q.     And so then the department
13  transitions to P320s.  Do you know when that was
14  approximately, what time frame?
15      A.     No.  I can't tell you what year
16  that was.
17      Q.     Was the P -- okay.  I'm sorry.  Was
18  the P320 the first striker-fired pistol that you
19  had handled or encountered in your career?
20      A.     In my professional career, yes, but
21  it wasn't the first weapon, striker-fired weapon,
22  that I ever owned or had contact with at that
23  point.
24      Q.     What other kinds were you familiar

Page 29

1    with?

2         A.        Well, I had my off-duty weapon that

3    I carry was a Glock.

4         Q.        Did that Glock ever spontaneously

5    discharge on you or anyone else?

6         A.        No.

7         Q.        You said briefly that there had

8    been some talk about safety issues with the P320,

9    Officer?

10        A.        Yes.

11        Q.        Do you recall who said that to you?

12        A.        I believe it was union members,

13   people within the department.  It was a -- it was

14   noted that a police chief in Dallas apparently

15   wrote in some type of professional periodical that

16   there was a problem with it.  It was noted by our

17   department.

18        Q.        And then you mentioned that there

19   was going -- Officer, go ahead.

20        A.        No.  Something came over my screen.

21   It said that the Internet is unstable.

22        Q.        I didn't see that, but interesting.

23   Okay.  My question was going to be -- okay.  And

24   then someone said at some point there would be an

CRAIG JACKLYN

Page 30

1   upgrade to the P320s?

2          A.      Yes.

3          Q.      Do you know who that was who said

4   that, the department --

5          A.      At the time it was our -- it was

6   our department armorer.  He's been retired for a

7   while now, but he came from our training section.

8          Q.      Did you get a memo or was it an

9   e-mail?

10         A.      I don't -- I don't recall that.

11         Q.      Before we get into the exact

12  incident, Officer, were there any other alleged

13  incidents of the P320 firing without a trigger

14  pull with SEPTA officers before August 2019 that

15  you're aware of?

16                 MR. KELLY:  Objection.  Foundation.

17  BY MR. BAGNELL:

18         Q.      You can answer, Officer, if you

19  know.

20         A.      No.

21         Q.      All right.  So going back to the

22  cart on August 19th -- wait a minute -- 26th, you

23  and Officer McDowell, at some point you're in the

24  concourse moving towards the area where you will

CRAIG JACKLYN

Page 31

```
1    stop near a beauty store.
2                   Have you seen camera video of this
3    -- of that movement?
4         A.      Yes.
5         Q.      In what context?  And where did you
6    see it?
7         A.      I saw it after -- I believe it was
8    sometime after I had already given my statement
9    and -- either that evening or maybe the next day.
10        Q.      Were you driving the cart that day?
11        A.      Yes, I was.
12        Q.      Did you -- is that something you
13   did routinely?
14        A.      My partner and I, we switch off and
15   on, yeah, but it's pretty much a regular, you
16   know, thing where he and I are working together,
17   one of us is driving.  It just happened to be my
18   time at that particular moment.
19        Q.      And it's about six o'clock on a --
20   was it a Friday?
21        A.      Was it a Friday?  I'm not -- I
22   don't remember.
23        Q.      Okay.  Do you remember it was about
24   six o'clock rush hour-ish?
```

CRAIG JACKLYN

1          A.          Right.  It was.

2          Q.          And it was the Suburban Station.

3     Correct?

4          A.          Yes.

5          Q.          What kind of -- where are you

6     carrying your P320 when you're in the cart?

7          A.          At that time, Viper unit was

8     carrying a leg holster, so it was a holster that's

9     strapped to our thigh.  Mine was on my right

10    thigh.

11         Q.          You're a right-handed shooter?

12         A.          Yes, I am.

13         Q.          Officer McDowell, was his on his

14    right side also?

15         A.          Yes.

16         Q.          My understanding is that your body

17    cams were not turned on as you approached the

18    beauty salon.  Was there any reason for that?

19                     MR. KELLY:  Objection.  Leading.  I

20          think we ought hear more testimony from

21          Officer Jacklyn and less from you, Mr.

22          Bagnell.

23                     MR. BAGNELL:  I'm not testifying.

24    BY MR. BAGNELL:

CRAIG JACKLYN

Page 33

1          Q.        Do you understand my question?

2          A.        Yes.

3          Q.        I'm asking why or was your body cam

4    on at that point?

5          A.        My body camera wasn't on.  There

6    wasn't any need for it to be on at that particular

7    time while I was patrolling.

8          Q.        When would you put your body cam on

9    typically?

10         A.        Body cam goes on when there's an

11   incident.  If we see that there's a situation

12   developing, we turn our body camera on.  If

13   there's an incident that occurs and we respond to

14   it, our body cam goes on.

15         Q.        Is that SEPTA policy to your

16   knowledge?

17         A.        Yes.  It's SEPTA police directives

18   states that we will, when we have contact with a

19   job at some point that we turn our body cameras

20   on.

21                   If I recognize that a situation is

22   developing or if I get a radio call, I'm going to

23   turn my body camera on.  When an incident occurs,

24   the body camera goes on.

CRAIG JACKLYN

1      Q.      Were the P320s in your holsters,

2   yours and Officer MacDowell's, that August 26,

3   2019, were they upgraded P320s do you know?

4      A.      Yes.  They were -- they were the

5   upgraded -- the second issuing of the P320, which

6   was the upgraded version.

7      Q.      How do you -- how do you know that?

8      A.      I only know it because we

9   transferred -- we gave up our weapons that we

10  first were issued and then we were given these

11  weapons.

12              As far as whether they were

13  upgraded or not, I really have no knowledge of

14  that.

15     Q.      Did anyone tell you that they were

16  upgraded at that point on that day?

17     A.      On that day?

18     Q.      Before that day I should say.

19     A.      Before that day?  I mean, when we

20  got issued the weapons, the reason why we were

21  told we were getting issued new weapons because it

22  was an upgraded version.

23     Q.      Okay.  So you --

24              MR. KELLY:  Objection.  If you

CRAIG JACKLYN

Page 35

```
 1            don't mind my interrupting briefly, there's
 2            a new face on the screen that are named
 3            Daniel Ceisler.  I don't -- if it was
 4            mentioned before, I missed it.
 5                    MR. BAGNELL:  Danny?  Are you
 6            present?
 7                    MR. KELLY:  It's kind of a frozen
 8            picture.
 9                    MR. BAGNELL:  Yeah.  I --
10                    THE COURT REPORTER:  He was here at
11            first.
12                    MR. BAGNELL:  I think he's off, but
13            Danny is with --
14                    THE COURT REPORTER:  Saltz
15            Mongeluzzi.
16                    MR. BAGNELL:  Yeah.  The local on
17            my motion in the Slatowski case now, but I
18            don't think he's there.
19                    MR. KELLY:  Well, if they haven't
20            entered an appearance in this case, they
21            shouldn't be present at the deposition.
22                    MR. BROWN:  I believe he's counsel
23            of record in the --
24                    MR. BAGNELL:  Yeah.
```

CRAIG JACKLYN

Page 36

```
 1              MR. BROWN:  That's my memory.
 2              MR. BAGNELL:  The miscellaneous
 3         action, Bob, they do have an appearance in
 4         that and now they're coincidentally -- they
 5         are in the Slatowski matter, but they, you
 6         know, I couldn't file that motion without
 7         them being -- they pro hoc'd me in, so I
 8         think they can be on -- I don't even think
 9         he's on, but I think he can -- on that
10         basis, I think he can participate somewhat.
11              MR. KELLY:  I just object if he's
12         not counsel of record in the Mayes case
13         because it's my understanding that this
14         case is noticed only in the Mayes case.
15              MR. BAGNELL:  Okay.
16    BY MR. BAGNELL:
17         Q.    All right.  Officer, I want to go
18    back again to the -- to the police cart that
19    you're in that day.
20              You're going down a concourse with
21    Officer McDowell on your right.  You were driving.
22    Correct?
23         A.    Yes.
24         Q.    I think you said your holstered
```

CRAIG JACKLYN

```
                                              Page 37
 1    P320 is on your right side?
 2          A.      Yes.  It's on my right thigh.
 3          Q.      Is that a tactical holster?
 4          A.      Yes, it is.
 5          Q.      Is it also known as a drop holster
 6    in your experience?
 7                  MR. KELLY:  Objection.  Leading.
 8    BY MR. BAGNELL:
 9          Q.      Have you heard that term?
10          A.      Yes, I have.
11          Q.      Okay.  What's the advantage of a
12    tactical holster in the performance of your
13    duties?
14          A.      For some intruders, it's more
15    accessible.  It comes from the draw.  For me, I
16    prefer that.  It wasn't mandatory.  We have
17    officers that sometimes prefer their weapon
18    directly on their hip.
19          Q.      So your weapon that day was
20    midthigh area.  Is that correct?
21          A.      Yes.
22          Q.      Somewhat lower than your waist.
23    Correct?
24          A.      Yes.  Yes.
```

CRAIG JACKLYN

Page 38

```
 1        Q.        Were your hands, as you're driving
 2   on that day, 6:00 p.m., Officer, were your hands
 3   on your P320, your holstered P320, at any time?
 4        A.        No.
 5        Q.        Where were your hands?
 6        A.        Both my hands were on the steering
 7   wheel.
 8        Q.        All right.  Can you -- can you now
 9   tell us what happened as you're approaching the
10   beauty -- beauty parlor on the right-hand side
11   that we're all here to talk about?
12        A.        All right.  What happened is, I'm
13   driving at a slow rate.  I'm coming to a stop.  I
14   come to a stop.  I depress the brake, disengage
15   the vehicle, my -- now the vehicle is at a
16   complete halt.
17                  My partner is exiting on his right
18   as I get ready to exit or attempt to exit on my
19   left.
20                  As I -- as I go to raise up out of
21   the seat, there's a muffled pop.  Right away, my
22   partner and I, we get out thinking that it was a
23   tire blowout.
24                  We look around and looking at the
```

1    tires, I don't see anything.  My partner looks at

2    the tires.  He doesn't see anything.

3                    I walk around to the front of the

4    cart and I immediately notice a bullet hole or a

5    hole in the front of the cart.

6                    I reached down and touched my

7    holster and find out that it's warm to my touch.

8                    At that time, I told my partner, I

9    think I've had a discharge.

10                   Look around, I immediately turn my

11   body camera on, call for a supervisor.  By the

12   way, I also looked inside the vehicle and I had an

13   iced tea sitting on the dash in a cup holder and

14   there was a hole through that as well.

15                   We secured the area, called for a

16   supervisor, and from there, my partner, he was --

17   I know people that were there were worried about

18   the safety of the weapon, but I know that, at that

19   particular time, the weapon was completely safe.

20                   There wasn't going to be another

21   discharge because the round never discharged out

22   of the weapon.  It never cycled.

23        Q.      Sir, I want to go back and ask you

24   some questions about what you just stated.  At one

CRAIG JACKLYN

                                                    Page 40

1    point you said you were raising up out of the

2    cart, I think.

3          A.      Right.

4          Q.      Can you describe how you did that

5    physically?

6          A.      What happens is, is that, you know,

7    we have a lot of gear on and everything, so you

8    shift your weight and you lift up.

9                  I use the steering wheel as a

10   leverage point to get out, and at that particular

11   moment, that's exactly when apparently the weapon

12   discharged.

13         Q.      How many hands did you have on the

14   wheel when you were trying to raise up?

15         A.      Both hands.

16         Q.      Both hands?

17         A.      Both hands on the wheel.

18         Q.      Do you have any doubt about that or

19   question whatsoever?

20         A.      No.  There wasn't any doubt about

21   that.

22         Q.      And did you just testify that the

23   gun fired when your hands were on the wheel or

24   sometime later?

CRAIG JACKLYN

Page 41

1          A.        As I -- there's no way for me to
2   know it was simultaneously or at the exact time
3   that I raised up, but in that couple of seconds or
4   millisecond, the weapon had discharged.  My hand's
5   on the steering wheel, I'm raising, we hear the
6   pop.
7                  We look around.  We don't see any
8   blown-out tires.  I notice a hole in the front of
9   the cart, notice that my iced tea is leaking.  I
10  feel the heat from my holster.  I think we got a
11  -- I got a discharge and it's incredible.
12         Q.        And anything like that happen to
13  you before in your law enforcement or military
14  career?
15         A.        Absolutely not.
16         Q.        What was your -- what was your
17  personal reaction to the discharge?
18         A.        I've been handling weapons, like I
19  said, since I was a kid.  I know all the safety
20  rules.  I've taught weapons handling, the whole
21  nine yards.
22                  I was stunned that it happened.  I
23  would have never -- if I'd have read the story
24  somewhere, I would have never believed that a

CRAIG JACKLYN

Page 42

1    person was safely handling the weapon that this

2    could actually happen.

3            Q.      Did you notice the reaction of any

4    of bystanders, bystanders around the cart, after

5    the discharge?

6            A.      Surprisingly in the immediate area,

7    there wasn't much reaction.  I think the sound of

8    -- the report of the weapon was so muffled that

9    and, you know, I guess people around based on our

10   reaction didn't see -- they managed to stop for

11   half a second, but they didn't seem alarmed.

12               Like I said, when I viewed the

13   video, you know, I could see that there was a

14   woman that passed by just maybe a half a second

15   before my discharge and you can actually see the

16   round impact the ground behind her.

17           Q.      After the discharge, Officer, at

18   some point, did you look down to your P320 in your

19   holster?

20           A.      I looked down at it, but I didn't

21   take it out because, you know, I have a -- I have

22   a background in investigation as a SEPTA detective

23   for seven years, so -- and also couple that with

24   my experience with weapons, I knew that the gun

CRAIG JACKLYN

Page 43

1  was safe at that particular --

2         Q.     Well, let me ask you another way,

3  Officer.  I understand.

4                MR. KELLY:  I object to the answer

5         as being nonresponsive.  Please proceed.

6  BY MR. BAGNELL:

7         Q.     Counsel has a right to register

8  objections, Officer, so what I'm asking is after

9  the discharge, can you describe what you saw when

10  you looked at the area of your holster, holstered

11  P320?  Let me ask it another way.  Was it

12  holstered at that time?

13         A.     Yes.

14         Q.     Fully holstered?

15         A.     Yes.

16         Q.     Was the gun, you know, coming out

17  backwards from the holster to any extent?

18         A.     No.  It was sitting there just as

19  it, you know, I had -- it was sitting there just

20  as I had put it in there originally at the

21  beginning of the day.

22                The only difference that I noticed

23  afterward was that there's a small kind of like

24  some type of seal or shaped like a large button at

CRAIG JACKLYN

Page 44

1    the bottom of the holster that I was carrying that

2    was -- that actually was blown out and that was

3    found nearby the front of the cart.

4        Q.      So are you testifying that there

5    was a piece blocking the muzzle of the P320 at the

6    bottom of the holster?

7            MR. KELLY:  Objection.  Leading.

8            THE WITNESS:  There was a -- there

9        was a piece that goes with the holster that

10       was actually, I guess, shot out.

11   BY MR. BAGNELL:

12       Q.      Where did that end up?

13       A.      It was on the ground nearby.

14       Q.      The round itself, Officer, do you

15   recall picking it up at some point or handling it?

16       A.      No.  I didn't -- I never picked up

17   the round, although while I'm securing the area,

18   the shop owner came out of the hair store and

19   while we were securing the area, he came and saw

20   the round and he picked it up.

21            I saw him pick it up.  I told him

22   to put it right back down and that's what he did.

23       Q.      Let me ask you some questions,

24   Officer, about your approach basically toward the

CRAIG JACKLYN

Page 45

1    beauty salon area.

2                     At any time were you playing with

3    your holstered gun?

4         A.        No.

5         Q.        At any time did you impact it

6    roughly in any fashion?

7         A.        No.

8         Q.        Did you draw the weapon or attempt

9    to withdraw it in any fashion?

10        A.        No.

11        Q.        Did you try to get at the trigger

12   in any way?

13        A.        No.

14        Q.        Did you call a supervisor at some

15   point after the discharge?

16        A.        Immediately after.

17        Q.        And what was the response after you

18   did that?

19        A.        They were en route.

20        Q.        Did they interview you at the

21   scene?

22        A.        No.  They didn't interview me right

23   away.  I called for -- we had a union

24   representative there and then it was Philadelphia

Page 46

1    Police Department came, their shoot team, their

2    shoot investigators, officer-involved shooting

3    investigators came out.

4            Q.      How long did you stay on the scene,

5    Officer?

6            A.      Might have been there for about an

7    hour, maybe an hour and a half.

8            Q.      So 7, 7:30?

9            A.      Somewhere around that time before I

10   had to go Philadelphia Police Department.  They

11   have an office for officer-involved shooting that

12   you go down to to be interviewed.

13           Q.      Did you take your P320 out of its

14   holster at any point after the discharge?

15           A.      No, I did not.

16           Q.      How did you end up disposing of the

17   holstered P320 at the end of the day?  What did

18   you do with it?

19           A.      I never -- I didn't get it back at

20   the end of the day.  That holster was taken.  I

21   took that holster off and gave it to a supervisor,

22   which at the time that I went down to be

23   interviewed, the firearm investigators from

24   Philadelphia police were still doing their

CRAIG JACKLYN

Page 47

1   measurements and what have you and our special

2   operations team was there.  They're the ones that

3   took the weapon out of the holster.

4           Q.      Not you.  Someone else?

5           A.      Yes.

6           Q.      At any point on the scene, did any

7   of the supervising attorneys or the responding

8   attorneys, did any of them ever remark to you that

9   the gun was out of its holster?

10          A.      There wasn't any attorneys show up

11  at the scene.

12          Q.      Not attorneys.  I mean the officers

13  who came to the scene.

14          A.      No.  No.  No supervisors asked me

15  questions, you know, about whether it was out of

16  the holster or not.

17          Q.      Did you hear them make any remarks

18  about whether the gun was holstered or not after

19  the incident?

20          A.      No.

21          Q.      Based on the vast experience that

22  you've testified to, Officer, with your experience

23  with firearms since you were very young, can you

24  offer any opinion why the bullet didn't travel far

CRAIG JACKLYN

Page 48

1    in front of the cart?

2                    MR. KELLY:  Object to the form.

3            Foundation.  Calls for an expert opinion.

4            The witness hasn't been qualified as an

5            expert.

6    BY MR. BAGNELL:

7            Q.      You can answer, Officer.

8            A.      Okay.  I really was surprised that

9    the round didn't travel further.  The only

10   explanation that I could think of is that it

11   didn't fire all the way.  It didn't -- it didn't

12   cycle.  It could have been maybe the round, maybe

13   the fire pin just touched it in a certain way and

14   everything wasn't -- didn't burn properly to push

15   the round all the way out with the same velocity

16   that it would if it had been fired through, you

17   know, in a proper way.

18           Q.      Did you say it went through a cup

19   of soda or iced tea that you had?

20           A.      Yes.  I had a cup of tea sitting on

21   the -- in front of the dash in the cup holder.

22           Q.      To your knowledge, how far did this

23   round miss your body when it discharged?

24           A.      Sitting on my right thigh, the

CRAIG JACKLYN

Page 49

```
 1    round passed my knee by, I don't know,
 2    centimeters.
 3         Q.      What kind of holster were you
 4    carrying or wearing on this day, Officer?
 5         A.      I don't really recall exactly what
 6    brand it was, but it's a leg holster.  I don't
 7    know if it was a DeSantis or something.  I'm not
 8    sure exactly which one it was, which model it was
 9    or who the make or brand was.
10         Q.      All right.  You lived the
11    situation, Officer.  You went through it.  You
12    heard the muffled discharge.
13                 Do you have any reason to think
14    that the holster made the P320 fire?
15                 MR. KELLY:  Objection.  Calls for
16         an opinion.
17                 THE WITNESS:  No.
18    BY MR, BAGNELL:
19         Q.      Is the answer no, Officer?
20         A.      Yeah.  No.  I don't -- I don't know
21    whether the holster had any cause to discharge it
22    or not, But I would think not.
23         Q.      Was the incident investigated,
24    Officer?
```

CRAIG JACKLYN

Page 50

```
 1        A.      Yes.  It was investigated by
 2   Philadelphia police.  They were the primary
 3   investigative agency.  They were the only ones
 4   that questioned me about what had happened.
 5        Q.      What was the result of the
 6   investigation to your knowledge?
 7        A.      I was -- everything -- according to
 8   their measurements, everything that they did, they
 9   verified it with what I had told them and I went
10   back to work the next day.
11        Q.      Is it -- is it accurate to say that
12   you were exonerated --
13        A.      Absolutely.
14        Q.      -- of any negligence?
15             MR. KELLY:  Objection.  Leading.
16             THE WITNESS:  Absolutely.  I was --
17        I went right back to work.  I was given the
18        same weapon from my department.  Not that
19        -- the weapon that was -- that discharged.
20        They gave me the same model.
21             We didn't have any other weapons,
22        but I had to go back to work the next day
23        so they gave me another one.
24   BY MR. BAGNELL:
```

CRAIG JACKLYN

Page 51

1          Q.       And how long did you carry that
2     replacement P320?
3          A.       About a month, maybe five weeks
4     before we were issued new weapons.
5          Q.       What kind of weapons were you
6     issued after the P320?
7          A.       We were issued Glock 17s.
8          Q.       Do you know why?
9          A.       Well, yeah, because --
10                  MR. KELLY:  Objection.  Foundation.
11                  THE WITNESS:  -- the officers
12          within the department knowing what had
13          happened, they didn't have confidence in
14          the weapon any longer.  Everybody was
15          walking around in the locker rooms scared
16          to death.
17     BY MR. BAGNELL:
18          Q.       Did officers come up to you and ask
19     what happened?
20          A.       Absolutely.  I'm known within the
21     department as a gun person and it is other, you
22     know, it's a small community of officers that are,
23     you know, that like weapons, that like shooting
24     guns, that are very well-versed in the handling of

CRAIG JACKLYN

Page 52

```
 1   weapons and they know that I am, too.
 2              So they were -- they came to me to
 3   discuss what happened.  We were all interested in
 4   that.
 5        Q.      You mentioned the bystander,
 6   Officer, in the station there, the tunnel.  Was
 7   this a woman who passed in front of the cart?
 8        A.      It's not a tunnel.
 9        Q.      Causeway of the --
10        A.      In Suburban Station --
11        Q.      Concourse.  A concourse.  I'm
12   sorry.  Concourse.
13        A.      Concourse.  Yeah.  What was your
14   question again, sir?
15        Q.      Yeah.  You had mentioned earlier
16   that a civilian or a bystander, I think, passed in
17   front of your police cart before the discharge.
18   Is that correct?
19        A.      Yes.
20        Q.      Did you -- do you remember male,
21   female, what the person looked like?
22        A.      Yeah.  Well, having seen the
23   video -- excuse me -- yeah, I saw it was a woman.
24   But, you know, at the time of the incident, I
```

CRAIG JACKLYN

1    really didn't pay much attention.

2                    Like I said, it was just a regular

3    day of patrol, come to a stop, she walked passed

4    entering the store at the very time that the

5    discharge occurred.

6                    When I saw the video, I could see

7    where she walked past and you can see the round

8    impact where she just walked.

9          Q.      Did you observe that she was in the

10   path of the bullet?

11         A.      Yes.

12         Q.      Could have been?

13                 MR. KELLY:  Objection.  Leading.

14                 THE WITNESS:  She actually passed

15         the front of the vehicle, so she was

16         definitely -- there was an opportunity for

17         the round to hit her.  She was -- she

18         walked past the -- walked in front of the

19         path of the round.

20   BY MR. BAGNELL:

21         Q.      Did she turn around at any point

22   after the discharge and try to speak to you and

23   ask what happened or she heard something?

24                 MR. KELLY:  Objection.  Leading.

1                THE WITNESS:  No.  No.  I had no

2        contact with her whatsoever.

3    BY MR. BAGNELL:

4        Q.        What kind of weapon is SEPTA

5    carrying now, Officer?

6        A.        We're currently carrying the Glock

7    17.

8        Q.        How long after this incident were

9    you issued the Glock 17s approximately?

10       A.        About five weeks.

11               MR. KELLY:  Objection.  Asked and

12        answered.

13               THE WITNESS:  About five weeks we

14        started cycling through the department.

15   BY MR. BAGNELL:

16       Q.        Have you had any similar incidents

17   with the Glock 17?

18       A.        No.

19       Q.        Did you -- did anyone talk to you

20   about any legal claims that SEPTA may have brought

21   against SIG?

22       A.        No.

23       Q.        Do you know if there was any

24   settlement between SIG Sauer and SEPTA regarding

Page 55

1    the change-out of the P320s?

2              MR. KELLY:  Objection.  Foundation

3         and leading.  You can answer.

4              THE WITNESS:  Yeah.  I don't know

5         for sure.  I mean, there's been rumors.

6              MR. BAGNELL:  That's all I have,

7         Officer.

8    BY MR. KELLY:

9         Q.    Okay.  I'm going to have some

10   questions.  Not too many, Officer.  Can we take a

11   five-minute break before I get started?

12             MR. BAGNELL:  Yeah.

13             THE VIDEOGRAPHER:  Off the record

14        at 11:00 a.m.

15                      -   -   -

16             (Whereupon, a brief recess was

17        taken.)

18                      -   -   -

19             THE VIDEOGRAPHER:  We're back on

20        the record at 11:04 a.m.

21   BY MR. KELLY:

22        Q.    Good morning, Officer Jacklyn.

23   Once again, my name is Bob Kelly.  I represent the

24   defendant, SIG Sauer, in Mr. Mayes's lawsuit and I

CRAIG JACKLYN

Page 56

```
1   have a few follow-up questions for you.
2                   First of all, thanks for being here
3   today.  We appreciate you taking the time.
4                   My understanding is that this
5   incident occurred about 6:00 p.m.  Is that right?
6        A.      Yes, sir.
7        Q.      And you were on routine patrol
8   including antiterrorism watch at the Suburban
9   Station.  Is that correct?
10       A.      Yes, sir.
11       Q.      And do you recall what time your
12  shift started that day?
13       A.      That day, morning shift, probably
14  around 6 o'clock.
15       Q.      Okay.  So how long a shift were you
16  working?
17       A.      For Viper team, we work 12-hour
18  shifts.
19       Q.      So this might have been six to six?
20       A.      Yes.  At that particular time, yes.
21       Q.      So were you about to go off duty at
22  that time?
23       A.      Yes.  We were close to it.
24       Q.      And at the moment that this
```

CRAIG JACKLYN

Page 57

1   occurred, were you engaged in any activity other

2   than routine patrol?

3          A.      No.

4          Q.      Do you recall where you were coming

5   from as you approached the beauty shop that we've

6   been talking about?

7          A.      We just drove from the main

8   terminal, which is underground, around 17th and

9   16th and JFK.

10         Q.      And where was the last stop that

11  you made before this incident occurred?

12         A.      Last stop we made was at a kiosk,

13  police kiosk, which is located in between the

14  underground in Suburban Station between 16th and

15  17th and JFK.

16                 We have a -- there's a police kiosk

17  there where officers were, at that particular

18  time, were manning it to provide information and

19  assistance to the regional rail riders.

20         Q.      Why had you stopped there?

21         A.      We stopped to chitchat with some --

22  a few officers that were there, check on them.  In

23  the course of patrol, you know, when you're roving

24  like that, you see other officers that are on foot

CRAIG JACKLYN

1    patrol or at a standing position.  You stop, you

2    know, you ask how they're doing or whatever and

3    then you move on.

4              Q.      And do you recall who the officers

5    were in the kiosk when you stopped there?

6              A.      No.  No.

7              Q.      From the kiosk, how long a ride did

8    you have in terms of time to the place where this

9    incident occurred?

10             A.      Slow-rolling patrol, it takes us

11   about -- with people milling about, might take us

12   about five to 10 minutes, if that.

13             Q.      And you came to a stop outside of

14   the beauty supply shop.  Correct?

15             A.      Yes.

16             Q.      Do you recall why you stopped

17   there?

18             A.      Yes.  That is main entrance to the

19   Suburban Station terminal station and it's also a

20   hotspot because of a homeless situation that had

21   developed in the area.

22             Q.      Okay.  And when you stopped where

23   you stopped, what were you intending to do?

24             A.      Just maintain a police presence and

CRAIG JACKLYN

Page 59

1    to monitor pedestrian foot traffic.

2           Q.      Was it your intention to just walk

3    around for a few minutes?

4           A.      Yeah.  We were just going to stand

5    there next to the vehicle at the front entrance

6    there, try to keep any situation from developing.

7    We're keeping a police presence there.

8           Q.      Okay.  And do you recall -- strike

9    that.

10                  You'd mentioned earlier that you

11   had looked at a video that provided you with some

12   observations about this event.  Correct?

13          A.      Yes.

14          Q.      Was that the video that was shot

15   from within the beauty supply store?

16          A.      Yes.  I saw that.  Yes, I did.  I

17   saw that and I saw the video from a distance

18   behind us where we stopped the vehicle, but it was

19   two videos.

20          Q.      Okay.  That was kind of a long view

21   of you going down the corridor?

22          A.      Right.

23          Q.      With regard to the video shot

24   inside the beauty supply store, when did you first

CRAIG JACKLYN

Page 60

1    get a look at that?

2            A.       Might have been that night, that

3    evening or the next day.

4            Q.       Was it while you were being

5    interviewed?

6            A.       No.  I -- I went down to the

7    Philadelphia office.  They didn't take an

8    interview from me.  They -- I don't believe that's

9    how they operate.  They took the information from

10   my partner.

11           Q.       Okay.  Thank you.  How many times,

12   even up until today, have you viewed the video

13   that was filmed from within the beauty supply

14   store?

15           A.       Twice.

16           Q.       And was it at the same time?

17           A.       No.  The first time I saw it, like

18   I said, it was near the incident, and the second

19   time I saw it, I don't recall exactly when I saw

20   it the second time, but I viewed it sometime after

21   that.

22           Q.       Okay.  Do you think it was weeks or

23   months after the incident?

24           A.       I think it was months after.

CRAIG JACKLYN

Page 61

1       Q.      Okay.  Do you recall the occasion?

2       A.      No.  No.

3       Q.      I want to ask about a couple of

4  observations you might have made from the video.

5  First of all, do you remember that there was near

6  where you stopped, probably near front of the

7  police cart, there was some sort of an emblem on

8  the marble floor that you were driving?

9       A.      Yes.

10      Q.      Do you recall that?

11      A.      Yes.

12      Q.      And it was circular?

13      A.      Yes.

14      Q.      Do you know -- do you remember what

15  the purpose was of that emblem?

16      A.      A lot of times they put those

17  emblems down there to redirect -- to direct

18  people.  Might have been something going on at the

19  time, an event.

20      Q.      Okay.  And it will tell you to go

21  left to 17th Street or --

22      A.      Whatever.  Sometimes they put it

23  down if there's an event and they want to direct

24  people, they put it there.

CRAIG JACKLYN

Page 62

1          Q.      I get it.  And when the round went

2     off, you were in the process of getting off of the

3     police cart.  Right?

4          A.      Yes.

5          Q.      And did you continue and get fully

6     upright standing on the -- in the corridor as the

7     round went off?

8          A.      Yeah.  I continued to -- like I

9     said, as I was getting out of the vehicle, that's

10    when I heard the pop.

11                 I continued to get out of the

12    vehicle to check to see if there was any tires

13    blown out.

14         Q.      Okay.  And do I understand that you

15    used both hands to boost yourself off of the

16    steering wheel to help get out?

17         A.      Yes.

18         Q.      And I think you said that you had a

19    lot of gear on you or on the belt.  Is that

20    correct?

21         A.      We carry -- yeah.  We carry a lot

22    of gear.

23         Q.      Okay.  And do you carry it all on a

24    belt?

1          A.          No.   I had similar to what I have

2    on today, a body armor that's on the outside where

3    we carry other gear as well to keep a lot of our

4    gear off of our hips.

5          Q.          Off of your hips?

6          A.          Yeah.

7          Q.          And do you still have a belt around

8    your hip or did you still have a belt around your

9    hip as you were getting out of the police cart?

10         A.          Yes.

11         Q.          And is the drop holster that you

12   talked about connected to the belt on your hip?

13         A.          Yes.

14         Q.          So it's suspended from the belt on

15   your hip?

16         A.          Yes.

17         Q.          And what other gear did you have on

18   your belt at that time?

19         A.          I had OC spray, an asp, handcuffs,

20   keys and that's about it.  Excuse me.  My ammo

21   pouches that are worn like this here.

22         Q.          On your chest, lower chest?

23         A.          We wear it on our chest.  It's

24   spread out.  You have -- you have the little

CRAIG JACKLYN

```
 1   attached place where you can attach gear so you
 2   have easy access to it without having to go to
 3   your hips.
 4           Q.      Okay.  Would you mind standing up
 5   so that we can get what you were just about to
 6   show me on the camera?
 7           A.      (Witness complies.)
 8           Q.      Okay.  And is that the same gear
 9   that you had on at the time of this incident?
10           A.      Pretty much.  It's changed around a
11   little bit.  It's changed around a little bit for
12   comfort.
13           Q.      I'm sorry.  Please continue.
14           A.      Yeah.  This asp that you see here,
15   that is usually in a holster, but for today I
16   carry it right here for me to access it.
17           Q.      What is it?  I'm missing that word.
18           A.      It's a -- it's a Monadnock.  Some
19   people call it an asp.  It's a baton.
20           Q.      Okay.  Like a-s-p, an asp?
21           A.      Yeah.  Well, it's not -- it's --
22   the name is two different types of two brands that
23   police officers use or that departments issue.
24   Sometimes they buy an asp.  It's the same concept.
```

CRAIG JACKLYN

Page 65

1    The one we have is called Monadnock.  It's an

2    extended baton that extends down.

3            Q.      Got it.  Thanks.  And do you have a

4    leg holster or a drop holster on today?

5            A.      No.  We -- my department for the

6    Viper team has discontinued its use.

7            Q.      Okay.  Do you know why?

8            A.      No.

9            Q.      You were just told not to use the

10   drop holster anymore?

11           A.      Yes.  The whole Viper team.

12           Q.      Okay.  And when was that?

13           A.      That was the day after we -- the

14   discharge.

15           Q.      So the day after the discharge, you

16   were told by the department to stop using the drop

17   holster?

18           A.      Just for the Viper team.  Our SORT

19   (phonetic) unit, which is in the same command,

20   they still continued to use theirs.

21           Q.      Okay.  And was it explained to you

22   why the drop holster was being discontinued for

23   the Viper team?

24           A.      No.

CRAIG JACKLYN

Page 66

1       Q.      Did you ask anybody?

2       A.      No, I did not.

3       Q.      Could you estimate for me how far

4   below the belt it was to get to the top of the

5   drop holster?

6       A.      I could stand up and show you from

7   the side view.  You'll get a better understanding.

8       Q.      That would be fine.  I should have

9   asked you while you were still up, but I

10  appreciate it.

11      A.      I have the drop holster in my hand.

12  My hand that's up right now is on my hip.  At that

13  time, it was about -- see where my hand is here?

14      Q.      Yes.

15      A.      So from the belt down to here

16  (witness indicating).

17      Q.      Okay.  Could you -- and was the

18  holster located where your fingers are or where

19  your wrist was or your palm?

20      A.      Well, where my hand is at right

21  here --

22      Q.      Yes.

23      A.      -- I could touch my -- the back

24  strap of my weapon, so I could operate everything

CRAIG JACKLYN

Page 67

1    here.  It was the holster was a triple retention

2    holster, so there was three different ways to keep

3    it safe and I had to manipulate it to get the gun

4    out.

5            Q.      Okay.  What were the three forms of

6    retention of the holster?

7            A.      All right.  The first part is a

8    thumb slide that when you stick your finger in,

9    you -- first is the back strap.  The back strap,

10   you hit the -- the back strap, it protects the

11   rear of the magazine.  That has to be -- that gets

12   pushed forward.

13              Then there's a place that you have

14   to touch on the side of the holster that you push

15   in and you use it to pull it out.

16              The third one, I believe, is just

17   -- it's locked in there.  I don't recall exactly

18   what the third part.  It could be just a back

19   strap.  The back strap, once that pops up, then

20   you hit the button and then there's a little lever

21   on the side bar where your trigger guard is at.

22   You touch that and it comes out.

23           Q.      So the design of the holster kind

24   of holds onto the weapon that's part of the

1    retention system?

2                    MR. BAGNELL:  Objection.  Leading.

3            Objection.  Leading.

4    BY MR. KELLY:

5            Q.      Now, you mentioned earlier

6    something like a button that was found on the

7    ground after discharge.  Correct?

8            A.      Yes.

9            Q.      And keeping in mind that emblem

10    that we were talking about a couple minutes ago,

11    can you tell me where that button was relative to

12    the emblem?

13            A.      It might have been off to the --

14    I'm thinking, if I recall, it was off to the

15    right.  I'm sorry.  Off to the left, left of the

16    cart as we're facing forward, but forward of that.

17            Q.      Did you notice any other black

18    plastic on the ground after the discharge?

19            A.      I don't recall anything else.

20            Q.      Okay.  And it was just this one

21    piece that you believe came from the holster.

22    Correct?

23            A.      Yes.

24            Q.      And do you believe it was some type

CRAIG JACKLYN

1    of button or did it just look like a button?

2          A.      It was like a disc, a thin disk,

3    black in color, plastic.

4          Q.      And what was its function?

5          A.      I don't know what the function of

6    that was.  It was probably -- I'm assuming that

7    it's the design of the holster.  I don't know what

8    the function of it is.  Maybe it's to keep water

9    or moisture out of it somehow, or debris.

10          Q.      Okay.  And where was it located on

11    the holster before the discharge?

12          A.      Yeah.  See, that's just it.  I

13    never noticed it before, so everything I do right

14    now and saying about it, I assume that it came

15    from the bottom of the holster.

16          Q.      Okay.  If you could use a coin as

17    an analogy, can you tell me about how big the

18    button was; penny, nickel, dime, quarter?

19          A.      About a quarter size.

20          Q.      And was it about the same thickness

21    as a quarter or more or less?

22          A.      It was thin.

23          Q.      Thin?

24          A.      Yes.

CRAIG JACKLYN

Page 70

1          Q.       Thinner than a quarter?

2          A.       Yes.

3          Q.       Okay.  And do you know if it was

4    retrieved from the scene?

5          A.       I don't know.  I'm sure it was, but

6    I don't know if it was retrieved from the scene or

7    not.

8                   I mean, all I did was, like I said,

9    was secure the scene and the investigators did

10   their work.

11         Q.       Okay.  Did you -- while you were

12   securing the scene, did you notice anyone kick

13   that plastic piece, bystander walking by?

14         A.       No.  I don't recall anybody kicking

15   it.

16         Q.       Okay.  Was it retrieved from that

17   place you initially told me, to the left of the

18   emblem?

19         A.       I don't know if it was retrieved

20   from that area.  I remember seeing it in that

21   vicinity, but I don't know if it was retrieved

22   from that area.

23         Q.       Okay.  Would you -- could you rule

24   out that somebody kicked it down the corridor a

1    little ways?

2            A.       No.  I couldn't rule that out.

3            Q.       Now, with regard to the round that

4    was the object that the store employee picked up

5    and you told him to put it back.  Right?

6            A.       Yes.

7            Q.       And when you viewed the video from

8    inside the beauty supply store, did you notice the

9    round come bouncing back toward the golf or the

10   police cart after the discharge?

11           A.       Coming back towards it?  No, I did

12   not.

13           Q.       When -- did you see the round on

14   the ground before the beauty supply store employee

15   picked it up?

16           A.       I believe I noticed it as I was

17   securing the area.  I don't know if it was at the

18   same time that the guy came out or after he picked

19   it up.

20           Q.       Okay.  Do you know if he put it

21   back on the ground in the exact same place that he

22   had retrieved it from?

23           A.       The exact same place?  You're

24   talking exact?  I don't think it was exactly, but

1    it was near, very near close to where he picked it

2    up at.

3              Q.        Okay.  About how near or close

4    would you say?

5              A.        Within a foot to six inches.  He

6    never -- when he picked it up, he didn't -- he

7    didn't move.  He picked it up.  I saw him in the

8    area, put it back down.

9              Q.        Okay.  And the woman that you

10   described earlier that was walking by when this

11   happened, did she go into the beauty store?

12             A.        Yes, she did.

13             Q.        And did you see her on the video?

14             A.        Yes, I did.

15             Q.        Was she the lady that had the red

16   sweater on under a jacket?

17             A.        Yeah.  I don't know.  I couldn't

18   tell you exactly what she had on, but I know it

19   was a woman that bypassed us and went into the

20   store.

21                       I remember that from seeing the

22   video.  At the time of the incident, I didn't see

23   her.

24             Q.        Okay.  Did you notice -- when you

Page 73

1    looked at the video, did you notice her flinch as

2    she walked into the store?

3            A.        No.

4            Q.        I want to ask a couple questions --

5    and believe me, I'm getting there, but I want to

6    ask you a couple questions about the equipment

7    that you had that day.

8                      First of all, was the P320 that you

9    had equipped with a light?

10           A.        Yes.

11           Q.        It had a stream light on it or a

12   flashlight that's --

13           A.        Right.  Attached to lower rail.

14           Q.        Okay.  In other words, under the

15   barrel.  Correct?

16           A.        Yes.

17           Q.        And do you recall the make and

18   model of the light?

19           A.        No.

20           Q.        Was that light issued to you by the

21   department?

22           A.        Yes.

23           Q.        Okay.  So it's not something you

24   ordered for yourself?

1           A.      No.

2           Q.      Was the holster that you used also

3    issued to you by the department?

4           A.      No.

5           Q.      Did you buy that yourself?

6           A.      Yes.

7           Q.      Okay.  And was that a Safariland

8    SLS tactical leg holster?

9           A.      Yes.  That's exactly what it was.

10          Q.      And was it specifically designed to

11   accommodate the stream light that was to be

12   attached to the pistol?

13          A.      Yes.

14          Q.      In other words, if you have that

15   stream light attached to your pistol, you need

16   more room in the holster.  Correct?

17          A.      Yes.

18          Q.      And for how long had you had that

19   particular holster?

20          A.      I want to say four years.  Since I

21   joined the unit, so that happened in -- it

22   happened in 2019.  I came on with Viper in 2015,

23   so yeah, about four years.

24          Q.      Okay.  And how long had you used it

CRAIG JACKLYN

Page 75

1    for a SIG Sauer P320?

2            A.        Since we got the weapon.

3            Q.        Okay.  And I'm looking at my notes.

4    I'm trying to remember the weapon that you had

5    before the P320.  Can you tell me?

6            A.        Yes.  It was the SIG Pro.

7            Q.        Okay.  And did the SIG Pro have a

8    light attached to it?

9            A.        At the time I had the SIG Pro, I

10   was in patrol, so I didn't have a light.  I was in

11   regular patrol at the time.

12           Q.        Okay.

13           A.        And in regular patrol, you don't

14   carry that.

15           Q.        Okay.  And did you have a different

16   holster when you had the SIG Pro?

17           A.        Yes.

18           Q.        So when you got the P320 with the

19   light, that's when you got light-bearing holster.

20   Correct?

21           A.        Yes.

22           Q.        And when you switched P320s or when

23   the department told you to do that, did the first

24   P320 have a light on it?

 1                  MR. BAGNELL:  Object to the form.

 2        Misstates his prior testimony.

 3   BY MR. KELLY:

 4        Q.       You can answer the question,

 5   Officer.

 6        A.       What was the question again, sir?

 7        Q.       When you switched P320s as you

 8   described earlier, did the first P320 you had have

 9   the light attached to it?

10        A.       Yes.

11        Q.       And when you switched them out, did

12   you keep the same light?

13        A.       Yes.

14        Q.       And when you switched them out, did

15   you keep the same holster?

16        A.       Yes.

17        Q.       How did you obtain the holster that

18   you bought for the P320?

19        A.       I bought it through -- it was a

20   retail store.  I think it was -- I might have got

21   it from Atlantic Tactical.

22        Q.       Where are they located?

23        A.       They're located in Philadelphia off

24   of State Road, State Road and Rhawn Street.

CRAIG JACKLYN

Page 77

1          Q.      Okay.  And did you actually go to
2    the store to pick out the holster?
3          A.      Yes.
4          Q.      Did you have one in mind already
5    when you went to the store?
6          A.      Not brand-wise.  I knew that I
7    wanted a tactical leg holster.
8          Q.      Is there -- when you're ordering
9    the holster, is there a different holster if it's
10   a light-bearing weapon as opposed to a
11   nonlight-bearing weapon?
12         A.      Yes.
13         Q.      And when you -- you knew that you
14   wanted a tactical leg holster that was
15   light-bearing.  Correct?
16         A.      Correct.
17         Q.      And in comparing the light-bearing
18   holster to a nonlight-bearing holster, is the
19   opening at the top of the holster wider on a
20   light-bearing holster than on a nonlight-bearing
21   holster?
22         A.      Open at the top?
23         Q.      Where you put your hand to draw.
24         A.      I don't recall it being any wider

Page 78

1   at the top.  It might be.

2        Q.        For specific comparison purposes,

3   if you can compare it to the SIG Pro that you had

4   before the P320, was there a wider opening at the

5   top of the P320 holster than the Pro?

6        A.        Oh, I don't recall that.

7        Q.        Okay.  Is the trigger more

8   accessible in a light-bearing holster than in a

9   nonlight-bearing holster?

10       A.        No.  No.  The trigger is covered.

11       Q.        And do you recall what retention

12  setting you had the holster set for at the moment

13  that the discharge occurred?

14       A.        It's always in a full retention

15  mode.  I never travel without.

16       Q.        Okay.  When -- after the incident

17  occurred but before you left the immediate area,

18  did you put your weapon and holster in the back of

19  the police cart?

20       A.        Yes.  I took it off.  I took the

21  whole -- the rig off.

22       Q.        Okay.  And why did you do that?

23       A.        It was -- it was requested that I

24  take the weapon out, but I decided not to do that.

CRAIG JACKLYN

Page 79

1    I didn't want to do that.  I wanted to keep the
2    weapon in the holster, so that when the weapon was
3    extracted by investigators, they could just
4    exactly see for themselves the condition of the
5    weapon and they'd be able to -- it would help out
6    with the investigation.
7                 So I just -- I took the weapon off.
8    I took the gear off and placed it in the back.
9                 There was a commander there,
10   sergeant and they concurred with that.
11        Q.     Okay.  So you consider that to be a
12   secure location for the weapon after you took it
13   off?
14        A.     Secure as far as the safety of the
15   weapon or as far as someone coming to snatch it?
16        Q.     As far as someone coming along to
17   snatch it.
18        A.     With five or six officers and
19   detectives there, it's secure.
20        Q.     Not much of a chance of getting
21   away with that one?
22        A.     No.
23        Q.     And when -- between the time when
24   you -- when the discharge occurred and when you

CRAIG JACKLYN

Page 80

1  put the weapon in the back of the cart, did you

2  come to the conclusion that the weapon had not

3  cycled?

4        A.      Yes.

5        Q.      And was that closer to the time of

6  the discharge or closer to the time you put it in

7  the cart?

8        A.      I knew it hadn't cycled the moment

9  I looked at it because the back strap wasn't

10  damaged at all.  The back strap of the holster

11  wasn't damaged.  The magazine, the slide had never

12  moved to the rear.

13        Q.      Earlier you testified about the

14  possibility or the likelihood -- whatever word

15  choice you want -- that the weapon hadn't fully

16  fired because the round didn't go very far?

17        A.      Yeah.

18        Q.      Have you --

19        A.      I believe -- I believe the primer

20  hadn't burned completely and that prevented the

21  round from getting a complete burn and the round

22  going further than where it landed.

23        Q.      Okay.  So the round would have been

24  ejected at a reduced, lower-than-normal speed?

CRAIG JACKLYN

1          A.        If you don't get a full burn, it's

2    going to push out, but it's not going to go as far

3    as if you had a full burn in the primer, a

4    complete burn.

5          Q.        Did you have to pay for that

6    Safariland holster yourself?

7          A.        Yes.

8          Q.        And how many holsters did you

9    possess at the time of the discharge?

10         A.        As far as for professional

11   purposes, just the one.

12         Q.        Just the one you were wearing at

13   that time?

14         A.        Yes.

15         Q.        So you didn't have a

16   department-issued service holster in addition?

17         A.        I remember I turned it in.  More

18   than likely, I turned it in.

19         Q.        And do you recall what that holster

20   was?

21         A.        No.

22         Q.        But it was a hip holster?

23         A.        Yes.

24         Q.        Was it a light-bearing holster?

CRAIG JACKLYN

Page 82

1          A.      I don't think so.
2          Q.      Did all of the Viper team have
3     light-bearing holsters?
4          A.      Yes.
5          Q.      Do you recall the brand of
6     ammunition that was being used at the time of the
7     discharge?
8          A.      I think it was Golden Saber.
9          Q.      It was 40-caliber?
10         A.      Yes.
11         Q.      Do you know where that subject P320
12    is today?
13         A.      No, I don't.
14         Q.      Was it ever returned to you?
15         A.      No.
16         Q.      Do you know if it was ever put back
17    in service?
18         A.      No.  I don't know.
19         Q.      And did you -- what did you do with
20    the holster after Viper was told to stop using
21    drop holsters?
22         A.      That wasn't -- it wasn't returned
23    to me.
24         Q.      And who did you give it to?

CRAIG JACKLYN

Page 83

1          A.        Actually, I left it with the

2     officers that were completing the investigation.

3     Philadelphia police, they took -- they were the

4     lead investigative agency, so I imagine they took

5     it.

6          Q.        Did you -- as part of a condition

7     of your employment or assignment to the Viper

8     team, did you have to qualify with the use of a

9     firearm periodically?

10          A.        Yes.  Yes.

11          Q.        How often?

12          A.        We -- annually.

13          Q.        And when you did qualify, did you

14     use the weapon that was involved in this

15     discharge?

16          A.        Yes.

17          Q.        And did you have it in the same

18     holster as was involved in this discharge?

19          A.        Yes.

20          Q.        And what exercises did you have to

21     go through to qualify?

22          A.        Well, we have the firearms training

23     unit.  We have a series -- we have a range and

24     they have a criteria that we got to go through,

CRAIG JACKLYN

```
 1    different stages, distances.
 2                They have drills, different drills
 3    that we have to do.
 4         Q.     Is there a drill that involves
 5    drawing the weapon?
 6         A.     Yes.
 7         Q.     And what is involved in that drill
 8    or those drills?
 9         A.     You're going to -- at different --
10    at close range within 21 feet of the target, at
11    the whistle, you draw your weapon and you fire a
12    series of rounds and then re-holster.
13         Q.     And was the retention system always
14    fully engaged when you were qualified?
15         A.     Yes.
16         Q.     Is there no other way to operate
17    this holster without the retention system being
18    fully engaged at the start?
19         A.     You can.  There's a way to -- I
20    mean, if you don't have the back strap all the way
21    up, then you only have two retention systems to go
22    through.
23         Q.     And how are you able to perceive
24    with that weapon and that holster that the weapon
```

CRAIG JACKLYN

Page 85

1    is fully seated?

2          A.      What happens is, when you -- when I

3    start the day, I put the weapon in the holster and

4    there's an audible click that lets you know that

5    the weapon is locked in and then you take the back

6    strap and make sure the back strap is engaged.

7          Q.      What physical act unlocks the

8    weapon from the holster?

9          A.      You're going to use your thumb and

10   your index finger.  The thumb pushes the back

11   strap over and there's a little -- the only way I

12   can describe it, a lever on the side, you push

13   that and then you use your index finger to -- or

14   sometimes your finger, your middle finger, and

15   there's a lever that disengages it and you can

16   pull the gun out.

17         Q.      What stage in the drawing process

18   does that push button activity take place?  Step

19   one?  Step two?

20         A.      It's going to be -- it happens

21   simultaneously.  The only -- the only -- the back

22   strap one is the one that really is separate from

23   everything else, so that goes -- that's removed

24   from the rear of the weapon.  It pushes forward

1    and then you have a simultaneous action between,

2    you know, your fingers on the holster that

3    disengages it and then it comes out.

4         Q.    Okay.  Are you familiar with

5    something called a speed draw?

6         A.    I've heard of it.

7         Q.    What have you heard?

8         A.    I mean, I've heard it being used,

9    but I don't know, you know, how to manipulate it

10   or I've never seen it done.

11        Q.    Do you have an understanding of

12   what it is?

13        A.    Well, I've heard officers talk

14   about it, but, you know, I really wasn't

15   interested in it, so I never really looked into

16   it.

17        Q.    And a final couple of questions.

18   Were you -- is it your understanding that you were

19   cleared of any potential violations as a -- in the

20   course of this discharge?

21        A.    Yes.  Yes.

22        Q.    And is it also your understanding

23   that the weapon was tested and found to be in

24   normal operating condition?

Page 87

```
 1         A.      Yes.
 2         Q.      And found to be nondefective by the
 3  Philadelphia Police Department armorer.  Is that
 4  correct?
 5                 MR. BAGNELL:  Object to the form.
 6                 THE WITNESS:  What was told to me
 7         was that all the parts were in working
 8         order.
 9  BY MR. KELLY:
10         Q.      Okay.
11         A.      Proper working order.
12                 MR. KELLY:  Okay.  Thank you.
13         Those are all the questions I have, Officer
14         Jacklyn.  Thank yu very much for your time.
15                 THE VIDEOGRAPHER:  Any follow up?
16  BY MR. BAGNELL:
17         Q.      Yes, Officer, I have some
18  questions.
19                 THE VIDEOGRAPHER:  I'm sorry.  I
20         need a brief moment -- I need a brief
21         moment just to change media.
22                 This ends media unit one.  The time
23         is 11:44.  We're off the record.
24                              -  -  -
```

CRAIG JACKLYN

Page 88

```
 1                    (Whereupon, a brief recess was
 2          taken.)
 3                         -  -  -
 4                    THE VIDEOGRAPHER:  This begins
 5          media unit number two.  The time is 11:45.
 6          We're back on the record.
 7   BY MR. BAGNELL:
 8          Q.      Officer Jacklyn, Mr. Kelly asked
 9   you some questions about Atlantic Tactical.  Do
10   you remember that?
11          A.      Yes.
12          Q.      Can you refresh my memory?  What
13   did you buy at Atlantic Tactical?
14          A.      It was a holster, my leg holster,
15   tactical.
16          Q.      And this was the Safariland holster
17   you mentioned?
18          A.      Yes.
19          Q.      Do you know who you interacted with
20   at Atlantic Tactical?
21          A.      No, I don't.
22          Q.      Did anyone there tell you that
23   they're a SIG distributor?
24          A.      No.
```

CRAIG JACKLYN

Page 89

1          Q.         Did anyone there tell you that it

2    was unsafe to use the Safariland holster with the

3    P320?

4          A.         No.

5          Q.         When the P320s were issued by

6    SEPTA, did anyone at SEPTA prohibit the use of a

7    Safariland holster?

8          A.         No.

9          Q.         Any time?

10         A.         No.

11                    MR. BAGNELL:  Mr. Wynn, there's an

12         Exhibit 2, an 82-page document.  I just

13         wanted to bring it up briefly.

14   BY MR. BAGNELL:

15         Q.         Do you see the document, Officer?

16         A.         Yes.

17         Q.         Have you ever read through this

18   document?

19         A.         No.

20         Q.         Any parts of it?

21         A.         Nope.

22         Q.         Okay.  Mr. Kelly asked you a lot of

23   questions about the light you had affixed to your

24   P320s.  Do you recall that?

CRAIG JACKLYN

Page 90

1          A.       Yes.

2          Q.       Would you also refer to them as a

3     flashlight?

4          A.       I mean, yeah.  It could be called a

5     flashlight.

6          Q.       Why would you need a flashlight or

7     a light on a pistol?

8          A.       It's used in low light situations

9     to illuminate the target.

10         Q.       In your experience, is it in any

11    way unusual to have a light on a semi-automatic

12    pistol for law enforcement?

13              MR. KELLY:  Objection to form.

14              THE WITNESS:  No.

15    BY MR. BAGNELL:

16         Q.       Was the answer -- the answer is no?

17         A.       The answer is no.

18         Q.       Officer McDowell, do you know if he

19    had a light on his P320s?

20         A.       Yes, he did.

21         Q.       In a low light situation, would a

22    light assist you in obtaining a target, fixing a

23    target?

24         A.       Yes.

CRAIG JACKLYN

Page 91

```
1         Q.        The investigation that happened
2    regarding the August 26th incident, Officer, that
3    was performed by SEPTA officers.  Is that correct?
4         A.        SEPTA was involved, but the lead
5    investigative agency was Philadelphia police
6    firearm investigative unit and also their
7    officer-involved shooting team.
8         Q.        Were you questioned by those
9    officers?
10        A.        Yeah.  I was questioned.  I wasn't
11   interviewed.  It was a little bit of back and
12   forth because of union representation and also
13   because SEPTA's police directives are different
14   from Philadelphia police policies and whatnot and
15   they were the lead agency in the investigation,
16   but I still -- my commanders were a little
17   skittish about talking without my body camera on.
18               It was a body camera issue that was
19   going back and forth, so there was kind of a delay
20   in talking to me according to Philadelphia police
21   detectives that were there at the time.
22               Because it was considered at the
23   time a criminal investigation, the Philadelphia
24   police officers, the detectives that were there
```

CRAIG JACKLYN

Page 92

1    were looking out for the best interest of me, and

2    according to their policies, the body camera gets

3    turned off, but with SEPTA Police Department, the

4    body camera stays on.

5                    Philadelphia Police was the lead

6    agency in the investigation, so there was a

7    back-and-forth going on at that time and the way

8    it was settled is, I gave the detectives, you

9    know, they wanted an overview of what happened.

10   They did their investigation.

11        Q.      Did anyone from Philadelphia PD or

12   SEPTA tell you at any time that it was the

13   Safariland holster that made your P320 discharge?

14        A.      No.

15        Q.      Do you know what a Picatinny rail

16   is, Officer?

17        A.      Picatinny rail?  No.  I don't know

18   about that.  You can describe it to me, I probably

19   would know it.

20        Q.      When you purchased your light for

21   the P320, did you purchase the lights yourself,

22   Officer?

23        A.      No.  It was issued to us.

24        Q.      Issued to you.  How did you affix

CRAIG JACKLYN

Page 93

1    those to the P320?

2         A.      It's got corresponding rails that

3    line up with the bottom of the weapon, slides on,

4    you tighten it up.

5         Q.      Do you know what the trigger pull

6    of the P320 is, the trigger pull weight?

7         A.      No.  I don't know the weight.  I

8    know it's very light.

9         Q.      During -- while shooting the P320s

10   that you've had, Officer, all the rounds that

11   you've put through both, did any of them fire

12   simply when you touched the trigger as opposed to

13   pulling the trigger?

14        A.      No.

15        Q.      Do you think that quarter-sized

16   object that Mr. Kelly asked you about pulled the

17   trigger of your P320 that day?

18        A.      No.

19        Q.      The gear on your belt, do you

20   recall that any of it struck your P320 or your

21   holster or the grip of the P320 that day?

22        A.      No.

23        Q.      Did you slam the grip of the P320

24   against the cart's wheel at any time when you were

CRAIG JACKLYN

Page 94

```
1   getting up?

2          A.       No.

3          Q.       Your partner, Officer McDowell, did

4   he at any time tell you that he saw you draw the

5   P320 and pull the trigger?

6          A.       No.

7          Q.       He was seated next to you.  Is that

8   correct?

9          A.       Yes.

10                  MR. BAGNELL:  Okay.  That's all I

11         have.

12  BY MR. KELLY:

13         Q.       Sorry, Officer.  I have just a few

14  more, just a couple minutes.  First of all, could

15  you tell me your height?

16         A.       Five-11 and a half.

17         Q.       And do you have a sleeve length for

18  dress shirts?

19         A.       Regular.

20         Q.       Okay.  The iced tea that you were

21  carrying in the cart at the time, how long had you

22  been carrying that iced tea with you?

23         A.       I had just bought it.  I had just

24  bought it prior to going to that kiosk that I told
```

CRAIG JACKLYN

Page 95

1   you about.

2          Q.      So just minutes?

3          A.      Yes.

4          Q.      So you wasted your iced tea?

5          A.      Sure did.  I was upset about that.

6          Q.      The current weapon that the Viper

7   team uses is a Glock 17.  Right?

8          A.      Yes, it is.

9          Q.      Is the Glock 17 equipped with a

10  flashlight?

11         A.      No.  Not with the --

12         Q.      I'm sorry.

13         A.      Not with the Viper team.

14         Q.      Okay.  Was it ever equipped with a

15  flashlight for the Viper team?

16         A.      No.

17         Q.      Did you have an off-duty holster

18  that you used at the time of the discharge?

19         A.      Yes.

20         Q.      Do you recall make and model?

21         A.      No, I don't.

22         Q.      Was it also a light-bearing

23  holster?

24         A.      No.

CRAIG JACKLYN

Page 96

1          Q.         Were you able to fit the

2    light-bearing pistol into the off-duty holster?

3          A.         No.

4          Q.         Did you have to take the light off?

5          A.         Yes.

6          Q.         And how often did you switch back

7    and forth, say a couple weeks either way of the

8    day of the discharge?

9          A.         Every day when I got off duty, I

10   have to take the light off.

11         Q.         Okay.  So every day you had to go

12   through this process of sliding it onto the rails

13   and then locking it in?

14         A.         Yes.

15         Q.         Did you ever discover a condition

16   where it didn't remain locked?

17         A.         No.

18         Q.         What kind of a lock did it have?

19         A.         Everything was done without tools,

20   so I can't describe what type of lock it was, but

21   you, you know, I put it on and then tighten it up

22   every, you know, every day.

23         Q.         So you thumb-tighten it?

24         A.         You got it.

Page 97

1        Q.       Until -- and where would it reach

2    the point of where you were satisfied you had it

3    right?

4        A.       Where the light is immovable on the

5    weapon.

6        Q.       Did you ever discover that it came

7    loose over the course of a shift?

8        A.       No.

9        Q.       Did you own any other pistols prior

10   to the discharge up until now?

11       A.       Yes.  Personally, yes.

12       Q.       Can you tell me what makes and

13   models they are?

14       A.       Yeah.  They're Glocks.  I had a

15   Glock 23.  At the time of the discharge, that was

16   it.

17       Q.       Okay.  How about between then and

18   now?

19       A.       Now I own a Glock 30.

20       Q.       Anything else?

21       A.       Firearms or just pistols?

22       Q.       Just pistols.

23       A.       Okay.  That's it.

24       Q.       Okay.  How many firearms that are

CRAIG JACKLYN

Page 98

```
 1   non-pistols?

 2           A.      I have one.

 3           Q.      Okay.  What's that?

 4           A.      It's a Mossberg.  It's a shotgun.

 5                   MR. KELLY:  Okay.  Okay.  I think

 6           that's it, Officer Jacklyn.  Thanks again.

 7                   MR. BROWN:  No questions.

 8                   MR. BAGNELL:  One final comment for

 9           the record, Adam.  Just to reiterate, the

10           only thing outstanding is a file with the

11           cover letter saying, you know, this is the

12           official file or this is a certified copy

13           of the file and then we're done after this

14           long saga, so I'd appreciate that.

15                   MR. BROWN:  I will work on that.

16           Absolutely.  And I don't have any

17           questions.  Just want to say thank you very

18           much, Officer Jacklyn, for your time this

19           morning.

20                   MR. BAGNELL:  Thank you very much.

21                   THE VIDEOGRAPHER:  No other

22           questions?

23                   THE WITNESS:  Good luck.

24                   THE VIDEOGRAPHER:  We are off the
```

```
                                              Page 99
 1          record at 11:57 a.m. and this concludes

 2          today's testimony given by Officer Craig

 3          Jacklyn.

 4                  The total number of media units

 5          used was two and will be retained by

 6          Veritext Legal Solutions.  Thank you.

 7                          -   -   -

 8                  (Witness excused.)

 9                          -   -   -

10                  (Whereupon the document was marked,

11          for identification purposes, as Exhibit

12          Number Jacklyn-1.)

13                          -   -   -

14                  (Whereupon the document was marked,

15          for identification purposes, as Exhibit

16          Number Jacklyn-2.)

17                          -   -   -

18                  (Deposition concluded at 11:57

19          a.m.)

20                          -   -   -

21

22

23

24
```

Page 100

1              C E R T I F I C A T E

2

3              I do hereby certify that I am a

4    Notary Public in good standing, that the aforesaid

5    testimony was taken before me, pursuant to notice,

6    at the time and place indicated; that said

7    deponent was by me duly sworn to tell the truth,

8    the whole truth, and nothing but the truth; that

9    the testimony of said deponent was correctly

10   recorded in machine shorthand by me and thereafter

11   transcribed under my supervision with

12   computer-aided transcription; that the deposition

13   is a true and correct record of the testimony

14   given by the witness; and that I am neither of

15   counsel nor kin to any party in said action, nor

16   interested in the outcome thereof.

17

18

19

20

21   Nannette S. O'Brikis

     Notary Public

22   My commission expires September 16, 2024

     Date:  05/04/2021

23

24   ASSIGNMENT NO. 4541777

| & |
| --- |
| **&**  2:7,13,18 |

| 0 |
| --- |
| **00146**  1:6 6:21 |
| **05/04/2021**  100:22 |
| **06880**  2:4 |
| **07701**  2:15 |

| 1 |
| --- |
| **1**  4:11 99:12 |
| **10**  58:12 |
| **10:03**  6:2 |
| **10:14**  17:8 |
| **10:17**  1:17 17:13 |
| **11**  94:16 |
| **11:00**  55:14 |
| **11:04**  55:20 |
| **11:44**  87:23 |
| **11:45**  88:5 |
| **12**  56:17 |
| **120**  2:14 |
| **1234**  1:16 |
| **14**  1:12 9:6 |
| **141**  2:14 |
| **14th**  6:3 |
| **1500**  26:9 |
| **16**  100:22 |
| **1650**  2:9 |
| **16th**  57:9,14 |
| **17**  12:11 15:20 |
|   17:19 54:7,17 |
|   95:7,9 |
| **17s**  51:7 54:9 |
| **17th**  57:8,15 61:21 |
| **19103**  2:9 |
| **19103-7098**  2:20 |
| **1995**  15:24 21:14 |
|   21:15 23:2 |
| **1996**  21:11 23:2 |
| **1997**  16:6 23:3,4 |

| 19th  30:22 |
| --- |
| **1:19**  1:6 6:21 |

| 2 |
| --- |
| **2**  4:12 89:12 99:16 |
| **2005**  2:19 |
| **2014**  25:12,13 |
| **2015**  24:17 27:10 |
|   74:22 |
| **2019**  12:2 23:6,8 |
|   26:5 30:14 34:3 |
|   74:22 |
| **2020**  11:21 |
| **2021**  1:12 6:3 |
| **2024**  100:22 |
| **203**  2:4 |
| **21**  84:10 |
| **215**  2:10,21 |
| **23**  97:15 |
| **24th**  11:21 |
| **26**  26:5 34:2 |
| **2600**  2:20 |
| **26th**  30:22 91:2 |
| **2nd**  14:17 |

| 3 |
| --- |
| **30**  97:19 |
| **3rd**  14:18 |

| 4 |
| --- |
| **40**  82:9 |
| **4541777**  100:24 |
| **47s**  14:1 |
| **496-8282**  2:10 |

| 5 |
| --- |
| **52nd**  2:9 |
| **530-9100**  2:15 |
| **55**  2:3 4:6 |
| **564-8000**  2:21 |

| 6 |
| --- |
| **6**  56:14 |
| **669**  100:20 |
| **6:00**  38:2 56:5 |
| **6th**  1:16 |

| 7 |
| --- |
| **7**  46:8 |
| **732**  2:15 |
| **7:30**  46:8 |

| 8 |
| --- |
| **8**  4:5 5:10 |
| **81**  4:12 |
| **82**  13:21 89:12 |
| **88**  4:5 |

| 9 |
| --- |
| **92f**  14:23 |
| **94**  4:6 |
| **95**  15:23 |
| **98**  5:10 |
| **984-8820**  2:4 |
| **99**  4:11,12 |

| a |
| --- |
| **a.m.**  1:17 6:2 17:8 |
|   55:14,20 99:1,19 |
| **ability**  11:3 24:22 |
| **able**  19:3 79:5 |
|   84:23 96:1 |
| **aboard**  19:1 |
| **abrown**  2:21 |
| **absolutely**  41:15 |
|   50:13,16 51:20 |
|   98:16 |
| **academy**  16:5,7,8 |
|   16:9,10 21:16,20 |
|   22:17 |
| **access**  64:2,16 |
| **accessible**  37:15 |
|   78:8 |

**accommodate**
  74:11
**accurate**  10:22
  16:1 22:15 50:11
**act**  85:7
**action**  1:6 6:20 7:8
  11:9 36:3 86:1
  100:15
**activity**  20:1 57:1
  85:18
**adam**  2:19 8:4
  10:13 98:9
**addition**  24:23
  81:16
**address**  17:7
**adjudication**
  10:11
**adjustments**  17:16
**administer**  7:6
**advantage**  37:11
**affidavit**  10:16
**affiliations**  7:12
**affix**  92:24
**affixed**  89:23
**aforesaid**  100:4
**afterward**  43:23
**agency**  50:3 83:4
  91:5,15 92:6
**ago**  9:6 68:10
**agree**  6:13
**agreement**  10:14
**ahead**  29:19
**aided**  100:12
**air**  18:20
**airport**  25:3
**ak**  14:1
**alarmed**  42:11
**alleged**  30:12
**alley**  23:18
**ammo**  63:20

**ammunition** 82:6
**analogy** 69:17
**annually** 83:12
**anomalies** 26:20 26:24
**answer** 5:2 9:13 27:1 30:18 43:4 48:7 49:19 55:3 76:4 90:16,16,17
**answered** 54:12
**antiterrorism** 56:8
**antiterrorist** 13:2
**anybody** 66:1 70:14
**anymore** 65:10
**anyplace** 18:17
**apparently** 29:14 40:11
**appearance** 7:16 35:20 36:3
**appearances** 2:1 7:12
**applied** 22:14
**appreciate** 56:3 66:10 98:14
**approach** 44:24
**approached** 23:20 23:21 32:17 57:5
**approaching** 38:9
**approximately** 28:14 54:9
**april** 1:12 6:3
**area** 30:24 37:20 39:15 42:6 43:10 44:17,19 45:1 58:21 70:20,22 71:17 72:8 78:17
**armor** 63:2
**armorer** 30:6 87:3
**army** 12:12 13:9 13:10 17:22 20:18

20:23 21:1
**asked** 47:14 54:11 66:9 88:8 89:22 93:16
**asking** 10:5 20:11 33:3 43:8
**asp** 63:19 64:14,19 64:20,24
**aspect** 19:9
**assigned** 19:5
**assignment** 83:7 100:24
**assist** 90:22
**assistance** 57:19
**assume** 24:3 69:14
**assuming** 69:6
**atlantic** 76:21 88:9 88:13,20
**attach** 64:1
**attached** 64:1 73:13 74:12,15 75:8 76:9
**attempt** 23:18 38:18 45:8
**attend** 21:15
**attending** 7:11
**attention** 53:1
**attorney** 7:17
**attorneys** 47:7,8 47:10,12
**audible** 85:4
**audio** 6:10,11
**august** 12:2 23:8 26:5 30:14,22 34:2 91:2
**authority** 8:7
**authorized** 7:6
**automatic** 19:19 90:11
**awards** 25:9

**aware** 30:15
**b**
**back** 12:2 14:9 17:12,17 30:21 36:18 39:23 44:22 46:19 50:10,17,22 55:19 66:23 67:9 67:9,10,18,19 71:5 71:9,11,21 72:8 78:18 79:8 80:1,9 80:10 82:16 84:20 85:5,6,10,21 88:6 91:11,19 92:7 96:6
**background** 12:4 12:9,11,18 42:22
**backwards** 43:17
**badge** 21:3 23:21
**badges** 20:19
**bagnell** 2:2,3,5 4:5 7:18,18 8:21 10:23 11:2,4 16:19 17:2,14 30:17 32:22,23,24 35:5,9,12,16,24 36:2,15,16 37:8 43:6 44:11 48:6 49:18 50:24 51:17 53:20 54:3,15 55:6,12 68:2 76:1 87:5,16 88:7 89:11,14 90:15 94:10 98:8,20
**bank** 2:15
**bar** 67:21
**barrel** 73:15
**barrett** 2:7
**base** 20:1
**based** 42:9 47:21
**basic** 22:19 27:1

**basically** 13:3 19:20 26:22 44:24
**basis** 36:10
**baton** 64:19 65:2
**battalion** 14:12,18
**battalions** 12:21
**bearing** 75:19 77:10,11,15,17,18 77:20,20 78:8,9 81:24 82:3 95:22 96:2
**beauty** 31:1 32:18 38:10,10 45:1 57:5 58:14 59:15 59:24 60:13 71:8 71:14 72:11
**beginning** 7:16 43:21
**begins** 88:4
**behalf** 7:22 8:5
**believe** 12:5,8 28:11 29:12 31:7 35:22 60:8 67:16 68:21,24 71:16 73:5 80:19,19
**believed** 41:24
**belt** 62:19,24 63:7 63:8,12,14,18 66:4 66:15 93:19
**bendesky** 2:7
**beretta** 13:23 14:23
**best** 9:13 92:1
**better** 21:9 66:7
**big** 69:17
**bit** 12:24 16:20,22 17:5 64:11,11 91:11
**black** 68:17 69:3
**block** 23:17

**blocking** 44:5
**blown** 41:8 44:2
  62:13
**blowout** 38:23
**bob** 36:3 55:23
**body** 32:16 33:3,5
  33:8,10,12,14,19
  33:23,24 39:11
  48:23 63:2 91:17
  91:18 92:2,4
**boost** 62:15
**bottom** 11:20,21
  44:1,6 69:15 93:3
**bought** 76:18,19
  94:23,24
**bouncing** 71:9
**brake** 38:14
**branch** 13:9 18:2
**brand** 28:8 49:6,9
  77:6 82:5
**brands** 64:22
**break** 23:18 55:11
**brief** 55:16 87:20
  87:20 88:1
**briefly** 21:19 29:7
  35:1 89:13
**bring** 10:24 89:13
**broken** 23:13
**brother** 25:21
**brought** 54:20
**brown** 2:19 8:3,4
  9:15 10:10,22
  35:22 36:1 98:7
  98:15
**bullet** 39:4 47:24
  53:10
**burn** 48:14 80:21
  81:1,3,4
**burned** 80:20
**button** 43:24
  67:20 68:6,11

**buy** 64:24 74:5
  88:13
**bypassed** 72:19
**bystander** 52:5,16
  70:13
**bystanders** 42:4,4

**c**

**c** 100:1,1
**cadre** 13:7
**caliber** 82:9
**call** 27:12,13 33:22
  39:11 45:14 64:19
**called** 25:6 39:15
  45:23 65:1 86:5
  90:4
**calls** 27:1 48:3
  49:15
**cam** 33:3,8,10,14
**camera** 31:2 33:5
  33:12,23,24 39:11
  64:6 91:17,18
  92:2,4
**cameras** 33:19
**camp** 14:10
**cams** 32:17
**car** 23:13
**career** 21:5 28:19
  28:20 41:14
**carry** 29:3 51:1
  62:21,21,23 63:3
  64:16 75:14
**carrying** 22:22,23
  27:17,18 32:6,8
  44:1 49:4 54:5,6
  94:21,22
**cart** 26:16 27:12
  27:13,15,16 30:22
  31:10 32:6 36:18
  39:4,5 40:2 41:9
  42:4 44:3 48:1

  52:7,17 61:7 62:3
  63:9 68:16 71:10
  78:19 80:1,7
  94:21
**cart's** 93:24
**case** 7:24 35:17,20
  36:12,14,14
**cause** 49:21
**causeway** 52:9
**ceisler** 2:8 35:3
**cell** 6:7
**cellular** 6:6
**centimeters** 49:2
**certain** 48:13
**certified** 10:19
  98:12
**certify** 100:3
**chance** 79:20
**change** 55:1 87:21
**changed** 64:10,11
**check** 57:22 62:12
**chesapeake** 19:24
  20:2
**chest** 63:22,22,23
**chief** 29:14
**chitchat** 57:21
**choice** 80:15
**circling** 23:17
**circular** 61:12
**citizens** 25:5
**civil** 1:6 6:20 11:9
**civilian** 52:16
**claims** 54:20
**clear** 17:17
**cleared** 86:19
**click** 85:4
**close** 56:23 72:1,3
  84:10
**closer** 80:5,6
**coast** 19:11,12

**coin** 69:16
**coincidentally**
  36:4
**color** 69:3
**combat** 14:14
**come** 15:16 22:16
  38:14 51:18 53:3
  71:9 80:2
**comes** 37:15 67:22
  86:3
**comfort** 64:12
**coming** 16:24
  38:13 43:16 57:4
  71:11 79:15,16
**command** 11:18
  65:19
**commander** 79:9
**commanders**
  91:16
**commencing** 1:17
**commendations**
  20:8 25:8,10
**comment** 98:8
**commission**
  100:22
**community** 51:22
**company** 12:20
**compare** 78:3
**comparing** 77:17
**comparison** 78:2
**compete** 20:11,14
**competing** 20:12
**complete** 38:16
  80:21 81:4
**completely** 39:19
  80:20
**completing** 83:2
**complies** 64:7
**computer** 100:12
**concept** 64:24

**concluded** 99:18
**concludes** 99:1
**conclusion** 80:2
**concourse** 26:9
  30:24 36:20 52:11
  52:11,12,13
**concurred** 79:10
**condition** 79:4
  83:6 86:24 96:15
**confidence** 51:13
**connected** 63:12
**connection** 13:15
**consider** 79:11
**considered** 91:22
**contact** 15:16
  28:22 33:18 54:2
**context** 31:5
**continue** 6:12 62:5
  64:13
**continued** 62:8,11
  65:20
**conversations** 6:6
**cooperating** 17:16
**copy** 10:19 98:12
**corps** 12:15,16
  13:11,12,21 18:16
  19:17 20:10,24
**correct** 10:21 18:7
  26:5 32:3 36:22
  37:20,23 52:18
  56:9 58:14 59:12
  62:20 68:7,22
  73:15 74:16 75:20
  77:15,16 87:4
  91:3 94:8 100:13
**correctly** 19:15
  100:9
**corresponding**
  93:2
**corridor** 59:21
  62:6 70:24

**counsel** 2:5,11,16
  2:22 6:16 7:10
  35:22 36:12 43:7
  100:15
**counterterrorism**
  24:15 26:20
**couple** 17:17 41:3
  42:23 61:3 68:10
  73:4,6 86:17
  94:14 96:7
**course** 18:11,14
  57:23 86:20 97:7
**court** 1:1,16 6:19
  7:3 8:1,9 10:11
  35:10,14
**cover** 98:11
**covered** 78:10
**craft** 22:18
**craig** 1:15 4:2 6:15
  8:12 99:2
**criminal** 91:23
**criteria** 83:24
**crosstalk** 9:17
**ct** 2:4
**culmination** 10:7
**cup** 39:13 48:18
  48:20,21
**current** 24:12 95:6
**currently** 54:6
**cut** 16:20
**cv** 1:6 6:21
**cycle** 48:12
**cycled** 39:22 80:3
  80:8
**cycling** 54:14

**d**

**d** 2:19
**dallas** 29:14
**damaged** 80:10,11
**daniel** 2:8 35:3

**danny** 35:5,13
**dash** 39:13 48:21
**date** 1:17 100:22
**dated** 11:21
**day** 31:9,10 34:16
  34:17,18,19 36:19
  37:19 38:2 43:21
  46:17,20 49:4
  50:10,22 53:3
  56:12,13 60:3
  65:13,15 73:7
  85:3 93:17,21
  96:8,9,11,22
**dceisler** 2:10
**dealing** 24:6
**death** 51:16
**debris** 69:9
**decided** 78:24
**defendant** 1:9
  2:16 7:22 55:24
**definitely** 53:16
**delay** 9:7 91:19
**delivered** 11:11
**department** 16:16
  21:23 22:20 28:12
  29:13,17 30:4,6
  46:1,10 50:18
  51:12,21 54:14
  65:5,16 73:21
  74:3 75:23 81:16
  87:3 92:3
**departments**
  64:23
**dependability**
  24:21
**deployed** 24:3
**deponent** 100:7,9
**deposition** 1:15
  5:1 6:10,15,22 9:8
  9:21 10:6,15 11:9
  35:21 99:18

  100:12
**depress** 38:14
**desantis** 49:7
**describe** 12:9
  18:13 20:18 21:19
  23:10 26:11,14
  40:4 43:9 85:12
  92:18 96:20
**described** 14:22
  72:10 76:8
**description** 4:10
**desert** 14:19
**design** 67:23 69:7
**designed** 74:10
**detail** 23:12,14,16
**detective** 42:22
**detectives** 79:19
  91:21,24 92:8
**developed** 58:21
**developing** 33:12
  33:22 59:6
**device** 17:4
**difference** 43:22
**different** 14:2
  18:17 64:22 67:2
  75:15 77:9 84:1,2
  84:9 91:13
**dime** 69:18
**direct** 61:17,23
**directives** 33:17
  91:13
**directly** 37:18
**disc** 69:2
**discharge** 29:5
  39:9,21 41:11,17
  42:5,15,17 43:9
  45:15 46:14 49:12
  49:21 52:17 53:5
  53:22 65:14,15
  68:7,18 69:11
  71:10 78:13 79:24

80:6 81:9 82:7
83:15,18 86:20
92:13 95:18 96:8
97:10,15
**discharged** 20:4
21:10 39:21 40:12
41:4 48:23 50:19
**disciplined** 21:4
**discontinued** 65:6
65:22
**discover** 96:15
97:6
**discuss** 52:3
**discussion** 17:10
**disengage** 38:14
**disengages** 85:15
86:3
**disk** 69:2
**disposing** 46:16
**distance** 59:17
**distances** 84:1
**distributor** 88:23
**district** 1:1,1 6:19
6:20
**document** 4:12
11:6,11,20 89:12
89:15,18 99:10,14
**documents** 5:7
**doing** 9:8 11:10
26:12,14 27:1,3
46:24 58:2
**doubt** 40:18,20
**draw** 23:6 24:9
37:15 45:8 77:23
84:11 86:5 94:4
**drawing** 84:5
85:17
**dress** 94:18
**drill** 84:4,7
**drills** 84:2,2,8

**driving** 31:10,17
36:21 38:1,13
61:8
**drop** 37:5 63:11
65:4,10,16,22 66:5
66:11 82:21
**drove** 57:7
**duly** 8:12 100:7
**duties** 26:17 37:13
**duty** 29:2 56:21
95:17 96:2,9

### e

**e** 30:9 100:1,1
**earlier** 52:15
59:10 68:5 72:10
76:8 80:13
**earn** 20:7
**east** 19:11
**easy** 64:2
**either** 31:9 96:7
**ejected** 80:24
**elaborate** 12:24
**embassies** 18:17
**emblem** 61:7,15
68:9,12 70:18
**emblems** 61:17
**employee** 71:4,14
**employment** 83:7
**en** 45:19
**enclave** 19:2
**enclaves** 18:23
**encountered** 28:19
**ends** 87:22
**enforce** 10:10
**enforcement** 12:5
16:2 41:13 90:12
**engaged** 57:1
84:14,18 85:6
**entered** 35:20
**entering** 53:4

**entrance** 58:18
59:5
**equipment** 13:20
73:6
**equipped** 73:9
95:9,14
**era** 25:21
**esquire** 2:3,8,13
2:19
**estimate** 66:3
**evening** 31:9 60:3
**event** 59:12 61:19
61:23
**eventually** 21:3
**everybody** 51:14
**exact** 30:11 41:2
71:21,23,24
**exactly** 27:23
40:11 49:5,8
60:19 67:17 71:24
72:18 74:9 79:4
**examination** 8:19
**examined** 8:13
**excuse** 15:8 52:23
63:20
**excused** 99:8
**exercises** 83:20
**exhibit** 10:17,24
89:12 99:11,15
**exhibits** 4:9 10:20
**exit** 38:18,18
**exiting** 38:17
**exonerated** 50:12
**experience** 12:6
13:5 17:20 25:16
37:6 42:24 47:21
47:22 90:10
**experienced** 14:1
14:21
**expert** 20:15,15,20
20:21,22 21:3

48:3,5
**expires** 100:22
**explain** 12:23
**explained** 65:21
**explanation** 26:16
48:10
**extended** 65:2
**extends** 65:2
**extensive** 12:10,17
**extent** 43:17
**extracted** 79:3

### f

**f** 100:1
**face** 35:2
**facing** 68:16
**familiar** 10:1
28:24 86:4
**far** 24:21 34:12
47:24 48:22 66:3
79:14,15,16 80:16
81:2,10
**fashion** 45:6,9
**fast** 12:19 18:14
19:11
**father** 25:20
**february** 10:8
11:21 16:5,5
**feel** 41:10
**feet** 84:10
**female** 52:21
**file** 10:20 36:6
98:10,12,13
**filed** 6:18
**filmed** 60:13
**final** 86:17 98:8
**financially** 7:8
**find** 39:7
**fine** 22:13 66:8
**finger** 67:8 85:10
85:13,14,14

[fingers - happens]

**fingers** 66:18 86:2
**fire** 23:6 48:11,13
  49:14 84:11 93:11
**firearm** 20:9
  46:23 83:9 91:6
**firearms** 12:6,7
  21:20 25:17,17
  47:23 83:22 97:21
  97:24
**fired** 13:18 15:2,6
  15:9 28:9,18,21
  40:23 48:16 80:16
**firing** 25:17 30:13
**firm** 7:2,4
**first** 9:4 12:12
  27:22 28:6,7,18,21
  34:10 35:11 56:2
  59:24 60:17 61:5
  67:7,9 73:8 75:23
  76:8 94:14
**fit** 96:1
**five** 51:3 54:10,13
  55:11 58:12 79:18
  94:16
**fixing** 90:22
**flashlight** 73:12
  90:3,5,6 95:10,15
**fleet** 13:2 14:9
**flight** 25:5
**flinch** 73:1
**floor** 1:17 2:9 61:8
**follow** 56:1 87:15
**follows** 8:14
**foot** 57:24 59:1
  72:5
**force** 14:10 18:20
**forces** 18:16 25:20
**forgot** 22:12
**form** 48:2 76:1
  87:5 90:13

**former** 13:13,14
**forms** 67:5
**forth** 91:12,19
  92:7 96:7
**forward** 21:8,9
  67:12 68:16,16
  85:24
**found** 44:3 68:6
  86:23 87:2
**foundation** 30:16
  48:3 51:10 55:2
**four** 74:20,23
**frame** 23:2 28:14
**franklin** 7:24
**friday** 31:20,21
**front** 2:14 17:4
  39:3,5 41:8 44:3
  48:1,21 52:7,17
  53:15,18 59:5
  61:6
**frozen** 35:7
**full** 78:14 81:1,3
**fully** 43:14 62:5
  80:15 84:14,18
  85:1
**function** 69:4,5,8
**further** 48:9 80:22

**g**

**gear** 40:7 62:19,22
  63:3,4,17 64:1,8
  79:8 93:19
**general** 12:4 26:16
**generally** 10:1
  24:20
**getting** 11:10 28:4
  34:21 62:2,9 63:9
  73:5 79:20 80:21
  94:1
**give** 82:24
**given** 25:8 31:8
  34:10 50:17 99:2

100:14
**glock** 29:3,4 51:7
  54:6,9,17 95:7,9
  97:15,19
**glocks** 15:5 97:14
**gns** 1:6 6:21
**go** 6:13 11:19
  14:14 16:13 17:6
  17:16 18:11,15
  21:13 23:17 29:19
  36:17 38:20 39:23
  46:10,12 50:22
  56:21 61:20 64:2
  72:11 77:1 80:16
  81:2 83:21,24
  84:21 96:11
**goes** 33:10,14,24
  44:9 85:23
**going** 6:2 9:3,10
  17:8 19:4 29:19
  29:23 30:21 33:22
  36:20 39:20 55:9
  59:4,21 61:18
  80:22 81:2,2 84:9
  85:9,20 91:19
  92:7 94:24
**golden** 82:8
**golf** 26:16 27:12
  27:13 71:9
**good** 6:1 8:22
  25:11 55:22 98:23
  100:4
**graduate** 21:16
**graduated** 16:11
**graduating** 16:14
**grip** 93:21,23
**ground** 42:16
  44:13 68:7,18
  71:14,21
**group** 19:24

**guard** 67:21
**guess** 9:20 42:9
  44:10
**gun** 22:22 23:22
  23:23 28:9 40:23
  42:24 43:16 45:3
  47:9,18 51:21
  67:3 85:16
**guns** 25:22 51:24
**guy** 71:18

**h**

**hair** 44:18
**half** 26:13 42:11
  42:14 46:7 94:16
**halt** 38:16
**hammer** 15:2 28:9
**hand** 38:10 66:11
  66:12,13,20 77:23
**hand's** 41:4
**handcuffs** 63:19
**handed** 32:11
**handgun** 14:24
  21:22
**handled** 13:17,22
  13:23,23,24 28:19
**handling** 25:17
  41:18,20 42:1
  44:15 51:24
**hands** 38:1,2,5,6
  40:13,15,16,17,23
  62:15
**happen** 41:12 42:2
**happened** 12:1
  23:10,15 26:13
  31:17 38:9,12
  41:22 50:4 51:13
  51:19 52:3 53:23
  72:11 74:21,22
  91:1 92:9
**happens** 40:6 85:2
  85:20

**hard** 9:18
**hawaii** 14:18
**hear** 8:23 19:14
   21:9 32:20 41:5
   47:17
**heard** 37:9 49:12
   53:23 62:10 86:6
   86:7,8,13
**heat** 41:10
**height** 94:15
**held** 1:16 6:22
   17:10
**help** 62:16 79:5
**helping** 27:1
**hip** 37:18 63:8,9
   63:12,15 66:12
   81:22
**hips** 63:4,5 64:3
**history** 24:21
**hit** 53:17 67:10,20
**hoc'd** 36:7
**holder** 39:13
   48:21
**holds** 67:24
**hole** 39:4,5,14
   41:8
**holster** 24:3 32:8,8
   37:3,5,12 39:7
   41:10 42:19 43:10
   43:17 44:1,6,9
   46:14,20,21 47:3,9
   47:16 49:3,6,14,21
   63:11 64:15 65:4
   65:4,10,17,22 66:5
   66:11,18 67:1,2,6
   67:14,23 68:21
   69:7,11,15 74:2,8
   74:16,19 75:16,19
   76:15,17 77:2,7,9
   77:9,14,18,18,19
   77:20,21 78:5,8,9

**hard** 9:18 *(continued)*
78:12,18 79:2
80:10 81:6,16,19
81:22,24 82:20
83:18 84:12,17,24
85:3,8 86:2 88:14
88:14,16 89:2,7
92:13 93:21 95:17
95:23 96:2
**holstered** 36:24
   38:3 43:10,12,14
   45:3 46:17 47:18
**holsters** 34:1 81:8
   82:3,21
**homeless** 58:20
**hotspot** 58:20
**hour** 26:13 31:24
   46:7,7 56:17
**hours** 26:19

### i

**iced** 39:13 41:9
   48:19 94:20,22
   95:4
**identification**
   99:11,15
**identify** 8:4
**illuminate** 90:9
**imagine** 83:4
**immediate** 42:6
   78:17
**immediately** 39:4
   39:10 45:16
**immovable** 97:4
**impact** 42:16 45:5
   53:8
**inches** 72:5
**incident** 12:1 23:4
   23:8,11 26:3,6,13
   30:12 33:11,13,23
   47:19 49:23 52:24
   54:8 56:5 57:11
   58:9 60:18,23

64:9 72:22 78:16
91:2
**incidents** 30:13
   54:16
**include** 25:18,23
**including** 56:8
**inconspicuous**
   20:2
**incorporated** 6:18
**incredible** 41:11
**index** 4:1 5:1
   85:10,13
**indicated** 100:6
**indicating** 66:16
**individuals** 13:2
**infantry** 12:18,21
   14:12
**infantryman**
   12:15
**information** 57:18
   60:9
**initially** 70:17
**inside** 39:12 59:24
   71:8
**instruct** 18:9
**instruction** 5:2
**intending** 58:23
**intention** 59:2
**interacted** 88:19
**interest** 92:1
**interested** 7:9 52:3
   86:15 100:16
**interesting** 18:5
   29:22
**interfere** 6:9
**interference** 6:7
**internal** 15:4
**internet** 29:21
**interrupting** 35:1
**interview** 45:20,22
   60:8

**interviewed** 46:12
   46:23 60:5 91:11
**introduction** 28:8
**intruders** 37:14
**investigated** 49:23
   50:1
**investigation**
   10:19 42:22 50:6
   79:6 83:2 91:1,15
   91:23 92:6,10
**investigative** 50:3
   83:4 91:5,6
**investigators** 46:2
   46:3,23 70:9 79:3
**involved** 46:2,11
   83:14,18 84:7
   91:4,7
**involves** 84:4
**ish** 31:24
**issuances** 27:21
**issue** 64:23 91:18
**issued** 9:6 10:8
   27:20 34:10,20,21
   51:4,6,7 54:9
   73:20 74:3 81:16
   89:5 92:23,24
**issues** 29:8
**issuing** 34:5

### j

**j** 2:13
**jacket** 72:16
**jacklyn** 1:15 4:2
   4:11,12 6:16 8:12
   10:15 11:23 17:1
   32:21 55:22 87:14
   88:8 98:6,18 99:3
   99:12,16
**jbagnell** 2:5
**jeff** 7:18
**jeffrey** 2:3

**jfk** 26:9 57:9,15
**job** 33:19
**jobs** 25:11
**joined** 21:23 25:22
  27:8 74:21
**joyce** 2:13 7:21

**k**

**keep** 59:6 63:3
  67:2 69:8 76:12
  76:15 79:1
**keeping** 59:7 68:9
**kelly** 2:13,13 4:6
  7:20,20,21 9:14
  16:23 30:16 32:19
  34:24 35:7,19
  36:11 37:7 43:4
  44:7 48:2 49:15
  50:15 51:10 53:13
  53:24 54:11 55:2
  55:8,21,23 68:4
  76:3 87:9,12 88:8
  89:22 90:13 93:16
  94:12 98:5
**kentucky** 1:1 6:20
  7:24
**keys** 63:20
**kick** 70:12
**kicked** 70:24
**kicking** 70:14
**kid** 41:19
**kin** 100:15
**kind** 13:15,17
  14:15,20 16:8
  18:10 19:6 21:6
  21:19 22:22 27:16
  32:5 35:7 43:23
  49:3 51:5 54:4
  59:20 67:23 91:19
  96:18
**kinds** 28:24

**kiosk** 57:12,13,16
  58:5,7 94:24
**knee** 49:1
**knew** 42:24 77:6
  77:13 80:8
**know** 9:17 16:20
  19:8,9 22:17
  24:24 25:10 26:12
  26:12 28:10,13
  30:3,19 31:16
  34:3,7,8 36:6
  39:17,18 40:6
  41:2,19 42:9,13,21
  43:16,19 47:15
  48:17 49:1,7,20
  51:8,22,23 52:1,24
  54:23 55:4 57:23
  58:2 61:14 65:7
  69:5,7 70:3,5,6,19
  70:21 71:17,20
  72:17,18 82:11,16
  82:18 85:4 86:2,9
  86:9,14 88:19
  90:18 92:9,15,17
  92:19 93:5,7,8
  96:21,22 98:11
**knowing** 51:12
**knowledge** 33:16
  34:13 48:22 50:6
**known** 24:15 37:5
  51:20

**l**

**lady** 72:15
**landed** 80:22
**large** 43:24
**law** 2:2 12:5 16:1
  41:13 90:12
**law.com** 2:5
**lawsuit** 55:24
**lead** 83:4 91:4,15
  92:5

**leading** 32:19 37:7
  44:7 50:15 53:13
  53:24 55:3 68:2,3
**leaking** 41:9
**learning** 22:18
**left** 14:9 38:19
  61:21 68:15,15
  70:17 78:17 83:1
**leg** 32:8 49:6 65:4
  74:8 77:7,14
  88:14
**legal** 7:2,5 54:20
  99:6
**lejeune** 14:10
**length** 94:17
**letter** 98:11
**lever** 67:20 85:12
  85:15
**leverage** 40:10
**liberty** 2:8
**lifetime** 25:23
**lift** 40:8
**light** 73:9,11,18,20
  74:11,15 75:8,10
  75:19,19,24 76:9
  76:12 77:10,15,17
  77:20 78:8 81:24
  82:3 89:23 90:7,8
  90:11,19,21,22
  92:20 93:8 95:22
  96:2,4,10 97:4
**lights** 92:21
**likelihood** 80:14
**line** 5:3,8,13,19
  93:3
**little** 12:24 16:20
  16:22,24 17:5
  24:22 63:24 64:11
  64:11 67:20 71:1
  85:11 91:11,16

**littleton** 2:13 7:21
**littletonpark.com**
  2:16
**lived** 49:10
**llp** 2:18
**local** 35:16
**located** 57:13
  66:18 69:10 76:22
  76:23
**location** 79:12
**locations** 6:23
**lock** 96:18,20
**locked** 67:17 85:5
  96:16
**locker** 51:15
**locking** 96:13
**long** 10:7 15:18
  27:6 46:4 51:1
  54:8 56:15 58:7
  59:20 74:18,24
  94:21 98:14
**longer** 51:14
**longest** 9:7,7
**look** 26:19 38:24
  39:10 41:7 42:18
  60:1 69:1
**looked** 24:20
  39:12 42:20 43:10
  52:21 59:11 73:1
  80:9 86:15
**looking** 26:23
  38:24 75:3 92:1
**looks** 39:1
**loose** 97:7
**lot** 14:1 40:7 61:16
  62:19,21 63:3
  89:22
**low** 90:8,21
**lower** 37:22 63:22
  73:13 80:24

| | | | |
|---|---|---|---|

**luck** 98:23

**m**

**macdowell's** 34:2
**machine** 100:10
**magazine** 67:11
80:11
**mail** 30:9
**main** 57:7 58:18
**maintain** 58:24
**male** 23:16 52:20
**managed** 42:10
**mandate** 26:19
**mandatory** 37:16
**manipulate** 67:3
86:9
**manning** 57:18
**marble** 61:8
**marine** 12:15,16
13:11,12,12,13,14
13:21 14:10 17:24
18:6,16 19:17
20:10,24
**marines** 14:18
**marked** 5:18
99:10,14
**market** 1:16 2:9
2:19
**marksman** 20:20
**marksmanship**
13:4 20:8,17
**marshals** 25:2,5,6
**mass** 25:5
**matter** 6:17 36:5
**mayes** 1:4 3:2 6:17
7:19,23,23 36:12
36:14
**mayes's** 55:24
**mc** 13:21
**mcdowell** 10:16
27:5 30:23 32:13
36:21 90:18 94:3

**mean** 20:12,14
34:19 47:12 55:5
70:8 84:20 86:8
90:4
**measurements**
47:1 50:8
**medals** 20:8
**media** 6:14 87:21
87:22 88:5 99:4
**member** 26:18
**members** 29:12
**memo** 30:8
**memory** 36:1
88:12
**mentioned** 29:18
35:4 52:5,15
59:10 68:5 88:17
**mic** 8:23
**microphones** 6:4,9
**middle** 85:14
**midthigh** 37:20
**military** 12:5,9,10
12:12,14 14:7
15:1,7,10,17,18
17:20 21:5,10
25:22 41:13
**milling** 58:11
**millisecond** 41:4
**mind** 35:1 64:4
68:9 77:4
**mine** 32:9
**minute** 30:22
55:11
**minutes** 58:12
59:3 68:10 94:14
95:2
**miscellaneous**
36:2
**missed** 35:4
**missing** 64:17

**mission** 26:20
**misstates** 76:2
**misuse** 21:6
**mode** 78:15
**model** 22:2 28:6
49:8 50:20 73:18
95:20
**models** 97:13
**moisture** 69:9
**moment** 17:7
31:18 40:11 56:24
78:12 80:8 87:20
87:21
**monadnock** 64:18
65:1
**mongeluzzi** 2:7
35:15
**monitor** 59:1
**month** 51:3
**months** 9:6 60:23
60:24
**morning** 6:1 8:22
55:22 56:13 98:19
**mossberg** 98:4
**motion** 10:9 35:17
36:6
**move** 11:3 18:24
19:1 26:3 58:3
72:7
**moved** 16:1 80:12
**movement** 31:3
**moving** 21:8,9
30:24
**mp5** 19:19
**mp5s** 13:24
**mp9** 22:6
**muffled** 38:21
42:8 49:12
**muzzle** 44:5

**n**

**name** 7:1 27:4
55:23 64:22
**named** 35:2
**nannette** 1:16 7:4
100:21
**naval** 19:1,24
**navy** 18:2,20,21
18:22 20:18,23,24
**near** 31:1 60:18
61:5,6 72:1,1,3
**nearby** 44:3,13
**need** 33:6 74:15
87:20,20 90:6
**negligence** 50:14
**neither** 100:14
**never** 39:21,22
41:23,24 44:16
46:19 69:13 72:6
78:15 80:11 86:10
86:15
**new** 34:21 35:2
51:4
**nice** 9:8
**nickel** 69:18
**night** 60:2
**nine** 41:21
**nj** 2:15
**non** 98:1
**nondefective** 87:2
**nonlight** 77:11,18
77:20 78:9
**nonresponsive**
43:5
**nope** 89:21
**norfolk** 12:20
18:23
**normal** 12:18
13:20 80:24 86:24
**normally** 22:17

**notary** 1:16 100:4
100:21
**note** 6:4
**noted** 29:14,16
**notes** 75:3
**notice** 39:4 41:8,9
42:3 68:17 70:12
71:8 72:24 73:1
100:5
**noticed** 9:5 36:14
43:22 69:13 71:16
**noticing** 7:17
16:22
**notified** 11:18
**nuclear** 13:3 18:6
18:19 19:6
**number** 4:10 6:21
88:5 99:4,12,16

**o**

**o'brikis** 1:16 7:4
100:21
**o'clock** 31:19,24
56:14
**oath** 7:7
**object** 36:11 43:4
48:2 71:4 76:1
87:5 93:16
**objection** 9:15,16
30:16 32:19 34:24
37:7 44:7 49:15
50:15 51:10 53:13
53:24 54:11 55:2
68:2,3 90:13
**objections** 7:14
43:8
**observations**
59:12 61:4
**observe** 53:9
**observed** 23:16
**obtain** 24:18 76:17

**obtaining** 90:22
**obviously** 11:24
**oc** 63:19
**occasion** 23:6 24:8
61:1
**occasions** 24:9
**occurred** 26:4
53:5 56:5 57:1,11
58:9 78:13,17
79:24
**occurs** 33:13,23
**offer** 47:24
**offers** 18:16
**office** 46:11 60:7
**officer** 6:15 8:22
9:4 10:4,14,16
11:5,23 12:13,23
13:13 16:16 17:1
17:3,15 20:4 21:5
21:17,18 22:14,19
23:5 24:13 25:8
25:12,16,24 29:9
29:19 30:12,18,23
32:13,21 34:2
36:17,21 38:2
42:17 43:3,8
44:14,24 46:2,5,11
47:22 48:7 49:4
49:11,19,24 52:6
54:5 55:7,10,22
76:5 87:13,17
88:8 89:15 90:18
91:2,7 92:16,22
93:10 94:3,13
98:6,18 99:2
**officers** 30:14
37:17 47:12 51:11
51:18,22 57:17,22
57:24 58:4 64:23
79:18 83:2 86:13
91:3,9,24

**official** 98:12
**oh** 78:6
**okay** 8:23 9:1 10:4
10:23 11:2,5,16,20
11:23 14:3,20
15:15,24 17:15
20:3,12 21:4
22:11,21 23:4
25:24 27:11 28:17
29:23,23 31:23
34:23 36:15 37:11
48:8 55:9 56:15
58:22 59:8,20
60:11,22 61:1,20
62:14,23 64:4,8,20
65:7,12,21 66:17
67:5 68:20 69:10
69:16 70:3,11,16
70:23 71:20 72:3
72:9,24 73:14,23
74:7,24 75:3,7,12
75:15 77:1 78:7
78:16,22 79:11
80:23 86:4 87:10
87:12 89:22 94:10
94:20 95:14 96:11
97:17,23,24 98:3,5
98:5
**once** 24:23 55:23
67:19
**ones** 47:2 50:3
**open** 77:22
**opening** 77:19
78:4
**operate** 60:9 66:24
84:16
**operating** 86:24
**operational** 19:9
**operations** 14:5,17
24:15 47:2

**operator** 12:19,23
13:16 25:20
**operators** 18:15
19:3,5
**opinion** 47:24 48:3
49:16
**opportunity** 53:16
**opposed** 77:10
93:12
**oral** 1:15
**order** 13:5 87:8,11
**ordered** 73:24
**ordering** 77:8
**originally** 43:20
**ought** 32:20
**outcome** 7:9
100:16
**outposts** 18:18
**outside** 58:13 63:2
**outstanding** 98:10
**overseas** 14:14
**overview** 92:9
**owned** 28:22
**owner** 44:18

**p**

**p** 28:17 64:20
**p.m.** 38:2 56:5
**p320** 27:19 28:1
28:18 29:8 30:13
32:6 34:5 37:1
38:3,3 42:18
43:11 44:5 46:13
46:17 49:14 51:2
51:6 73:8 75:1,5
75:18,24 76:8,18
78:4,5 82:11 89:3
92:13,21 93:1,6,17
93:20,21,23 94:5
**p320s** 28:13 30:1
34:1,3 55:1 75:22
76:7 89:5,24

90:19 93:9
**pa** 2:9,20
**page** 4:4,10,12 5:3
  5:8,13,19 89:12
**palm** 66:19
**park** 2:13 7:21
**parlor** 38:10
**part** 13:7 22:19
  26:18,20 67:7,18
  67:24 83:6
**participate** 36:10
**participated** 14:19
**particular** 21:21
  31:18 33:6 39:19
  40:10 43:1 56:20
  57:17 74:19
**parties** 6:12
**partner** 26:14
  27:2 31:14 38:17
  38:22 39:1,8,16
  60:10 94:3
**partner's** 27:4
**partners** 27:6
**parts** 87:7 89:20
**party** 7:7 100:15
**passed** 42:14 49:1
  52:7,16 53:3,14
**path** 53:10,19
**patrol** 16:16 21:18
  22:14,18 26:19
  27:1 53:3 56:7
  57:2,23 58:1,10
  75:10,11,13
**patrolling** 26:21
  33:7
**pay** 53:1 81:5
**pd** 92:11
**peak** 26:19
**pedestrian** 59:1
**pennsylvania** 1:17
  8:6

**penny** 69:18
**people** 18:5,10,17
  29:13 39:17 42:9
  58:11 61:18,24
  64:19
**perceive** 84:23
**performance**
  37:12
**performed** 91:3
**period** 12:13
  24:10
**periodical** 29:15
**periodically** 83:9
**person** 9:23 42:1
  51:21 52:21
**personal** 41:17
**personally** 97:11
**philadelphia** 1:17
  2:9,20 16:9,10
  21:15 45:24 46:10
  46:24 50:2 60:7
  76:23 83:3 87:3
  91:5,14,20,23 92:5
  92:11
**phones** 6:8
**phonetic** 13:21
  65:19
**physical** 85:7
**physically** 40:5
**picatinny** 92:15,17
**pick** 6:5 44:21
  77:2
**picked** 44:16,20
  71:4,15,18 72:1,6
  72:7
**picking** 44:15
**picture** 35:8
**piece** 44:5,9 68:21
  70:13
**pin** 48:13

**pistol** 15:2 19:18
  20:15,16 21:6,24
  22:10,22 23:1
  27:22 28:18 74:12
  74:15 90:7,12
  96:2
**pistols** 15:7,10
  19:14,16 21:21
  25:18 27:17 97:9
  97:21,22 98:1
**place** 2:8 6:8,12
  26:24 58:8 64:1
  67:13 70:17 71:21
  71:23 85:18 100:6
**placed** 79:8
**plainclothes** 23:12
  23:21
**plaintiff** 1:5 2:5,11
  6:16 7:19,24
**plastic** 68:18 69:3
  70:13
**playing** 45:2
**please** 6:4,7 7:15
  8:2,9 43:5 64:13
**point** 23:24 28:1
  28:23 29:24 30:23
  33:4,19 34:16
  40:1,10 42:18
  44:15 45:15 46:14
  47:6 53:21 97:2
**pointed** 23:22,23
**police** 12:13 16:8,9
  16:10,15 21:16,23
  27:15,16 29:14
  33:17 36:18 46:1
  46:10,24 50:2
  52:17 57:13,16
  58:24 59:7 61:7
  62:3 63:9 64:23
  71:10 78:19 83:3
  87:3 91:5,13,14,20

91:24 92:3,5
**police's** 23:1
**policies** 91:14 92:2
**policy** 33:15
**pop** 38:21 41:6
  62:10
**pops** 67:19
**position** 14:6,8,9
  18:10 22:14 24:12
  24:19 58:1
**possess** 81:9
**possession** 18:20
**possibility** 80:14
**post** 2:3
**potential** 86:19
**pouches** 63:21
**prefer** 37:16,17
**presence** 58:24
  59:7
**present** 3:1 7:10
  35:6,21
**pretty** 10:7 14:24
  23:5 27:2 31:15
  64:10
**prevented** 80:20
**primary** 50:2
**primer** 80:19 81:3
**prior** 76:2 94:24
  97:9
**private** 6:6
**privilege** 9:5
**pro** 28:1,6 36:7
  75:6,7,9,16 78:3,5
**probably** 9:7
  56:13 61:6 69:6
  92:18
**problem** 28:3
  29:16
**proceed** 8:17 43:5
**proceeding** 7:15

| q |
|---|

**process** 10:2,7
16:4 62:2 85:17
96:12
**produced** 10:15
**production** 5:7
**professional** 28:20
29:15 81:10
**prohibit** 89:6
**proper** 48:17
87:11
**properly** 48:14
**protecting** 25:4
**protects** 67:10
**provide** 57:18
**provided** 59:11
**public** 1:16 100:4
100:21
**pull** 30:14 67:15
85:16 93:5,6 94:5
**pulled** 93:16
**pulling** 93:13
**punch** 17:4
**purchase** 92:21
**purchased** 92:20
**purpose** 61:15
**purposes** 78:2
81:11 99:11,15
**pursuant** 100:5
**push** 48:14 67:14
81:2 85:12,18
**pushed** 67:12
**pushes** 85:10,24
**put** 33:8 43:20
44:22 61:16,22,24
71:5,20 72:8
77:23 78:18 80:1
80:6 82:16 85:3
93:11 96:21

**qualified** 22:1
48:4 84:14
**qualify** 18:9 83:8
83:13,21
**quarter** 69:18,19
69:21 70:1 93:15
**question** 5:18 9:14
28:2 29:23 33:1
40:19 52:14 76:4
76:6
**questioned** 50:4
91:8,10
**questions** 9:4,10
10:5 11:24 12:4
39:24 44:23 47:15
55:10 56:1 73:4,6
86:17 87:13,18
88:9 89:23 98:7
98:17,22
**quite** 27:9

| r |
|---|

**r** 100:1
**radio** 33:22
**rail** 26:22 57:19
73:13 92:15,17
**rails** 93:2 96:12
**raise** 38:20 40:14
**raised** 25:19 41:3
**raising** 40:1 41:5
**range** 19:23 22:1
83:23 84:10
**ranges** 19:21,22
**rank** 20:3,5
**ranks** 20:17
**rate** 38:13
**reach** 97:1
**reached** 20:5 39:6
**reaction** 41:17
42:3,7,10

**read** 41:23 89:17
**ready** 38:18
**really** 34:13 48:8
49:5 53:1 85:22
86:14,15
**rear** 67:11 80:12
85:24
**reason** 32:18
34:20 49:13
**recall** 11:10,14
22:4 23:11 26:5,7
29:11 30:10 44:15
49:5 56:11 57:4
58:4,16 59:8
60:19 61:1,10
67:17 68:14,19
70:14 73:17 77:24
78:6,11 81:19
82:5 89:24 93:20
95:20
**received** 25:10
**recess** 55:16 88:1
**recognize** 33:21
**recognized** 25:12
**record** 6:2,13 7:13
10:6,14 17:7,8,10
17:13 35:23 36:12
55:13,20 87:23
88:6 98:9 99:1
100:13
**recorded** 6:15
100:10
**recording** 6:11
**red** 2:15 72:15
**redirect** 61:17
**reduced** 80:24
**refer** 90:2
**refresh** 88:12
**regard** 59:23 71:3
**regarding** 20:8
54:24 91:2

**regional** 26:22
57:19
**register** 43:7
**regular** 31:15 53:2
75:11,13 94:19
**reiterate** 98:9
**rejoined** 12:14
**related** 7:7
**relative** 68:11
**remain** 96:16
**remark** 47:8
**remarks** 47:17
**remember** 22:4
27:22 31:22,23
52:20 61:5,14
70:20 72:21 75:4
81:17 88:10
**remote** 6:23
**remotely** 7:11
9:22
**removed** 85:23
**replacement** 51:2
**report** 42:8
**reporter** 1:16 7:3
8:2,9 9:19 35:10
35:14
**represent** 55:23
**representation**
91:12
**representative**
45:24
**request** 5:7
**requested** 78:23
**resolved** 10:11
**respect** 26:1
**respond** 33:13
**responding** 47:7
**response** 45:17
**result** 50:5
**retail** 76:20

**retained** 99:5
**retention** 67:1,6
  68:1 78:11,14
  84:13,17,21
**retired** 30:6
**retrieved** 70:4,6
  70:16,19,21 71:22
**returned** 82:14,22
**rhawn** 76:24
**richard** 27:5
**ride** 58:7
**riders** 57:19
**riding** 26:23
**rifle** 20:16 21:6
**rifles** 19:14,17
  25:18
**rig** 78:21
**right** 9:3 11:8
  14:20 18:4 21:8
  22:5,13 24:2,12,14
  25:15 27:11 28:7
  30:21 32:1,9,11,14
  36:17,21 37:1,2
  38:8,10,12,17,21
  40:3 43:7 44:22
  45:22 48:24 49:10
  50:17 56:5 59:22
  62:3 64:16 66:12
  66:20 67:7 68:15
  69:13 71:5 73:13
  95:7 97:3
**rip** 23:19
**road** 2:3 76:24,24
**robbery** 23:14,16
**robert** 2:13 3:2 7:1
  7:20
**robert.kelly** 2:16
**role** 26:17
**rolling** 58:10
**ronan** 8:5

**ronon** 2:18
**room** 7:10 74:16
**rooms** 51:15
**roughly** 45:6
**round** 39:21 42:16
  44:14,17,20 48:9
  48:12,15,23 49:1
  53:7,17,19 62:1,7
  71:3,9,13 80:16,21
  80:21,23
**rounds** 84:12
  93:10
**route** 45:19
**routine** 56:7 57:2
**routinely** 31:13
**roving** 57:23
**rule** 70:23 71:2
**rules** 41:20
**rumors** 55:5
**rush** 31:24

**s**

**s** 1:16 2:3 64:20
  100:21
**saber** 82:8
**safariland** 74:7
  81:6 88:16 89:2,7
  92:13
**safe** 39:19 43:1
  67:3
**safeguard** 13:3
  19:3
**safeguarding** 18:6
**safely** 42:1
**safety** 28:2 29:8
  39:18 41:19 79:14
**saga** 98:14
**salon** 32:18 45:1
**saltz** 2:7 35:14
**satisfied** 97:2
**sauer** 1:8 6:18
  7:22 27:19 28:8

54:24 55:24 75:1
**saw** 31:7 43:9
  44:19,21 52:23
  53:6 59:16,17,17
  60:17,19,19 72:7
  94:4
**saying** 69:14 98:11
**scared** 51:15
**scene** 45:21 46:4
  47:6,11,13 70:4,6
  70:9,12
**screen** 29:20 35:2
**seal** 43:24
**seat** 38:21
**seated** 85:1 94:7
**second** 34:5 42:11
  42:14 60:18,20
**seconds** 41:3
**section** 30:7
**secure** 70:9 79:12
  79:14,19
**secured** 39:15
**securing** 44:17,19
  70:12 71:17
**security** 13:2
  18:15 19:24
**see** 9:8 11:5,20
  29:22 31:6 33:11
  39:1,2 41:7 42:10
  42:13,15 53:6,7
  57:24 62:12 64:14
  66:13 69:12 71:13
  72:13,22 79:4
  89:15
**seeing** 70:20 72:21
**seen** 31:2 52:22
  86:10
**semi** 90:11
**send** 18:16 24:24
  25:1

**sensitive** 6:5 18:10
**separate** 85:22
**separately** 9:17
**septa** 2:22 16:15
  16:17,17 21:17
  22:14 23:1,7
  24:13,14 25:7
  26:15 27:7,14
  30:14 33:15,17
  42:22 54:4,20,24
  89:6,6 91:3,4 92:3
  92:12
**septa's** 91:13
**september** 100:22
**sergeant** 20:6,7
  79:10
**series** 22:5,12
  83:23 84:12
**served** 11:11,13
  14:17
**service** 14:15,22
  15:19 25:7 81:16
  82:17
**set** 78:12
**setting** 78:12
**settled** 92:8
**settlement** 54:24
**seven** 42:23
**shaped** 43:24
**sharpshooter**
  20:20 21:3
**shift** 40:8 56:12,13
  56:15 97:7
**shifts** 56:18
**ships** 18:22 19:1,2
**shirts** 94:18
**shoot** 46:1,2
**shooter** 20:15
  32:11
**shooting** 19:22
  20:13 46:2,11

51:23 91:7 93:9
**shop** 44:18 57:5
    58:14
**short** 12:13
**shorthand** 100:10
**shot** 44:10 59:14
    59:23
**shotgun** 98:4
**shotguns** 13:24
    19:18
**show** 47:10 64:6
    66:6
**side** 32:14 37:1
    38:10 66:7 67:14
    67:21 85:12
**sidearms** 14:21
    15:10
**sig** 1:8 6:17 7:22
    22:23,24 27:19,24
    28:6,8 54:21,24
    55:24 75:1,6,7,9
    75:16 78:3 88:23
**signature** 100:20
**significant** 25:11
**similar** 54:16 63:1
**simply** 93:12
**simultaneous** 86:1
**simultaneously**
    41:2 85:21
**sir** 16:12 39:23
    52:14 56:6,10
    76:6
**sitting** 25:15 39:13
    43:18,19 48:20,24
**situation** 19:6
    33:11,21 49:11
    58:20 59:6 90:21
**situations** 90:8
**six** 12:11,12 31:19
    31:24 56:19,19
    72:5 79:18

**size** 69:19
**sized** 93:15
**skittish** 91:17
**sky** 25:5,6
**slam** 93:23
**slatowski** 35:17
    36:5
**sleeve** 94:17
**slide** 67:8 80:11
**slides** 93:3
**sliding** 96:12
**slow** 38:13 58:10
**sls** 74:8
**small** 20:1 43:23
    51:22
**smbb.com** 2:10
**smith** 21:24 22:2
    22:24 24:5
**snatch** 79:15,17
**soda** 48:19
**solutions** 7:2,5
    99:6
**somebody** 70:24
**somewhat** 36:10
    37:22
**soon** 23:5
**sorry** 8:3 28:17
    52:12 64:13 68:15
    87:19 94:13 95:12
**sort** 61:7 65:18
**sound** 42:7
**southeastern** 8:6
**spanning** 12:11
**speak** 9:14 53:22
**special** 12:19,22
    13:16 14:4,17
    24:14,18 25:20
    47:1
**specific** 78:2
**specifically** 74:10

**speed** 80:24 86:5
**spend** 22:17
**spent** 12:11
**spontaneously**
    29:4
**spot** 20:2
**spray** 63:19
**spread** 63:24
**staff** 20:6,7
**stage** 85:17
**stages** 84:1
**stand** 59:4 66:6
**standard** 19:17,18
    23:1
**standing** 58:1 62:6
    64:4 100:4
**start** 10:4 12:8
    84:18 85:3
**started** 17:22 21:2
    54:14 55:11 56:12
**state** 7:12,15 10:5
    10:13 76:24,24
**stated** 39:24
**statement** 31:8
**states** 1:1 6:19
    33:18
**station** 12:1 26:8
    26:22 27:3 32:2
    52:6,10 56:9
    57:14 58:19,19
**stay** 46:4
**stays** 92:4
**steal** 23:18
**steering** 38:6 40:9
    41:5 62:16
**step** 85:18,19
**stephen** 1:4 3:2
    6:17 7:19,23
**stereo** 23:19
**stevens** 2:18 8:5

**stick** 67:8
**stipulations** 5:12
**stop** 31:1 38:13,14
    42:10 53:3 57:10
    57:12 58:1,13
    65:16 82:20
**stopped** 57:20,21
    58:5,16,22,23
    59:18 61:6
**store** 31:1 44:18
    53:4 59:15,24
    60:14 71:4,8,14
    72:11,20 73:2
    76:20 77:2,5
**storm** 14:19
**story** 41:23
**stradley** 2:18 8:4
**stradley.com** 2:21
**strap** 66:24 67:9,9
    67:10,19,19 80:9
    80:10 84:20 85:6
    85:6,11,22
**strapped** 32:9
**stream** 73:11
    74:11,15
**street** 1:16 2:9,14
    2:19 61:21 76:24
**strike** 59:8
**striker** 15:6,9
    28:18,21
**struck** 93:20
**stuff** 18:18
**stunned** 41:22
**subject** 82:11
**submarines** 18:22
**subpoena** 4:11 9:6
    10:7 11:8
**subpoenas** 10:10
    10:24
**suburban** 12:1
    26:8 32:2 52:10

56:8 57:14 58:19
**successfully** 24:2
**suite** 2:14,20
**superseding** 12:17
　13:20
**supervising** 47:7
**supervision** 24:22
　100:11
**supervisor** 39:11
　39:16 45:14 46:21
**supervisors** 47:14
**supply** 58:14
　59:15,24 60:13
　71:8,14
**support** 5:1
**sure** 17:17 28:11
　49:8 55:5 70:5
　85:6 95:5
**surprised** 48:8
**surprisingly** 42:6
**suspended** 63:14
**swear** 8:2,9
**sweater** 72:16
**switch** 31:14 96:6
**switched** 27:24
　75:22 76:7,11,14
**sworn** 8:13 100:7
**system** 23:19 68:1
　84:13,17
**systems** 84:21

**t**

**t** 13:21 100:1,1
**tactical** 37:3,12
　74:8 76:21 77:7
　77:14 88:9,13,15
　88:20
**take** 6:12 9:12
　42:21 46:13 55:10
　58:11 60:7 78:24
　85:5,18 96:4,10

**taken** 1:15 6:16
　9:21 46:20 55:17
　88:2 100:5
**takes** 58:10
**talk** 23:5 26:4 29:8
　38:11 54:19 86:13
**talked** 63:12
**talking** 19:7 57:6
　68:10 71:24 91:17
　91:20
**target** 20:13 84:10
　90:9,22,23
**tasked** 26:21
**taught** 25:21
　41:20
**tea** 39:13 41:9
　48:19,20 94:20,22
　95:4
**team** 26:18 46:1
　47:2 56:17 65:6
　65:11,18,23 82:2
　83:8 91:7 95:7,13
　95:15
**teams** 13:3 19:11
**tell** 28:15 34:15
　38:9 61:20 68:11
　69:17 72:18 75:5
　88:22 89:1 92:12
　94:4,15 97:12
　100:7
**term** 37:9
**terminal** 57:8
　58:19
**terminology** 27:13
**terms** 20:12 58:8
**tested** 86:23
**testified** 8:13
　17:18 19:13 47:22
　80:13
**testify** 11:9 40:22

**testifying** 32:23
　44:4
**testimony** 4:2
　32:20 76:2 99:2
　100:5,9,13
**thank** 8:8,16 17:15
　60:11 87:12,14
　98:17,20 99:6
**thanks** 56:2 65:3
　98:6
**theirs** 65:20
**thereof** 100:16
**thickness** 69:20
**thigh** 32:9,10 37:2
　48:24
**thin** 69:2,22,23
**thing** 9:12 10:18
　31:16 98:10
**things** 17:18
**think** 9:5 17:19
　19:13 21:1,10
　32:20 35:12,18
　36:8,8,9,10,24
　39:9 40:2 41:10
　42:7 48:10 49:13
　49:22 52:16 60:22
　60:24 62:18 71:24
　76:20 82:1,8
　93:15 98:5
**thinking** 38:22
　68:14
**thinner** 70:1
**third** 67:16,18
**three** 20:19 67:2,5
**thumb** 67:8 85:9
　85:10 96:23
**tighten** 93:4 96:21
　96:23
**time** 7:15 12:14,16
　14:24 19:10,17,18
　20:1 21:5,23

22:17 23:1,2 24:9
　26:1,17 27:3,9,17
　27:18 28:14 30:5
　31:18 32:7 33:7
　38:3 39:8,19 41:2
　43:12 45:2,5 46:9
　46:22 52:24 53:4
　56:3,11,20,22
　57:18 58:8 60:16
　60:17,19,20 61:19
　63:18 64:9 66:13
　71:18 72:22 75:9
　75:11 79:23 80:5
　80:6 81:9,13 82:6
　87:14,22 88:5
　89:9 91:21,23
　92:7,12 93:24
　94:4,21 95:18
　97:15 98:18 100:6
**timeline** 21:17
**times** 13:8 23:17
　60:11 61:16
**tire** 38:23
**tires** 39:1,2 41:8
　62:12
**today** 9:4,11 10:17
　10:20 11:10 56:3
　60:12 63:2 64:15
　65:4 82:12
**today's** 99:2
**told** 28:4 34:21
　39:8 44:21 50:9
　65:9,16 70:17
　71:5 75:23 82:20
　87:6 94:24
**tools** 96:19
**top** 66:4 77:19,22
　78:1,5
**total** 15:18 17:20
　99:4

**touch** 14:1 39:7 66:23 67:14,22
**touched** 39:6 48:13 93:12
**traffic** 59:1
**train** 13:19 19:3 25:1
**trained** 13:1,8 18:5 19:14
**trainer** 12:20
**training** 12:6,17 13:5,6,16 19:21 20:9 21:20,22 24:18 25:1 30:7 83:22
**transcribed** 100:11
**transcript** 1:15
**transcription** 100:12
**transferred** 34:9
**transit** 25:5
**transitions** 28:13
**transportation** 8:6
**travel** 47:24 48:9 78:15
**trigger** 15:4 30:13 45:11 67:21 78:7 78:10 93:5,6,12,13 93:17 94:5
**triple** 67:1
**true** 100:13
**truth** 100:7,8,8
**try** 9:16 45:11 53:22 59:6
**trying** 40:14 75:4
**tunnel** 52:6,8
**turn** 6:7 33:12,19 33:23 39:10 53:21
**turned** 32:17 81:17,18 92:3

**turns** 9:12
**twice** 60:15
**two** 19:10 27:6,21 59:19 64:22,22 84:21 85:19 88:5 99:5
**type** 9:12 28:3 29:15 43:24 68:24 96:20
**types** 13:4 64:22
**typically** 33:9

**u**

**u.s.** 12:14 25:2
**ughetta** 2:13 7:21
**underground** 57:8 57:14
**understand** 26:15 33:1 43:3 62:14
**understanding** 32:16 36:13 56:4 66:7 86:11,18,22
**understood** 25:24
**uniform** 26:1
**union** 29:12 45:23 91:12
**unit** 6:14 24:16,16 24:24 25:2 27:8 32:7 65:19 74:21 83:23 87:22 88:5 91:6
**united** 1:1 6:19
**units** 99:4
**unlocks** 85:7
**unsafe** 89:2
**unstable** 29:21
**unusual** 90:11
**upgrade** 30:1
**upgraded** 28:5 34:3,5,6,13,16,22
**upright** 62:6

**upset** 95:5
**use** 13:19 15:6,9 16:24 24:9 25:22 40:9 64:23 65:6,9 65:20 67:15 69:16 83:8,14 85:9,13 89:2,6
**uses** 95:7
**usually** 64:15

**v**

**van** 23:18
**variety** 13:19
**vast** 47:21
**vehicle** 38:15,15 39:12 53:15 59:5 59:18 62:9,12
**velocity** 48:15
**verified** 50:9
**veritext** 7:2,4 99:6
**versed** 51:24
**version** 28:5 34:6 34:22
**versus** 6:17
**vicinity** 70:21
**video** 6:11,15 31:2 42:13 52:23 53:6 59:11,14,17,23 60:12 61:4 71:7 72:13,22 73:1
**videoconference** 1:15 6:24
**videographer** 3:2 6:1 7:3 8:1,8,16 9:11,19 11:1 17:6 17:12 55:13,19 87:15,19 88:4 98:21,24
**videos** 59:19
**vietnam** 25:21
**view** 59:20 66:7

**viewed** 42:12 60:12,20 71:7
**violations** 86:19
**viper** 24:15 25:2 26:18 32:7 56:17 65:6,11,18,23 74:22 82:2,20 83:7 95:6,13,15
**virginia** 12:20 18:24 19:24
**vividly** 23:12
**volume** 16:24 17:3
**vs** 1:6

**w**

**waist** 37:22
**wait** 30:22
**walk** 39:3 59:2
**walked** 53:3,7,8 53:18,18 73:2
**walking** 51:15 70:13 72:10
**want** 10:5,13 11:24 17:16 26:1 26:3 36:17 39:23 61:3,23 73:4,5 74:20 79:1 80:15 98:17
**wanted** 77:7,14 79:1 89:13 92:9
**warm** 39:7
**wasted** 95:4
**watch** 56:8
**water** 69:8
**way** 11:19 39:12 41:1 43:2,11 45:12 48:11,13,15 48:17 84:16,19,20 85:11 90:11 92:7 96:7
**ways** 67:2 71:1

**we've** 57:5
**weapon** 19:6,19
  23:7 24:9 28:3,21
  28:21 29:2 37:17
  37:19 39:18,19,22
  40:11 41:4 42:1,8
  45:8 47:3 50:18
  50:19 51:14 54:4
  66:24 67:24 75:2
  75:4 77:10,11
  78:18,24 79:2,2,5
  79:7,12,15 80:1,2
  80:15 83:14 84:5
  84:11,24,24 85:3,5
  85:8,24 86:23
  93:3 95:6 97:5
**weapons** 12:17
  13:3,17,20 14:2
  18:6,19 19:1,4
  34:9,11,20,21
  41:18,20 42:24
  50:21 51:4,5,23
  52:1
**wear** 63:23
**wearing** 49:4
  81:12
**wednesday** 1:12
**weeks** 51:3 54:10
  54:13 60:22 96:7
**weight** 40:8 93:6,7
**went** 14:9,17 16:4
  16:5,15 21:24
  28:1 46:22 48:18
  49:11 50:9,17
  60:6 62:1,7 72:19
  77:5
**wesson** 21:24 22:3
  22:24 24:5
**west** 2:3,14 19:12
**western** 1:1 6:20

**westport** 2:4
**whatnot** 91:14
**whatsoever** 40:19
  54:2
**wheel** 38:7 40:9,14
  40:17,23 41:5
  62:16 93:24
**whispering** 6:5
**whistle** 84:11
**wider** 77:19,24
  78:4
**wise** 77:6
**withdraw** 45:9
**witness** 8:2,10
  44:8 48:4 49:17
  50:16 51:11 53:14
  54:1,13 55:4 64:7
  66:16 87:6 90:14
  98:23 99:8 100:14
**witnessed** 23:13
**woman** 42:14 52:7
  52:23 72:9,19
**word** 64:17 80:14
**words** 73:14 74:14
**work** 9:16 24:21
  24:22 27:1 50:10
  50:17,22 56:17
  70:10 98:15
**working** 23:7,12
  31:16 56:16 87:7
  87:11
**worn** 63:21
**worried** 39:17
**wrist** 66:19
**wrote** 29:15
**wynn** 3:2 7:1
  10:23 16:19 89:11

**y**

**yards** 41:21
**yeah** 14:16,16
  15:3 19:16 31:15

35:9,16,24 49:20
  51:9 52:13,15,22
  52:23 55:4,12
  59:4 62:8,21 63:6
  64:14,21 69:12
  72:17 74:23 80:17
  90:4 91:10 97:14
**year** 10:12 15:21
  16:3 25:12 27:23
  28:15
**years** 12:11,11,12
  15:20 17:19 25:7
  25:16 42:23 74:20
  74:23
**yorktown** 18:24
**young** 2:18 8:5
  47:23
**yu** 87:14

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.