Fortunately, the folks at Gun Genius (https://bulletin.accurateshooter.com/2023/01/sunday-gunday-top-22-best-selling-guns-of-2022-gunbroker/) keep tabs on the monthly sales reports from GunBroker.com (https://www.gunbroker.com/), one of the largest online gun and ammo e-commerce sites in the world. The reports tell us what guns are selling, new and used, in different categories on the site. And the year-end results for 2022 have been tallied!

Some of the rankings may surprise you, and others will not — some of the best-selling models continue to be tried-and-true standards.

Up first, these are the top 10 guns sold on GunBroker.com (https://bulletin.accurateshooter.com/2023/01/sunday-gunday-top-22-best-selling-guns-of-2022-gunbroker/) last year, with rifles, handguns, and shotguns all in the mix, both new and used.

## Best Selling Guns of 2022 – Overall

**1. SIG Sauer P320 (https://www.sigsauer.com/firearms/pistols/p320.html)**



The popularity of this modular handgun and its many variants and possible configurations cannot be understated. You could argue it has taken Glock's throne as the bar-setting polymer striker gun.