

# CITY OF MANTECA

POLICE DEPARTMENT
STREET CRIMES UNIT

To: Chief Estarziau, via Chain of Command

From: Detective Primitivo Cruz #3743

Date: 11/9/19

Re: Firearm Discharge


Chief Estarziau,

On 11/9/19 at about 0540 hrs, I was in the men's locker room preparing myself for my patrol shift. While getting dressed for my shift, I was sitting on the end of the bench directly in front of my locker, which sits 3 lockers away from Ofc. M. Gardette. I was speaking to Ofc. Gardette who was standing at his locker and I remained in a seated position, facing him.

During our conversation, I noted Ofc. Gardette was wearing his patrol pants and patrol shirt with no LBV on yet. Ofc. Gardette reached into his locker with his right hand and I watched him pull his duty belt out from within his locker while gripping it by the right buckle. As I saw Ofc. Gardette holding his duty belt, I could see he was single handedly gripping his duty belt by the right side buckle. I watched Ofc. Gardette swing his belt around the right side of his body with his right hand while gripping the buckle in efforts of wrapping it around his waist, when suddenly his firearm discharged. Ofc. Gardette's left hand was free and he had not gripped anywhere around the holster.

Ofc. Gardette immediately dropped his belt on the floor after the discharge. After ensuring no one was injured, I picked the belt up to inspect it and noticed there was a hole in the end of the holster as a result of the discharge, but I did not see any other blockage or damage surrounding the holster that would be reason for it discharging.

I handed the belt to Sgt. Casquiero, who arrived only a few seconds after the discharge. Ofc. Ryan Smith was also in the locker room during the time of the incident.

It should be noted, I was only a couple feet away from Ofc. Gardette when this occurred. Normally, I would not believe the firearm discharged without the trigger being pulled. However, I can say I personally witnessed the entire incident from start to finish and I did not observe any negligence or actions by Ofc. Gardette that would have caused for the firearm to have suddenly discharged.

Respectfully,

*[signature]*

Primitivo Cruz
Police Detective
Manteca Police Department

1001 W. CENTER ST.   MANTECA, CA 95337   (209) 456-8210   FAX (209) 923-8938
WWW.CI.MANTECA.CA.US