UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC. )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>JEFFREY S. BAGNELL, ESQ., LLC, )<br>and JEFFREY S. BAGNELL, )<br>)<br>*Defendants.* )<br>) | Civil Action No.: 3:22-cv-00885-JAM<br><br>February 13, 2023 |

## PLAITIFF SIG SAUER, INC.'S EXHIBIT LIST

Pursuant to the Court's *Memorandum of Conference and Order* [Docket No. 148], SIG Sauer, Inc. ("SIG Sauer") hereby submits the below exhibit list to be used at the hearing scheduled to begin February 20, 2024 at 10:00 am and continuing through February 22, 2024 at 10:00 am if necessary.

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px001** | Bagnell Firm Website Animation (video file)<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 1 |
| **Px002** | Schneider CT X slices (video file)<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 2 |
| **Px003** | Schneider CT Y slices (video file)<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 3 |
| **Px004** | Schneider CT Z slices (video file)<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 4 |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px005** | High Impact Animation Proof - Folder V04 (video file)  ID: _____ Agreement: _____ | High Impact Depo Ex 5 |
| **Px006** | High Impact Animation Proof - Folder V05 (video file)  ID: _____ Agreement: _____ | High Impact Depo Ex 6 |
| **Px007** | High Impact Animation Proof - Folder V06 (video file)  ID: _____ Agreement: _____ | High Impact Depo Ex 7 |
| **Px008** | High Impact Animation Proof - Folder APPROVED (video file)  ID: _____ Agreement: _____ | High Impact Depo Ex 8 |
| **Px009** | Wireframe comparison image - High Impact Animation Proof - Folder V03  ID: _____ Agreement: _____ | High Impact Depo Ex 9 |
| **Px010** | Excerpt Images from "High Impact Animation Proof - Folder V04"  ID: _____ Agreement: _____ | High Impact Depo Ex 10 |
| **Px011** | Excerpt Images from "High Impact Animation Proof - Folder V05"  ID: _____ Agreement: _____ | High Impact Depo Ex 11 |
| **Px012** | Excerpt Images from "High Impact Animation Proof - Folder V06"  ID: _____ Agreement: _____ | High Impact Depo Ex 12 |
| **Px013** | Excerpt Images from "High Impact Animation Proof - Folder APPROVED"  ID: _____ Agreement: _____ | High Impact Depo Ex 13 |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px014** | Images from High Impact Folder "Materials received from client" 1<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 14 |
| **Px015** | Images from High Impact Folder "Materials received from client" 2<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 15 |
| **Px016** | Exhibit Number Not Used[1] | |
| **Px017** | Email from S. Kinsey to J. Bagnell, et al., dated April 4, 2021<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 17 |
| **Px018** | Email from S. Kinsey to J. Bagnell, et al., dated April 20, 2021<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 18 |
| **Px019** | Email from J. Bagnell to S. Kinsey, et al., dated May 21, 2021<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 19 |
| **Px020-Px021** | Exhibit Numbers Not Used | |
| **Px022** | Email from J. Bagnell to S. Kinsey et al., dated July 13, 2021<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 22 |

---

[1] To avoid confusion during depositions, the Parties in this matter agreed to consecutive exhibit numbering across depositions. This exhibit list uses those same exhibit numbers where applicable. Where description reads "Exhibit Number Not Used," Plaintiff is not offering that exhibit at the hearing.

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px023** | Email from S. Kinsey to N. Maguire dated July 27, 2021<br><br>ID: _____ Agreement: _____ | High Impact Depo Ex 23 |
| **Px024-Px028** | Exhibit Numbers Not Used | |
| **Px029** | Screenshot of Bagnell Law Website showing P320 Animation<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 29 |
| **Px030** | YouTube screen shot 1<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 30 |
| **Px031** | YouTube screen shot 2<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 31 |
| **Px032** | YouTube screen shot 3<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 32 |
| **Px033** | YouTube screen shot 4<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 33 |
| **Px034-Px039** | Exhibit Numbers Not Used | |
| **Px040** | Photograph of Mayes P320 striker foot 1<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 40 |
| **Px041** | Exhibit Number Not Used | |
| **Px042** | Photograph of Mayes P320 sear face 1<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 42 |
| **Px043-Px049** | Exhibit Numbers Not Used | |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px050** | Bagnell Law Website Homepage<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 50 |
| **Px051-Px057** | Exhibit Numbers Not Used | |
| **Px058** | Image of P320 CT scan<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 58 |
| **Px059** | 2022 Bagnell Law Website Homepage<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 59 |
| **Px060** | 2022 Bagnell Law Website Contact Page<br><br>ID: _____ Agreement: _____ | J. Bagnell Depo Exhibit 60 |
| **Px061-Px062** | Exhibit Numbers Not Used | |
| **Px063** | Image of P320<br><br>ID: _____ Agreement: _____ | |
| **Px064** | P320 cutaway image 1<br><br>ID: _____ Agreement: _____ | |
| **Px065** | P320 cutaway image 2<br><br>ID: _____ Agreement: _____ | |
| **Px066** | P320 cutaway image 3<br><br>ID: _____ Agreement: _____ | |
| **Px067** | P320 cutaway image 4<br><br>ID: _____ Agreement: _____ | |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px068** | P320 cutaway image 5<br><br>ID: _____ Agreement: _____ | |
| **Px069** | Photographs of P320 sear face 1<br><br>ID: _____ Agreement: _____ | |
| **Px070** | Photographs of P320 sear face 2<br><br>ID: _____ Agreement: _____ | |
| **Px071** | Photograph of P320 striker foot<br><br>ID: _____ Agreement: _____ | |
| **Px072** | Photograph of P320 striker assembly<br><br>ID: _____ Agreement: _____ | |
| **Px073** | Photograph of P320 striker safety lock<br><br>ID: _____ Agreement: _____ | |
| **Px074** | Image of Animation safety notch<br><br>ID: _____ Agreement: _____ | |
| **Px075** | Photograph of Mayes P320 striker foot 2<br><br>ID: _____ Agreement: _____ | |
| **Px076** | Comparison of Mayers P320 striker foot<br><br>ID: _____ Agreement: _____ | |
| **Px077** | Photograph of Mayes P320 sear face 2<br><br>ID: _____ Agreement: _____ | |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px078** | Comparison of Mayes P320 sear face<br><br>ID: _____ Agreement: _____ | |
| **Px079** | Images of P320 sears<br><br>ID: _____ Agreement: _____ | |
| **Px080** | Robert Buzz Miller's CV<br><br>ID: _____ Agreement: _____ | |
| **Px081-Px082** | Exhibit Numbers Not Used | |
| **Px083** | Image of Animation sear 1<br><br>ID: _____ Agreement: _____ | |
| **Px084** | Image of Animation sear 2<br><br>ID: _____ Agreement: _____ | |
| **Px085** | Image of Animation sear 3<br><br>ID: _____ Agreement: _____ | |
| **Px086** | Image of Animation sear 4<br><br>ID: _____ Agreement: _____ | |
| **Px087** | Image of Animation sear 5<br><br>ID: _____ Agreement: _____ | |
| **Px088** | Image of Schneider CT Scan striker foot and sear<br><br>ID: _____ Agreement: _____ | |
| **Px089** | Image of Animation striker foot 1<br><br>ID: _____ Agreement: _____ | |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px090** | Image of Animation striker foot 2<br><br>ID: _____ Agreement: _____ | |
| **Px091** | Image of Schneider CT Scan sear face<br><br>ID: _____ Agreement: _____ | |
| **Px092** | Images of Mayes P320 striker and Animation sear face<br><br>ID: _____ Agreement: _____ | |
| **Px093** | Image of sear from "High Impact Animation Proof - Folder V05"<br><br>ID: _____ Agreement: _____ | |
| **Px094** | Image of Animation P320 with upward movement<br><br>ID: _____ Agreement: _____ | |
| **Px095** | Enlarged view of image of Animation P320 with upward movement<br><br>ID: _____ Agreement: _____ | |
| **Px096** | Further enlarged view of image of Animation P320 with upward movement<br><br>ID: _____ Agreement: _____ | |
| **Px097** | Image of Animation P320 from "High Impact Animation Proof - Folder V05" 1<br><br>ID: _____ Agreement: _____ | |
| **Px098** | Image of Animation P320 from "High Impact Animation Proof - Folder V05" 2<br><br>ID: _____ Agreement: _____ | |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px099** | Image of Animation P320 from "High Impact Animation Proof - Folder V05" 3<br><br>ID: _____ Agreement: _____ | |
| **Px100-Px101** | Exhibit Numbers Not Used | |
| **Px102** | High Impact Document Production Folder Tree 1<br><br>ID: _____ Agreement: _____ | High Impact Depo Exhibit 102 |
| **Px103** | High Impact Document Production Folder Tree 2<br><br>ID: _____ Agreement: _____ | High Impact Depo Exhibit 103 |
| **Px104** | Exhibit Number Not Used | |
| **Px105** | High Impact Document Production Folder Tree 3<br><br>ID: _____ Agreement: _____ | High Impact Depo Exhibit 104 |
| **Px106-Px108** | Exhibit Numbers Not Used | |
| **Px109** | Image of Animation P320 from "High Impact Animation Proof - Folder V05" 4<br><br>ID: _____ Agreement: _____ | |
| **Px110** | Images of Animation striker housing 1<br><br>ID: _____ Agreement: _____ | |
| **Px111** | Image of P320 CT scan 1<br><br>ID: _____ Agreement: _____ | |
| **Px112** | Images of Animation striker housing 2<br><br>ID: _____ Agreement: _____ | |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px113** | Images of Animation striker housing with measurements<br><br>ID: _____ Agreement: _____ | |
| **Px114** | Images of P320 striker housing with measurements<br><br>ID: _____ Agreement: _____ | |
| **Px115** | Illustration of Animation striker housing<br><br>ID: _____ Agreement: _____ | |
| **Px116** | Images of Schneider CT Scan striker and Animation striker housing<br><br>ID: _____ Agreement: _____ | |
| **Px117** | Images of Animation striker foot and P320 striker foot<br><br>ID: _____ Agreement: _____ | |
| **Px118** | Images of Animation striker foot and Schneider CT striker foot<br><br>ID: _____ Agreement: _____ | |
| **Px119** | Image of P320 CT scan striker foot<br><br>ID: _____ Agreement: _____ | |
| **Px120** | Images of P320 CT scan striker foot and Animation striker foot<br><br>ID: _____ Agreement: _____ | |
| **Px121** | Image of Animation safety mechanism 1<br><br>ID: _____ Agreement: _____ | |
| **Px122** | Image of P320 safety notch<br><br>ID: _____ Agreement: _____ | |

| Exhibit # | Description | Other Identifier |
|---|---|---|
| **Px123** | Images of Animation safety notch and P320 safety notch 1<br><br>ID: _____ Agreement: _____ | |
| **Px124** | Images of Animation safety notch and P320 safety notch 2<br><br>ID: _____ Agreement: _____ | |
| **Px125** | Images of Animation safety notch and P320 safety notch 3<br><br>ID: _____ Agreement: _____ | |
| **Px126** | Image of Animation safety mechanism 2<br><br>ID: _____ Agreement: _____ | |
| **Px127** | Images of Animation striker safety mechanism and P320 striker safety mechanism<br><br>ID: _____ Agreement: _____ | |
| **Px128** | Image of Schneider CT Scan striker safety notch<br><br>ID: _____ Agreement: _____ | |
| **Px129** | Images of Animation safety mechanism and Schneider CT safety mechanism<br><br>ID: _____ Agreement: _____ | |
| **Px130** | Image of Frankenberry P320 sear face<br><br>ID: _____ Agreement: _____ | |
| **Px131** | P320 cutaway image 6<br><br>ID: _____ Agreement: _____ | |
| **Px132** | Image of P320 CT scan 2<br><br>ID: _____ Agreement: _____ | |

Dated: February 13, 2024

Respectfully submitted,
SIG Sauer, Inc.

By its attorneys,

*/s/ Anthony Mirenda*
Anthony D. Mirenda (*pro hac vice*)
E. Jacqueline Chávez (*pro hac vice*)
Caroline Holliday (*pro hac vice*)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000
amirenda@foleyhoag.com
jchavez@foleyhoag.com
cholliday@foleyhoag.com

James R. Smart (CT Bar ct20982)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT 06890
Telephone: 203-319-4039
Fascimile: 203-259-0251
jsmart@mcmc-law.com

**CERTIFICATION**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: February 13, 2024                             */s/ James Ross Smart*
                                                                        James Ross Smart (CT Bar # ct20982)