Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK: Diahann Lewis          RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: 05 hours 49 minutes

DATE: 2/22/2024     START TIME: 10:02     END TIME: 4:30

LUNCH RECESS   FROM: 12:44   TO: 1:23

RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:22cv885 (JAM)

Sig Sauer Inc.                                  Mirenda, Smart
                                                Plaintiff's Counsel
            vs
Jeffrey Bagnell, et al                          Bagnell, Madigan
                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [ ] Motion hearing
- [x] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |

- [ ] Briefs(s) due _____   Proposed Findings due _____   Response due _____
- [x] Parties to confer and file proposed schedule for post-hearing briefing   [ ] filed  [ ] docketed
- [ ] _____   [ ] filed  [ ] docketed
- [ ] _____   [ ] filed  [ ] docketed
- [ ] _____   [ ] filed  [ ] docketed
- [ ] _____   [ ] filed  [ ] docketed
- [ ] _____   [ ] filed  [ ] docketed
- [ ] Hearing continued until _____ at _____

Notes: