# UNITED STATES DISTRICT COURT

DISTRICT OF  CONNECTICUT

Sig Sauer, Inc.

V.

Bagnell, et al

# EXHIBIT AND WITNESS LIST

Case Number:  3:22V885 (JAM)

| PRESIDING JUDGE<br>Jeffrey A. Meyer, U.S. District Judge | PLAINTIFF'S ATTORNEY<br>J. Smart, A. Mirenda, | DEFENDANT'S ATTORNEY<br>J.W. Madigan, J.S. Bagnell |
|---|---|---|
| TRIAL DATE (S)<br>2/21/2024, 2/22/2024, | COURT REPORTER<br>Diana Huntington | COURTROOM DEPUTY<br>Diahann Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 133 |  | 2/21/2024 | x |  | Nick Maguire (Deposition Video) |
| 102 |  | 2/21/2024 | x | Full | Electronic File Folder |
| 103 |  | 2/21/2024 | x | Full | Excerpt from High Impact electronic files |
| 1 |  | 2/21/2024 | x | Full | Website w/Animation Video |
| 2 |  | 2/21/2024 | x | Full | Schneider X Slices CT Scan |
| 3 |  | 2/21/2024 | x | Full | Schneider Y Slices CT Scan |
| 4 |  | 2/21/2024 | x | Full | Schneider Z Slices CT Scan |
| 5 |  | 2/21/2024 | x | Full | MP4 Data File |
| 10 |  | 2/21/2024 | x | Full | Still Frames |
| 6 |  | 2/21/2024 | x | Full | MP4 File |
| 11 |  | 2/21/2024 | x | Full | Still Images from Exh. 6 |
| 7 |  | 2/21/2024 | x | Full | MP4 File |
| 12 |  | 2/21/2024 | x | Full | Still Images from Exh. 7 |
| 8 |  | 2/21/2024 | x | Full | MP4 File Animation from Approved file folder |
| 13 |  | 2/21/2024 | x | Full | Still Images from Exh. 8 |
| 17 |  | 2/21/2024 | x | Full | Email between High Impact and Bagnell |
| 18 |  | 2/21/2024 | x | Full | Email between High Impact and Bagnell |
| 9 |  | 2/21/2024 | x | Full | Scan to Mesh PNG file |
| 14 |  | 2/21/2024 | x | Full | Still Shots of Model |
| 105 |  | 2/21/2024 | x | ID | File Folder |
| 15 |  | 2/21/2024 | x | Full | JPEG and PNG files |
| 19 |  | 2/21/2024 | x | Full | Email chain between High Impact and Bagnell |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __4__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Sig Sauer | | vs. | Bagnell | CASE NO. 3:22V885 (JAM) |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 22 | | 2/21/2024 | x | Full | Email from High Impact to Bagnell | |
| 23 | | 2/21/2024 | x | Full | Email exchange between High Impact and Bagnell | |
| | | 2/21/2024 | | ID | Full Maguire Transcript | |
| 134 | | 2/21/2024 | x | Full | Jeffrey Bagnell Deposition Video | |
| 106 | | 2/21/2024 | x | ID | Deposition Notice - Individual | |
| 107 | | 2/21/2024 | x | ID | Deposition Notice - LLC | |
| 59 | | 2/21/2024 | x | Full | Pages from Bagnell website | |
| 60 | | 2/21/2024 | x | Full | Webpage for Contact tab on Bagnell website | |
| 29 | | 2/21/2024 | x | Full | Webpage containing animation on Bagnell website | |
| 31 | | 2/21/2024 | x | Full | YouTube viewer comments | |
| 32 | | 2/21/2024 | x | Full | Screenshot of comments re animation | |
| 30 | | 2/21/2024 | x | Full | YouTube Comments | |
| 33 | | 2/21/2024 | x | Full | YouTube Comments | |
| 38 | | 2/21/2024 | x | ID | Villani Affidavit | |
| 39 | | 2/21/2024 | x | Full | Photo Mayes Striker Foot | |
| 50 | | 2/21/2024 | x | Full | Landing Page for Bagnell Website | |
| 51 | | 2/21/2024 | x | Full | Webpage w/Closing Argument | |
| 52 | | 2/21/2024 | x | Full | Post Allen Charge Verdict | |
| | | 2/21/2024 | | | Sean Toner, Exeter, NH | |
| 63 | | 2/21/2024 | x | Full | Photo P320 | |
| 64 | | 2/21/2024 | x | Full | Computer Generated Photo P320 | |
| 65 | | 2/21/2024 | x | Full | Zoomed in Computer Generated Photo of P320 | |
| 72 | | 2/21/2024 | x | Full | Photo Striker Assembly from P320 | |
| 135 | | 2/21/2024 | x | Full | Magnetic Block with attached components (sear, striker pin, safety notch, housing) | |
| 128 | | 2/21/2024 | x | Full | CT Scan Image of P320 | |
| 66 | | 2/21/2024 | x | Full | Computer Generated Photo P320 showing striker pin, foot, safety lock, seer. | |
| 66A | | 2/21/2024 | x | Full | Exh 66 w/notations from Sean Toner | |

| | Sig Sauer | | vs. | | Bagnell | CASE NO.<br>3:22V885 (JAM) |
|---|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 71 | | 2/21/2024 | x | Full | Photo of Striker Foot | |
| | | | | | | |
| 69 | | 2/21/2024 | x | Full | Photo of Seer from P320 (pre 2017 model) | |
| 70 | | 2/21/2024 | x | Full | Photo of Seer from P320 (post 2017 model | |
| 132 | | 2/21/2024 | x | Full | CT Scan Image of P320 rear view | |
| 132 | A | 2/21/2024 | x | Full | Exh. 132 w/notations from Sean Toner | |
| 117 | | 2/21/2024 | x | Full | Comparison of Animation image and photo of striker foot | |
| 74 | | 2/21/2024 | x | Full | Image from Exh 1 Animation | |
| 123 | | 2/21/2024 | x | Full | Comparison of animation image and photo of striker safety pin and notch | |
| 111 | | 2/21/2024 | x | Full | CT Scan image of P320 from rear to front | |
| 111 | A | 2/21/2024 | x | ID | Exh 111 w/notations | |
| 76 | | 2/21/2024 | x | Full | Photos striker foot re Mayes firearm inspection | |
| 78 | | 2/21/2024 | x | Full | Photo P320 Seer | |
| | D8 | 2/21/2024 | x | Full | Proposal | |
| | D20 | 2/21/2024 | x | Full | Video | |
| | D2 | 2/21/2024 | x | Full | Sig Sauer Release | |
| | D10 | 2/21/2024 | x | Full | Photo on laptop | |
| | D10 | 2/21/2024 | x | Full | Photo Windham Weaponry Model | |
| | D26 | 2/21/2024 | x | ID | Photo Striker Foot | |
| | D5 | 2/21/2024 | x | Full | Copy of Patent Application | |
| | | 2/22/2024 | | | Robert Miller, Sterling, VA | |
| 80 | | 2/22/2024 | x | Full | Miller CV | |
| 84 | | 2/22/2024 | x | Full | Screenshot from animation 2:31 | |
| 89 | | 2/22/2024 | x | Full | Screenshot from animation 2:39 | |
| 85 | | 2/22/2024 | x | Full | Screenshot from animation 1:13 | |
| 86 | | 2/22/2024 | x | Full | Screenshot from animation - seer face | |
| 87 | | 2/22/2024 | x | Full | Frame from animation | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Sig Sauer, Inc. | | vs. | Bagnell, et al | CASE NO. 3:22V885 (JAM) |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 88 | | 2/22/2024 | x | Full | Section of CT Scan Data re Seer/Striker Foot | |
| 91 | | 2/22/2024 | x | Full | Screenshot of Schneider CT Scan | |
| 92 | | 2/22/2024 | x | Full | 3 images from exh.15 and animation | |
| 125 | | 2/22/2024 | x | Full | Side by Side Photos Safety Notch | |
| 129 | | 2/22/2024 | x | Full | Top/Bottom Images re safety surface | |
| 127 | | 2/22/2024 | x | Full | Top/Bottom Images of Striker Assembly | |
| 116 | | 2/22/2024 | x | Full | Side by Side images striker housing | |
| 110 | | 2/22/2024 | x | Full | Image of Striker Housing from animation 3:37 | |
| 110 | A | 2/22/2024 | x | Full | Exh 110 w/notations from Miller | |
| 95 | | 2/22/2024 | x | Full | Animation Image Contained in 4:44 - 4:57 | |
| 96 | | 2/22/2024 | x | Full | Screenshot Image from Animation | |
| | D30 | 2/22/2024 | x | ID | Hicks Affidavit | |
| | D10 | 2/22/2024 | x | Full | Villani Supplemental Affidavit | |
| | D11 | 2/22/2024 | x | ID | Miller Affidavit | |
| | D9 | 2/22/2024 | x | Full | Villani Affidavit w/photos | |
| | D21 | 2/22/2024 | x | Full | X-Ray Broken Arm | |
| | D2 | 2/22/2024 | x | Full | Press Release | |
| | D4 | 2/22/2024 | x | Full | Sig Sauer Safety Warning | |
| | D3 | 2/22/2024 | x | Full | Sig Sauer Press Release P320 | |
| | D1 | 2/22/2024 | x | ID | Public Record | |
| | | 2/22/2024 | | | Peter Villani, East Orange, NJ | |
| | | 2/22/2024 | | | Jeffrey Bagnell, Westport, CT | |

Page 4 of 4 Pages