UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC., <br><br> Plaintiff <br><br> v. <br><br> JEFFREY S. BAGNELL, ESQ., LLC, <br> and JEFFREY S. BAGNELL <br><br> Defendants. | CIVIL ACTION NO. 1:22-cv-00078 |

**MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBIT IN FURTHER SUPPORT OF DEFENDANTS' OBJECTION TO APPLICATION FOR PERMANENT INJUNCTION**

Bagnell defendants move for permission to file an additional exhibit in support of the Objection to Sig's application for a permanent injunction. Specifically, a body-cam video of a P320 that discharged into the leg of a Texas police officer on May 9, 2024 while he was walking and closing a local park. The video shows that the P320 was fully holstered and nearly killed the officer:

https://www.dropbox.com/scl/fo/dshn8rtm6q1glgdi12kex/AOgkcomq2BLEq1roCJ0FslM?rlkey=y9bmxft836dr430vxab0t7qq4&st=g8k2sfpp&dl=0

The incident post-dates the parties' trial of the injunction Motion. If granted, defendants will deliver a thumb drive of this video to the Clerk and Chambers.

Counsel for plaintiff has been contacted regarding this Motion. As of filing, no response has been received whether it consents or objects.

Respectfully submitted,

JEFFREY S. BAGNELL, ESQ., LLC, and
JEFFREY S. BAGNELL,

1

2

                                        */s/ Jeffrey S. Bagnell*
                                        Jeffrey S. Bagnell
                                        Federal Bar No. CT18983
                                        55 Post Road West
                                        Suite 200
                                        Westport, Connecticut 06880
                                        (203) 984 8820
                                        jeff@bagnell-law.com

Dated:  September 18, 2024

## **CERTIFICATE OF SERVICE**

      I, Jeffrey S. Bagnell, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Jeffrey S. Bagnell*
                                                  Jeffrey S. Bagnell

Dated: September 18, 2024