UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY S. BAGNELL, ESQ., LLC,<br>and JEFFREY S. BAGNELL<br><br>Defendants. | CIVIL ACTION NO. 3:22-CV- 00885<br>(VAB) |

## NOTICE OF MANUAL FILING

Please take notice that Bagnell defendants have manually filed a flash drive containing bodycam video of the LaGrange, Texas police department dated May 9, 2024.

This item has not been filed electronically because: [mark all that apply]

[ ] the document (or thing) cannot be converted to an electronic format

[X] the electronic file size of the document exceeds 75 MB

[ ] Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

A copy of the content of the flash drive has been manually served on all parties.

Respectfully submitted,

JEFFREY S. BAGNELL, ESQ., LLC, and
JEFFREY S. BAGNELL,

John W. Madigan, III
30 Old King's Highway South
Suite 215
Darien, Connecticut 06820
jwm3esq@gmail.com

JEFFREY S. BAGNELL

## JEFFREY S. BAGNELL, ESQ., LLC

55 POST ROAD WEST
WESTPORT, CONNECTICUT 06880
JBAGNELL@BAGNELL-LAW.COM
WWW.BAGNELL-LAW.COM
203-984-8820

*ADMITTED IN CONNECTICUT AND MASSACHUSETTS

April 29, 2025

VIA OVERNIGHT MAIL

Honorable Victor A. Bolden
United States District Court
Richard C. Lee United States Courthouse
141 Church Street
New Haven, Connecticut 06510

    **Re: *Sig Sauer, Inc. v. Jeffrey S. Bagnell et al.*, 3:22cv~~0085~~-JAM**
               885

Dear Judge Bolden:

    Pursuant to the Court's April 22, 2025 Order, enclosed is a flash drive containing the subject video from LaGrange, Texas dated May 9, 2024.

                                   Respectfully submitted,

                                   Jeffrey S. Bagnell

enclosure
cc:    John W. Madigan III, Esq. (via email)
        Anthony Mirenda, Esq. (via email)