UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY S. BAGNELL, ESQ., LLC,<br>and JEFFREY S. BAGNELL<br><br>    Defendants. | CIVIL ACTION NO. 3:22-CV-00885(VAB) |

## **MOTION TO SEAL**

Pursuant to D. Conn. L. Civ. Rules 4(a) and 5, Bagnell parties move to file a Sig Sauer, Inc. document under seal.

The document in question, entitled "MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA), is a Sig Sauer document dated February 16, 2017 summarizing internal testing results on the P320, including the risks associated with certain kinds of inertial impacts to it including vibration.  It is therefore directly relevant to the subject matter of the Animation and the failure mode it animates.

Despite being requested in numerous federal and state cases around the country over the last eight years since 2017, including in this district (*Sheperis v. Sig Sauer, Inc.*, 3:17-cv-01318), Sig concealed its existence until a P320 jury trial in Pennsylvania state court in November 2014.  It was never produced until after that trial.

Bagnell parties seek permission to file the document under seal for the sole reason that Sig has marked it "highly confidential."

Respectfully submitted,

JEFFREY S. BAGNELL, ESQ., LLC, and
JEFFREY S. BAGNELL

_____/s/ John W. Madigan III
John W. Madigan, III
30 Old King's Highway South Suite 215
Darien, Connecticut 06820
jwm3esq@gmail.com

/s/ *Jeffrey S. Bagnell*
Federal Bar No. CT18983
55 Post Road West
Suite 200
Westport CT 06880
jeff@bagnell-law.com
203 984 8820

Dated: May 14, 2025

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Bagnell, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jeffrey S. Bagnell*

3

