| Potential Failure Mode (results in a loss of "Function" or realization of a hazard) | Potential Cause of Failure (Prob of Occurrence) | O | Potential Effect of Failure (Severity - Function) | S | Risk Assessment Matrix Level | Recommended Actions | Responsibility | Target Completion Date (MM/DD/YY) | Action Results | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Action Taken (P320) | O | S | Risk Assessment Matrix Level | |
| | | | | | High | | | | | | | Medium | |
| | | | | | High | | | | | | | Medium | |
| | | | | | High | | | | | | | Medium | |
| | | | | | High | | | | | | | Medium | |
| | | | | | High | | | | | | | Medium | |
| | | | | | High | | | | | | | Medium | |
| | | | | | Medium | | | | | | | Medium | |
| | | | | | Medium | | | | | | | Medium | |
| | | | | | Serious | | | | | | | Medium | |
| | | | | | Serious | | | | | | | Medium | |
| | | | | | Serious | | | | | | | Medium | |
| | | | | | Serious | | | | | | | Medium | |
| | | | | | Serious | | | | | | | Medium | |
| | | | | | Serious | | | | | | | Medium | |
| | | | | | Medium | | | | | | | | |
| | | | | | Medium | | | | | | | | |
| | | | | | Medium | | | | | | | | |
| | | | | | Medium | | | | | | | | |
| | | | | | Medium | | | | | | | | |

CDRL Item A007
W15QKN-17-D-0016

Case 3:22-cv-00885-VAB   Document 202-1   Filed 05/14/25   Page 2 of 6
MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA)

Reference: MIL-STD-882E

| | |
|---|---|
| Medium | |
| Medium | |
| Medium | |
| Medium | |
| Medium | |
| Medium | Medium |
| Medium | |
| Medium | |
| Medium | Low |
| Medium | Low |
| Medium | Low |
| Medium | Medium |
| High | Medium |
| Low | |

| PROBABILITY LEVELS / FMEA OCCURRENCE | | | | |
|---|---|---|---|---|
| Description (Mil-Std-882E) | Level (Mil 882E) | Specific Individual Item (Mil-Std-882E) | Fleet or Inventory (Mil-Std-882E) | Occurrence (MIL-STD-882E SPECIFIC INDIVIDUAL ITEM) |
| Frequent | A | Likely to occur often in the life of an item | Continuously experienced | Occurrence > .1 10% |
| Probable | B | Will occur several times in the life of an item | Will occur frequently | >0.01 >1% |
| Occasional | C | Likely to occur sometimes in the life of an item | Will occur several times | >0.001 >0.1% |
| Remote | D | Unlikely, but possible to occur sometimes in the life of an item | Unlikely, but can reasonably be expected to occur | >0.000001 >.0001% |
| Improbable | E | So unlikely, it can be assumed occurrence may not be experienced in the life of an item | Unlikely to occur, but possible | <0.000001 .0001% |
| Eliminated (882E) | F (882E) | Incapable of occurrence. This level is used when the potential hazards are identified and later eliminated | | Failure is Eliminated through preventive control |

| SEVERITY LEVELS (MIL-STD-882E) | | |
|---|---|---|
| Description (Mil-Std-882E) | Level (Mil 882E) | Specific Individual Item (Mil-Std-882E) |
| Catastrophic | 1 | Could result in one or more of the following: death, permanent total disability, irreversible significant environmental impact, or monetary loss >$10M |
| Critical | 2 | Could result in one or more of the following: permanent partial disability, injuries or occupational illness that may result in hospitalization of at least 3 personnel, reversible significant environmental impact, or monetary loss, ($1M<loss <$10M) |
| Marginal | 3 | Could result in one or more of the following: injuries or occupational illness that may result in one or more lost work day(s), reversible moderate environmental impact, or monetary loss, ($100K<loss <$1M) |
| Negligible | 4 | Could result in one or more of the following: injuries or occupational illness not resulting in lost work day, minimal environmental impact, or monetary loss, (<$100K) |
| N/A | N/A | N/A |

Dated: 16 Feb. 2017

CDRL Item A007
W15QKN-17-D-0016

| RISK ASSESSMENT MATRIX | | | | |
|---|---|---|---|---|
| SEVERITY / PROBABILITY | Catastrophic (1) | Critical (2) | Marginal (3) | Negligible (4) |
| Frequent (A) | High | High | Serious | Medium |
| Probable (B) | High | High | Serious | Medium |
| Occasional (C) | High | Serious | Medium | Low |
| Remote (D) | Serious | Medium | Medium | Low |
| Improbable (E) | Medium | Medium | Medium | Low |
| Eliminated (F) | Eliminated | | | |



