UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC., <br><br> Plaintiff <br><br> v. <br><br> JEFFREY S. BAGNELL, ESQ., LLC, <br> and JEFFREY S. BAGNELL <br><br> Defendants. | CIVIL ACTION NO. 1:22-cv-00078 (VAB) |

**MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS
IN FURTHER SUPPORT OF DEFENDANTS' OBJECTION TO APPLICATION FOR
PERMANENT INJUNCTION**

Bagnell parties move for permission to file additional exhibits in support of the Objection to Sig's application for a permanent injunction.

Specifically, a July 9, 2025 memorandum from the U.S. Department of Homeland Security (via U.S. Immigration and Customs Enforcement), discontinuing approval of the Sig Sauer P320 for authorized ICE agents.  Exhibit 1.  In addition, an August 20, 2024 Evaluation of the Federal Bureau of Investigation concluding that "testing did indicate with movements representing those common to a law enforcement officer it is possible to render the Striker Safety Lock inoperable and ineffective at preventing the striker from impacting a chambered round if complete sear engagement is lost."  Exhibit 2.

Both documents are relevant to the requested injunction and, in plaintiffs' estimation, dispositive on the question of the accuracy of the Animation at issue, and the law enforcement and public safety risk posed by the P320.

ORAL ARGUMENT NOT REQUESTED

For the reasons stated, Bagnell parties request that their Motion be granted.

                                                                              Respectfully submitted,

JEFFREY S. BAGNELL, ESQ., LLC, and
JEFFREY S. BAGNELL,


   /s/ John W. Madigan III   
John W. Madigan, III
30 Old King's Highway South
Suite 215
Darien, Connecticut 06820
jwm3esq@gmail.com


*/s/ Jeffrey S. Bagnell*
Jeffrey S. Bagnell
Federal Bar No. CT18983
55 Post Road West
Suite 200
Westport, Connecticut 06880
(203) 984 8820
jeff@bagnell-law.com


Dated:  July 11, 2025

**CERTIFICATE OF SERVICE**

       I, Jeffrey S. Bagnell, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Jeffrey S. Bagnell*
                                                    Jeffrey S. Bagnell

Dated:  July 11, 2025