FOR OFFICIAL USE ONLY



Office of the Deputy Director

U.S. Department of Homeland Security
500 12th Street SW
Washington, DC 20536

U.S. Immigration
and Customs
Enforcement

July 9, 2025

| | |
|---|---|
| MEMORANDUM FOR: | Caleb Vitello<br>Assistant Director<br>Office of Firearms and Tactical Programs<br><br>Marcos D. Charles<br>Acting Executive Associate Director<br>Enforcement and Removal Operations<br><br>Derek W. Gordon<br>Acting Executive Associate Director<br>Homeland Security Investigations<br><br>Jennifer M. Fenton<br>Associate Director<br>Office of Professional Responsibility |
| FROM: | Madison D. Sheahan<br>Deputy Director |
| SUBJECT: | Discontinuation of Approval for ICE Authorized Officers to Carry All Models of the SIG Sauer P320 and Direction to Purchase Glock 19s as Replacement Duty Handguns for Affected ICE Authorized Officers and All ICE AOs Moving Forward |

Purpose

This memorandum directs that U.S. Immigration and Customs Enforcement (ICE) Authorized Officers (AOs) will no longer be approved to carry all models of the SIG Sauer P320 (P320) pistols. It also directs the Office of Firearms and Tactical Programs (OFTP) to purchase, as soon as practicable, replacement duty handguns for currently affected ICE AOs, including those scheduled to be issued in the near term, and to provide a proposed plan within 10 calendar days to, among other items, supply an agency-issued Glock 19 MOS pistol and related equipment, to include a micro red dot sight (MRDS), weapon mounted light, duty holster, and concealed carry holster, to all ICE AOs moving forward.

FOR OFFICIAL USE ONLY