UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC., <br><br> Plaintiff <br><br> v. <br><br> JEFFREY S. BAGNELL, ESQ., LLC, <br> and JEFFREY S. BAGNELL <br><br> Defendants. | CIVIL ACTION NO. 1:22-cv-00078 (VAB) |

**MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS
IN FURTHER SUPPORT OF DEFENDANTS' OBJECTION TO APPLICATION FOR
PERMANENT INJUNCTION**

Bagnell parties move for permission to file additional exhibits in support of the Objection to Sig's 2022 application for a permanent injunction.

Specifically, a July 21, 2025 press release issued by F.E. Warren Air Force Base regarding the death of an Airman on July 20, 2025 (exhibit 1); a memorandum issued by the Department of the Air Force, Global Strike Command, ordering an immediate pause on the use of the Sig Sauer M18 Modular Handgun System "for all operational and training activities until further notice" the same day (exhibit 2); and a Sig Sauer document confirming that the M18 is the compact military version of the P320 (exhibit 3).

Exhibits 1 and 2 are government records which the Court may consider under the Federal Rules of Evidence at any stage of a proceeding. Fed. R. Evid. 803(8); Fed. R. Evid. 201(d) ("[t]he court may take judicial notice at any stage of the proceeding"). Bagnell parties submit that the documents are relevant to the serious safety risk posed by the P320 and its variants as depicted in the

ORAL ARGUMENT NOT REQUESTED

Animation.

    For the reasons stated, Bagnell parties request that their Motion be granted.

                                              Respectfully submitted,

                                              JEFFREY S. BAGNELL, ESQ., LLC, and
                                              JEFFREY S. BAGNELL,

                                              ___/s/ John W. Madigan III_____
                                              John W. Madigan, III
                                              30 Old King's Highway South
                                              Suite 215
                                              Darien, Connecticut 06820
                                              jwm3esq@gmail.com

                                              */s/ Jeffrey S. Bagnell*
                                              Jeffrey S. Bagnell
                                              Federal Bar No. CT18983
                                              55 Post Road West
                                              Suite 200
                                              Westport, Connecticut 06880
                                              (203) 984 8820
                                              jeff@bagnell-law.com

Dated:  July 24, 2025

**CERTIFICATE OF SERVICE**

      I, Jeffrey S. Bagnell, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Jeffrey S. Bagnell*
                                                  Jeffrey S. Bagnell

Dated:  July 11, 2025