

NEWSROOM    BASE ACCESS    90 NOTES BULLETIN BOARD    CONTACT US

# 90th Missile Wing confirms on-base Airman fatality

 

Published July 21, 2025

90th Missile Wing Public Affairs

**F.E. WARREN AIR FORCE BASE, Wyo. --** An active-duty Airman assigned to the 90th Security Forces Squadron, 90th Missile Wing, died on base while on duty in the early morning, July 20, 2025.

The incident is currently under investigation by Air Force Office of Special Investigations (AFOSI) and appropriate base authorities. The incident is isolated and there is no threat to the base or community. No further details are being released at this time to protect the integrity of the ongoing investigation.

"We are deeply saddened by the loss of a valued member of our Mighty Ninety team," said Col. Terry Holmes, 90th Missile Wing commander. "Our thoughts and heartfelt condolences are with the Airman's family, friends, and his fellow Defenders during this incredibly difficult time."

The name of the Airman is being withheld until 24 hours after next of kin notification, in accordance with Department of Defense policy. Additional information will be released as it becomes available and appropriate.

For media inquiries, please contact 90th Missile Wing Public Affairs at (307) 773-3381 or 90MW.PA@us.af.mil.