

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR FORCE GLOBAL STRIKE COMMAND**

21 July 2025

MEMORANDUM FOR ALL AIR FORCE GLOBAL STRIKE COMMAND PERSONNEL

FROM: AFGSC/CC
 245 Davis Ave E
 Barksdale AFB LA 71110

SUBJECT: Immediate Pause of M18 Modular Handgun System (MHS) Operations

1. IMMEDIATE ACTION REQUIRED: Effective immediately, all personnel in AFGSC will pause use of the M18 MHS for all operational and training activities until further notice. This pause will remain in place until completion of ongoing AFOSI and Safety investigations into a recent incident at F.E. Warren AFB. Wing Commanders and DFCs will arm personnel with the M4 rifle in place of the M18.

2. INTERIM PROCEDURES: Until further notice, Wing Commanders and Defense Force Commanders will:
    - Issue the M4 in place of the M18 to required personnel
    - Ensure continuous mission capability during this pause. Contact AFGSC/A3S for supplemental guidance for tasks routinely accomplished with the M18 and for which accomplishment with the M4 is not feasible. Provide feedback to AFGSC/A3S for any operational issues this direction causes.

3. ONGOING COORDINATION: AFGSC staff is actively collaborating with the Air Force Security Forces Center and HAF/A4S to:
    - Conduct a comprehensive review
    - Develop appropriate corrective measures
    - Establish a timeline for resolution

4. INSPECTION REQUIREMENTS: Combat Arms personnel will conduct 100% inspections of all Wing-assigned M18 weapons systems using:
    - Technical Order 11W-3-4-32
    - Additional supplemental inspection guidance in development by AFGSC/A3S

5. REPORTING: Wing Commanders will confirm implementation of immediate action procedures within 24 hours of receipt. Inspection guidance will follow this memorandum. This pause will remain in effect until safety measures are confirmed. Questions should be directed through normal channels.

6. My POC is Lt Col George Hern, AFGSC/A3S, DSN 781-4055.

BUSSIERE.THOMAS.A.1007756255
Digitally signed by BUSSIERE.THOMAS.A.1007756255
Date: 2025.07.21 20:38:36 -05'00'

THOMAS A. BUSSIERE
General, USAF
Commander