

JOIN CAMP LEGION 2025 - AUGUST 18- 22, 2025 OR SEPTEMBER 8-12 LEARN MORE LIMITED SEATS AVAILABLE

Search    Sign In    Menu

Home  /  Firearms  /  Pistols  /  P320-M18



## P320-M18

The same accuracy, durability and unmatched reliability as the M17, now available in a *compact* size.



NO RECEIPTS
NO WARRANTY CARDS
FULLY-TRANSFERABLE
FOREVER
SIG SAUER® Infinite Guarantee™

★★★★★  4.9  |  (99)
💬 43 QUESTIONS \ 43 ANSWERS

VIEW MODELS ▶

⇆ COMPARE

GALLERY    DETAILS    REVIEWS



DESIGN YOUR PERFECT P320
GET 2 EXTRA MAGAZINES NOW THROUGH JUNE 16

BUILD YOUR OWN P320



## DETAILS

The M18 was recently issued to all branches of the U.S. Military and was chosen as the official sidearm of the U.S. Marine Corps. The P320-M18 is the commercial version that brings the same unprecedented accuracy, extreme reliability and unmatched durability the military demands.

The P320-M18 comes standard with SIGLITE night sights and a removable night sight rear plate. The slide is optic ready and directly compatible with the ROMEO1 PRO. The slide and grip module are the same coyote tan as the military version, and it includes (1) 17 round magazine and (2) 21 round magazines. The P320-M18…chosen by the U.S. Marine Corps and the U.S Military, now available to you for the first time.

 This firearm is equipped with a manual safety. A manual safety – when engaged – is designed to mechanically prevent the firearm from discharging when the trigger is pressed, either intentionally or unintentionally. You should consider whether a manual safety on a handgun is right for you based on your experience level and intended use, keeping in mind best practices for safe firearms handling. It is possible for the trigger to be unintentionally pressed even under normal handling circumstances.

A manual safety is designed to augment, not replace, safe firearm handling practices. You are responsible to protect against unintentional trigger movement while carrying any firearm. Even if you elect to purchase a pistol equipped with a manual safety, you must ensure that the trigger is not contacted in any circumstance other than when you intend to fire the pistol, particularly if you elect to carry your pistol with a round in the chamber.   If you have a round in the chamber and the trigger is pressed to the rear, the pistol will fire, absent an engaged manual safety.






## RESOURCES

**P320 OWNER'S MANUAL**    English ⬇

## Models

Browse by individual sku to find the right product for you.

BUY NOW ▶    BUY NOW ▶    BUY NOW ▶

| | | | |
|---|---|---|---|
| AVAILABILITY | | | |
| SKU | 320CA-9-M18-MS | 320CA-9-M18-MS-10 | 320CA-9-M18-MS-CA |
| CALIBER | 9mm Luger | 9mm Luger | 9mm Luger |
| PISTOL SIZE | Carry | Carry | Carry |
| MAGS INCLUDED | (1) 17rd / (2) 21rd Steel Mags | (3) 10rd Steel Mag | (3) 10rd Steel Mag |
| SIGHTS | SIGLITE Front / Night Sight Rear Plate | SIGLITE Front / Night Sight Rear Plate | SIGLITE Front / Night Sight Rear Plate |
| | Yes | Yes | Yes |

**MORE SPECIFICATIONS ▼**

## RELATED PRODUCTS



Reviews    Q&A

| | | |
|---|---|---|
| 5 ★ | 90 | |
| 4 ★ | 5 | |
| 3 ★ | 3 | |
| 2 ★ | 1 | |
| 1 ★ | 0 | |

**4.9** ★★★★★
99 reviews

✨ See reviews summary

Write A Review

🔍 Search reviews



★★★★★  2020-08-04

### Great pistol

I have now owned this pistol for over a month and just love it. I know some will tell you it is too hard to cc, but I disagree. With my IWB holster it is perfect with the 17 rnd mags. The 21 rnd mags are tougher to cc.
As for shooting, this thing is always on with very little recoil.

Anthony.Sleck
✅ Verified Buyer

Was this review helpful?   👍 111   👎 10



★★★★★  2020-07-25

I bought it a month ago and what a fantastic gun.

I sold my Baretta 92FS and I'm glad I did. This gun feels like a part of my hand. Its accurate and comfortable to shoot. I've put about 500 ends thru it with good ammo and cheap and it ran them all without a failure. I love this gun.

Stan P.   |   ✅ Verified Buyer

Was this review helpful?   👍 71   👎 12



★★★★★  2020-07-03

### All around great pistol

I waited patiently for a shipment of these to come in. When they did I snagged my M18. I choose Sig Sauer over any other pistol brand any day of the week. Let me tell you, this pistol delivered. The feel the balance you can't go wrong. Its the Official USMC side arm, can't go wrong with that Semper Read more

Dyounce   |   ✅ Verified Buyer

Was this review helpful?   👍 84   👎 21



★★★★★  2020-03-09

### Awesome Firearm

I picked up my M18 early March 2020. Awesome firearm to add to my collection. Was thinking of getting the M17 as well.

Texan40   |   ✅ Verified Buyer

Was this review helpful?   👍 26   👎 4



★★★★★  2020-03-22

### Glad I bought another Sig!

My first pistol was a SP 2340(.357). I loved that gun due to its accuracy and smoothness during firing. I sold it because the magazine was small compared to these new weapons and .357sig is not cheap. I went to a gun show to buy another daily. Saw the M18 and instantly fell in love. Took it to the



★★★★★  2019-12-08

### Great compliment to my M17

I bought a P320-M18 last week and received it today. Quality was excellent as expected. The

range Read more

Ammaad | ✓ Verified Buyer

Was this review helpful? 👍 44 👎 9



★★★★★  2020-08-25

### Spot on accurate out of the box

I love my M18 as my first four shots right out of the box were a tight cluster right in the bullseye, but I got cocky and shot fast then started to fan out.

Iíve had zero failures and itís much lighter recoil than I was expecting so this is my new carry firearm.

Ronmart

Was this review helpful? 👍 21 👎 1



★★★★★  2020-08-19

### First hand gun. Many choices. Picked a Sig M18.

Bought this after the first and second choices were sold out. Glad I did. This would and should have been my first choice! Iím glad the others were out of stock.

Two days after getting my M18, I took my fire arm concealment test and weapons range fire. Not bad. Fired a total of 18 rounds. Passed with Read more

Rob I.

Was this review helpful? 👍 25 👎 2

marketing material that came with the pistol mention a collectors case will be for sale on the Sig website. Case will have certificate and challenge coin.

Stewie J. | ✓ Verified Buyer

Was this review helpful? 👍 10 👎 0



★★★★★  2020-08-14

### The Chosen One

I picked up the M18 a week ago and I have to say, the quality has bee great. Very smooth and accurate shooter. I was debating between this and the X-Carry. I feel I made the right decision. The standard grip module is fine but I already changed it with a x-series grip, now it feels fantastic! Definitely Read more

Mykei1

Was this review helpful? 👍 43 👎 2

[Load more reviews]

## RECENTLY VIEWED



Related Links

Firearms Stocks & Braces　　PISTOLS　　Firearms For Law Enforcement　　Adaptable Tactical Firearms　　Hunting Pistols

## POPULAR ITEMS FOR YOUR P320/M17/M18

ADD ALL 4 TO CART

# $357.96

Total Price:

| | SPEC1 - COMBO PACK, 2OZ LUBRICANT, BORE SOLVENT, FIREARM DEGREASER | $27.99 |

+

| | VAULTEK SIG LIFEPOD 1.0 PORTABLE ADVENTURE SAFE - BIOMETRIC | $189.99 |

+

| | P320 9MM INERT TRAINING MAGAZINE - DRYFIREMAG | $99.99 |

+

| | P320 ARMORER'S PUCK - MODDEV | $39.99 |

SHOP

TRAINING

DEFENSE

COMPANY

SUPPORT

## SIGN UP FOR NEWS AND UPDATES

GET UPDATES

Instagram   Facebook   YouTube   Twitter   LinkedIn   SIG SAUER Social

Sezzle: Flexible payments with no

ALSO OF INTEREST   Chosen the World Over   M18-COMMEMORATIVE   M17-COMMEMORATIVE

My Account   Privacy Statement   Do Not Sell My Info (CA)   Returns Policy   Shipping Policy   Terms Of Sale   Terms Of Use Policy   User Guidelines

Membership Terms of Sale   e-Gift Card Policy   Company   Support

© SIG SAUER 2025. All Rights Reserved.