UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIG SAUER, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No.:  3:22-cv-00885-VAB |
| v. | ) | |
| | ) | |
| JEFFREY S. BAGNELL, ESQ., LLC, | ) | |
| and JEFFREY S. BAGNELL. | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE AN OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS (ECF 212)
TO INFORM THE COURT OF RECENT DEVELOPMENTS**

Plaintiff SIG Sauer, Inc. ("SIG") respectfully moves pursuant to L. Civ. R. 7 for

permission, in order to inform the Court of recent developments, to submit the filing attached

hereto as Exhibit 1:  an Opposition to ECF 212 ("Defendants' Motion for Leave to File

Additional Exhibits") which was filed on July 24, 2025.

Recent events have demonstrated that the implication Defendants sought to suggest by

filing the documents attached to ECF 212 (concerning an on-base fatality and related Air Force

investigation) is misleading.  The Air Force recently announced that its investigation into that

fatality "has progressed and an individual has now been arrested on suspicion of making a false

official statement, obstruction of justice, and involuntary manslaughter."  *See* Exhibit 1.  In

addition, on August 24, 2025, the Air Force announced that it completed its "comprehensive

inspection" and was returning the M18 pistol to service after the Air Force concluded that "a

review of weapon discharges in [Air Force Global Strike Command] showed that none were

attributed to weapons malfunction" and stated that the "M18 is specifically designed and

1

rigorously tested to meet stringent environmental, endurance, and drop tests unique to the military." *Id*.  Defendant Bagnell is aware of these developments but has not informed the Court or withdrawn Defendants' motion.

That sequence of subsequent events necessitates Plaintiff's writing now in opposition, to avert a situation in which the Court obtains a skewed picture of the matters raised by Defendants' efforts, without context or cross examination, to expand the record in a trial that concluded over sixteen months ago.

Further rationale for Plaintiff's Motion for Permission to File is set forth in the proposed submission, which is attached hereto as Exhibit 1.  In addition, Defendants' proposed exhibits are irrelevant to the issues in this Lanham Act case because – like all the would-be exhibits proposed by Defendants in their numerous such motions – they have no probative value with respect to the specific misrepresentations concerning the physical properties of internal components of SIG's P320 firearm as depicted in the Animation created by Defendants in 2021.

WHEREFORE, the Court should grant Plaintiff permission to submit the attached Opposition to Defendants' Motion for Leave to file Additional Exhibits dated July 24, 2025 (ECF 212).

Dated:  August 28, 2025

Respectfully submitted,

SIG Sauer, Inc.

By its attorneys,


/s/ Anthony D. Mirenda
Anthony D. Mirenda (*pro hac*)
Caroline Holliday (*pro hac*)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617-832-1000
Facsimile:  617-832-7000
adm@foleyhoag.com
cholliday@foleyhoag.com

James R. Smart (CT Bar ct20982)
Koch, Garg, Walker & Smart, LLP
1177 High Ridge Rd.
Stamford, CT 06905
Telephone: 203-461-1056
james@kgwslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  August 28, 2025

*/s/ James Smart*_____
James Smart