UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC. | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Civil Action No.:  3:22-cv-00885-VAB |
| v. | ) |
| | ) |
| JEFFREY S. BAGNELL, ESQ., LLC, | ) |
| and JEFFREY S. BAGNELL. | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS (ECF 212)**

Plaintiff SIG Sauer, Inc. ("SIG") submits this opposition to Defendants' "Motion for

Leave to File Additional Exhibits in Further Support of Defendants' Objection to Application for

Permanent Injunction."  ECF 212.   As discussed below, recent events have demonstrated that

the implication Defendants sought to suggest by filing these documents (concerning an on-base

fatality and subsequent Air Force inspection of the M18 pistol, a military version of SIG's P320)

is misleading and irrelevant.  Defendants are aware of these events but have not withdrawn ECF

212, necessitating SIG's filing.  In addition, Plaintiff opposes Defendants' motion because the

materials Defendants seek to file are irrelevant to this Lanham Act case – they have no bearing

on the specific misrepresentations concerning the physical properties of internal components of

SIG's P320 firearm as depicted in an Animation created by Defendants in 2021.

Defendants' proposed exhibits consist of a U.S. Air Force Base press release dated July

21, 2025, announcing an investigation into an on-base fatality of an airman along with two

additional documents related to that same subject.  First, the Air Force subsequently announced

that its investigation into that fatality "has progressed and an individual has now been arrested on

suspicion of making a false official statement, obstruction of justice, and involuntary

manslaughter." *See* Exhibit A.  In addition, on August 24, 2025, the Air Force announced that it

completed its "comprehensive inspection" and was returning the M18 pistol to service after the

Air Force concluded that "a review of weapon discharges in [Air Force Global Strike Command]

showed that none were attributed to weapons malfunction" and stated that the "M18 is

specifically designed and rigorously tested to meet stringent environmental, endurance, and drop

tests unique to the military." *See* Exhibit B.   Consequently, the implication suggested by

Defendants in ECF 212 is misleading.  Defendant Bagnell is aware of these developments but

has not informed the Court or withdrawn Defendants' motion, necessitating SIG's filing.

As with Defendants' multiple previous efforts to file additional exhibits many months

after the conclusion of the trial in this Lanham Act case, these proposed exhibits are irrelevant to

the issues before the Court.[1]  They have no bearing on the creation of the Animation as they

postdate that creation by several years.  Nor do they speak to the core issues in this Lanham Act

case: namely, the specific misrepresentations about the physical properties of the P320's internal

components as depicted in Defendants' Animation.[2]

This sequence of events underscores the risks presented by Defendants' continuing to try

to submit proposed new exhibits to a trial that concluded over sixteen months ago, without

---

[1] Since June 2024, Defendants have peppered this Court's docket with filings variously styled as "Notice[s] of Supplemental Authority," "Notice[s]," or "Motion[s] for Leave to File Additional Exhibit[s]." *See* ECF Nos. 179, 180, 182, 184, 185, 186, 194, 202, 203, 209.  As Plaintiff has previously noted, *see* ECF Nos. 181, 183, 187, 195, 205, 210, each of these filings attempts to submit material that is irrelevant to the Lanham Act issues tried before this Court.

[2] They do not address, for example, the Animation's false depictions of the P320 striker face (ECF 176 at 14-17; ECF 176-1 at 2), or the purported merging of steel parts into each other (ECF 176 at 17-19; ECF 176-1 at 3-4), or any other specific misrepresentations at issue (ECF 176 at 19-22; ECF 176-1 at 2-6).

context or cross-examination.  There is no reason for the Court to be burdened by having to deal with a proliferation of mini-trials as Defendants seek time and again to submit materials that do not have any bearing on the creation of the Animation in 2021 or the specific falsities in that Animation – those issues were the subject of extensive proof, including expert testimony, at trial in February 2024.

As noted in Plaintiff's prior oppositions, there is simply no need to expand the record with documents having no relevance to the claims and defenses at issue in this Lanham Act case. Absent any connection to the disputed Animation, admitting the proposed materials would only complicate these proceedings unnecessarily, raising the potential need – in the event the Court might consider relying upon them – to reopen the trial for additional fact and expert testimony on irrelevant topics.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendants' Motion.  However, should the Court decide to consider Defendants' proposed exhibits, SIG did not want the Court to be misled as to the Air Force's actual conclusions.

Dated:  August 28, 2025

Respectfully submitted,

SIG Sauer, Inc.

By its attorneys,


/s/ *Anthony D. Mirenda*
Anthony D. Mirenda (*pro hac*)
Caroline Holliday (*pro hac*)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617-832-1000
Facsimile:  617-832-7000
adm@foleyhoag.com
cholliday@foleyhoag.com

James R. Smart (CT Bar ct20982)
Koch, Garg, Walker & Smart, LLP
1177 High Ridge Rd.
Stamford, CT 06905
Telephone: 203-461-1056
james@kgwslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated:  August 28, 2025                    _/s/ James Smart_____
                                                         James Smart