# EXHIBIT A



≡  CNN Politics   Trump   Facts First   More ⌄                    ⏵ Watch    🎧 Listen   ● Live TV    🔍   Subscribe   Sign In

POLITICS • 2 MIN READ

# Airman charged in fatal firearm incident at Wyoming Air Force Base

AUG 8, 2025 ⌄

By  Haley Britzky



*This May 24, 2018, file photo shows the entrance to F.E. Warren Air Force Base in Cheyenne, Wyoming. (Mead Gruver/AP)*

A US airman has been charged with obstruction of justice and involuntary manslaughter in connection with a fatal firearm discharge at an Air Force base in July, which resulted in the death of a 21-year-old service member.

The on-duty incident, which killed Airman Brayden Lovan, occurred in the early morning hours of July 20 at F.E. Warren Air Force Base in Wyoming. Few details have been provided about the firearm discharge, though the Air Force said at the time that it was under investigation and out of abundance of caution security forces were conducting "100% inspections of the M18 handguns to identify immediate safety concerns."

An Air Force spokesperson said in a statement on Friday that the

investigation "has progressed and an individual has now been arrested on suspicion of making a false official statement, obstruction of justice, and involuntary manslaughter."

"As with all individuals accused of a crime, the person arrested in this case is presumed to be innocent until proven guilty in a court of law," the spokesperson said. "The investigation in this case is ongoing and further details are not available."

As a result of the incident, Air Force Global Strike Command ordered a pause of using the M18 handgun — manufactured by Sig Sauer — until further notice.

"Out of an abundance of caution and to ensure the safety and security of our personnel, the pause will remain in place pending the completion of comprehensive investigations by the Air Force Office of Special Investigations and the AFGSC Safety office," Air Force Global Strike Command said in a release in July. "During this period, Security Forces Airmen will be equipped with the M4 rifle, ensuring no lapse in AFGSC's security posture."

Sig Sauer **said in a statement** that the company "proactively offered assistance" to the military as they investigate, and "remain willing to help in furtherance of their ongoing inquiry."

Lovan entered active duty in November 2023, and had been serving at F.E. Warren Air Force Base for his first assignment with the 90th Security Forces Squadron since May 2024. The commander of the 90th Security Forces Group, Col. Jeremy Sheppard, called Lovan a "valued defender, teammate and friend."



## Up next



Gorsuch and Kavanaugh warn lower court judges in Trump cases

7 MIN READ



Medvedev's US Open match descends into chaos after photographer enters court

3 MIN READ





## Most read

1  Gorsuch and Kavanaugh warn lower court judges in Trump cases

2  Medvedev's US Open match descends into chaos after photographer enters court

3  Judge to require that Kilmar Abrego Garcia remain in the US while he challenges deportation to Uganda

4  'Sneakflation': How Trump's tariffs are gradually raising costs for American consumers

5  Following Trump's lead, Netanyahu shifts strategy on ceasefire even after Hamas accepts

6  National Guard troops in Washington, DC, begin carrying weapons



**Judge to require that Kilmar Abrego Garcia remain in the US while he challenges deportation to Uganda**
5 MIN READ



**'Sneakflation': How Trump's tariffs are gradually raising costs for American consumers**
7 MIN READ

7 People carrying two copies of 'Alzheimer's gene' lowered risk by 35% via diet changes

8 Outrage after Israel kills five journalists in 'double-tap' attack on Gaza hospital

9 Wildfire in Oregon destroys 4 homes, threatens thousands more, as Northern California blaze prompts evacuations

10 'It made me feel at peace': This former teacher bought a bargain home in a rural Italian village for a simpler life

**Following Trump's lead, Netanyahu shifts strategy on ceasefire even after Hamas accepts**
6 MIN READ

**National Guard troops in Washington, DC, begin carrying weapons**
3 MIN READ

---

Search CNN...

| US | World | Politics | Business | Markets |
|---|---|---|---|---|
| Crime + Justice | Africa | Trump | Tech | Pre-markets |
| | Americas | Facts First | Media | After-Hours |
| | Asia | CNN Polls | Calculators | Fear & Greed |
| | Australia | 2025 Elections | Videos | Investing |
| | China | | | Markets Now |
| | Europe | | | Nightcap |
| | India | | | |
| | Middle East | | | |
| | United Kingdom | | | |

| Health | CNN Underscored | Entertainment | Tech | Style |
|---|---|---|---|---|
| Life, But Better | Electronics | Movies | Innovate | Arts |
| Fitness | Fashion | Television | Foreseeable Future | Design |
| Food | Beauty | Celebrity | Mission: Ahead | Fashion |
| Sleep | Health & Fitness | | Work Transformed | Architecture |
| Mindfulness | Home | | Innovative Cities | Luxury |
| Relationships | Reviews | | | Beauty |
| | Deals | | | Video |
| | Gifts | | | |
| | Travel | | | |
| | Outdoors | | | |
| | Pets | | | |

| Travel | Sports | Science | Climate | Weather |
|---|---|---|---|---|
| Destinations | Pro Football | Space | Solutions | Video |
| Food & Drink | College Football | Life | Weather | Climate |
| Stay | Basketball | Unearthed | | |
| News | Baseball | | | |
| Videos | Soccer | | | |
| | Olympics | | | |
| | Hockey | | | |

| Ukraine-Russia War | Israel-Hamas War | Watch | Listen | Games |
|---|---|---|---|---|
| | | Live TV | CNN 5 Things | Daily Crossword |
| | | CNN Headlines | Chasing Life with Dr. Sanjay Gupta | Jumble Crossword |
| | | CNN Shorts | | Photo Shuffle |
| | | Shows A-Z | The Assignment with Audie Cornish | Sudoblock |
| | | CNN10 | | Sudoku |
| | | CNN Max | One Thing | 5 Things Quiz |

CNN TV Schedules
FlashDocs

Tug of War
CNN Political Briefing
The Axe Files
All There Is with Anderson Cooper
All CNN Audio podcasts

About CNN

Subscribe
Photos
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN

CNN Politics | FOLLOW CNN POLITICS | Subscribe | Sign In

Terms of Use  Privacy Policy  Manage Cookies  Ad Choices  Accessibility & CC  About  Subscribe  Newsletters  Transcripts  Help Center

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.