# EXHIBIT B

 **NEWS**        ✦ **UNITED STATES AIR FORCE**

# AFGSC Completes M18 Handgun Inspection, Returns to Service

Published Aug. 24, 2025

By Air Force Global Strike Command

Air Force Global Strike Command

**BARKSDALE AIR FORCE BASE, La. --**  Air Force Global Strike Command has completed a comprehensive inspection of its 7,970 M18 Modular Handgun Systems, following a directed pause on July 21, 2025.

The pause was initiated out of an abundance of caution following a tragic incident at F.E. Warren AFB, Wyoming, and reflects AFGSC's unwavering commitment to the safety and well-being of its Airmen.

"It is paramount that our Airmen trust their weapon systems," said Gen. Thomas Bussiere, AFGSC commander. "This thorough inspection ensures the M18s in our inventory are in optimal working order, providing our Defenders with safe, reliable, and effective systems to accomplish their mission."

The inspection process identified discrepancies with 191 weapons across the command's M18 inventory. The primary discrepancy was related to component wear. The most frequent issues centered on problems with the safety lever, striker assembly and sear. Weapons exhibiting these discrepancies were immediately tagged and are undergoing necessary repairs.

The intent of this command-wide inspection was two-fold: first, to confirm that all weapons in service are in proper working order; and second, to analyze the data regarding any reported discrepancies and usage rates.

A review of weapon discharges in AFGSC showed that none were attributed to weapons malfunction.

"When we see a potential issue, we have a responsibility to our Airmen and the American public to evaluate, find any discrepancies, and act on them," Bussiere said.

As part of its commitment to safety, AFGSC is implementing enhanced inspection procedures for the M18 pistol. The command's bases will include additional inspection criteria for the areas where potential issues were found during the M18 pause.

"By incorporating these added measures, we assess that any issues found with the safety lever, striker assembly and sear will be identified during semi-annual and annual inspections," said Lt. Col. George Hern, AFGSC chief of security forces. "As we execute M18 inspections in the future, we will be taking a particular interest in these components to ensure these methods address the issues we found and make adjustments as needed."

Air Force Global Strike Command Security Forces Defenders are resuming arming with M18s that have successfully passed inspection – deeming them safe and reliable for use – on Aug. 25, 2025.

Further, Security Forces squadron commanders, senior enlisted leaders and combat arms training and maintenance personnel are taking the time to meet with Airmen following this inspection. These leaders are discussing inspection findings, explaining the enhanced inspection procedures, reinforcing muzzle discipline, reviewing reporting procedures for weapons of concern, and providing Airmen the opportunity to ask questions and raise concerns.

The M18 is specifically designed and rigorously tested to meet stringent environmental, endurance, and drop tests unique to the military.

