UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SIG SAUER, INC. *Plaintiff,* v. JEFFREY S. BAGNELL, ESQ., LLC, and JEFFREY S. BAGNELL. *Defendants.* | Civil Action No.: 3:22-cv-00885-VAB |

## PLAINTIFF'S REPLY IN SUPPORT OF ECF 216

Plaintiff SIG Sauer, Inc. ("SIG") submits brief reply in support of its motion (ECF 216) filed yesterday. Defendants' response to SIG's filing further highlights the issues presented by Defendants' continuing to seek to add exhibits without witness testimony, context or cross examination, to the trial record of a trial that was completed some 18 months ago. Defendants' response highlights only one portion of a sentence in the Air Force press release (ECF 216-3) announcing that the Air Force had concluded its comprehensive inspection and was returning the M18 to service after determining that none of the weapons discharges were attributed to weapons malfunction. (ECF 216-3 at par. 1 & 6). As the Court can see from the full document submitted by SIG, the complete paragraph (ECF 216-3 at par. 4) reports on the results of the Air Force's inspection of 7,970 M18s, stating:

> The inspection process identified discrepancies with 191 weapons across the command's M18 inventory. The primary discrepancy was related to component wear. The most frequent issues centered on problems with the safety lever, striker and sear. Weapons exhibiting these discrepancies were immediately tagged and are undergoing necessary repairs.

1

It is plain from the Air Force statement that the Air Force found no "weapons malfunction" (ECF 216-3 at par. 6) and that it found some "component wear" in 191 of 7970 weapons (ECF 216-3 at par. 4), but in any event the entire subject has absolutely no relevance to the false depictions in the Animation created by Defendants in 2021.

Dated: August 29, 2025

Respectfully submitted,

SIG Sauer, Inc.

By its attorneys,

/s/ *Anthony D. Mirenda*
Anthony D. Mirenda (*pro hac*)
Caroline Holliday (*pro hac*)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000
adm@foleyhoag.com
cholliday@foleyhoag.com

James R. Smart (CT Bar ct20982)
Koch, Garg, Walker & Smart, LLP
1177 High Ridge Rd.
Stamford, CT 06905
Telephone: 203-461-1056
james@kgwslaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: August 29, 2025                       */s/ James Smart*
                                                                James Smart