UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIG SAUER, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY S. BAGNELL, ESQ., LLC, and JEFFREY S. BAGNELL, <br><br> Defendants. | CIVIL ACTION NO. 1:22-cv-00078(VAB) |

### NOTICE REGARDING SIG SAUER'S MOTION TO UNSEAL FMECA DOCUMENT IN *GLASSCOCK V. SIG SAUER*

Bagnell respectfully informs the Court that on August 29. 2025, in *Glasscock v. SIG Sauer, Inc.*, No. 6:22-cv-3095-MDH, Western District of Missouri, Sig Sauer, Inc. filed a motion to unseal and make public the very same FMECA documents that are presently under seal in this matter. Counsel for Sig, Attorneys Mirenda and Ross, did not inform the Court of this Motion, which clearly mooted its request for sanctions and its motions to seal. *See* Docket 220.

A true and correct copy of the *Glasscock* motion is attached hereto as Exhibit A for the Court's reference.

Respectfully submitted,

JEFFREY S. BAGNELL, ESQ., LLC, and
JEFFREY S. BAGNELL,

___/s/ John W. Madigan III_____
John W. Madigan, III
30 Old King's Highway South
Suite 215
Darien, Connecticut 06820
jwm3esq@gmail.com


*/s/ Jeffrey S. Bagnell*

>Jeffrey S. Bagnell
>Federal Bar No. CT18983
>55 Post Road West
>Suite 200
>Westport, Connecticut 06880
>(203) 984 8820
>jeff@bagnell-law.com

**CERTIFICATE OF SERVICE**

    I, Jeffrey S. Bagnell, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>*/s/ Jeffrey S. Bagnell*
>Jeffrey S. Bagnell

Dated:  September 5, 2025

1