UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIG SAUER, INC., | : | Case No. 3:22-cv-00885 (VAB) |
| | : | |
| *Plaintiff,* | : | |
| v. | : | |
| JEFFREY S. BAGNELL, ESQ., LLC, | : | |
| and JEFFREY S. BAGNELL, | : | |
| *Defendants.* | : | JUNE 8, 2026 |

## **NOTICE**

Defendants notify the Court that the Amended Ruling and Order (Doc. 239) accidentally re-states a finding that was an express subject of the now granted Amended Motion for Reconsideration (Doc. 230) (Amended Motion); specifically, findings relating to a Q-tip cleaning (p. 8, ¶ 2). The Amended Motion sought vacatur of that finding among other granted relief.

Defendants also note that the Court's denial of their Rule 52(b) motion as moot is consistent with the Order granting the Amended Motion of the March 20, 2026 ruling contained in Doc. 227.

Respectfully submitted,

JEFFREY S. BAGNELL, ESQ., LLC, and
JEFFREY S. BAGNELL,


___*/s/ John W. Madigan III*_____
John W. Madigan, III
30 Old King's Highway South
Suite 215
Darien, Connecticut 06820
jwm3esq@gmail.com


*/s/ Jeffrey S. Bagnell*
Jeffrey S. Bagnell
Federal Bar No. CT18983
55 Post Road West
Suite 200
Westport, Connecticut 06880

(203) 984 8820
jeff@bagnell-law.com

## CERTIFICATE OF SERVICE

I, Jeffrey S. Bagnell, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jeffrey S. Bagnell*
Jeffrey S. Bagnell

Dated:  Jue 8, 2026

2